KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

ALEXANDER H. COTE (State Bar No. 211558)
acote@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>XUECHEN LI, an individual,<br><br>    Defendant. | **Case No. 3:25-cv-07292**<br><br>**PLAINTIFF X.AI LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

**PLAINTIFF X.AI LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**
                                 Case No. _____

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff X.AI LLC ("Plaintiff"), certifies that the following listed persons (1) have a financial interest in the subject matter in controversy or in a party to the proceedings; or (2) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Other than the parties to this action, X Corp. and X.AI Holdings Corp.

Dated: August 28, 2025       **WINSTON & STRAWN LLP**

By: */s/ Kathi Vidal*
    KATHI VIDAL
    ALEXANDER H. COTE
    CARSON SWOPE

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

1
**PLAINTIFF X.AI LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**
CASE NO. _____