# EXHIBIT D
# REDACTED



August 11, 2025

Xuechen Li
Via email ███████████████

Re: <u>Breach of Legal Obligations to X.AI LLC</u>

Dear Xuechen,

I am writing regarding X.AI LLC's ("xAI" or the "Company") serious concerns regarding breach of your legal obligations with respect to the Company's confidential, proprietary and/or trade secret information. These violations pose a severe threat to xAI's intellectual property and competitive interests.

It has come to our attention that on July 25, 2025–a mere three days before you notified the Company of your intent to resign your employment–you exfiltrated xAI confidential information by uploading a compressed file ████████████████████████████████████████ ████████████████. Such unauthorized actions are strictly prohibited under the Company's policies and practices, constituting a flagrant violation of your legal and contractual obligations to xAI.

Pursuant to your signed Employee Confidential Information and Invention Assignment Agreement ("ECIIAA"), attached hereto, you are required at all times to maintain the strict confidentiality of the Company's confidential and proprietary information. To be clear, your obligation to safeguard xAI's confidential information endures indefinitely after your employment with xAI ends. You were never authorized to exfiltrate any xAI confidential information to any accounts outside of xAI, including your personal Google account. Under the ECIIAA, you must not use, rely on, or disclose any confidential or proprietary information (regardless of whether that information resides in your head and/or in paper or electronic form) to any other employer, person, or entity. This includes, but is not limited to xAI's code base, algorithms, proprietary technology, intellectual property, platform or model capabilities, areas of research, designs, techniques, work products, or any other non-public information could provide a competitive edge to others.

On August 1, 2025, you signed the attached Termination Certification. Among other representations, you certified that you have complied with all of the terms of the ECIIAA, returned all Company documents and data (and all copies thereof), and that you will not disclose, use or publish any of the Company's confidential information. Based on our investigations to date, it is evident that these representations were false and misleading, further compounding the seriousness of your breaches.

The Company is actively investigating this matter, including any additional unauthorized actions you may have taken. Should we discover that you have used, disclosed, or otherwise violated your legal obligations to xAI, we are fully prepared to take all necessary measures to vigorously protect our confidential information and interests. This includes, without limitation, pursuing legal proceedings against you for breach of contract, misappropriation of trade secrets, and other applicable claims, seeking injunctive relief, monetary damages, and any other remedies available under law.

We will take into consideration your cooperation with our investigation in determining the actions we pursue. To that end, we demand that you provide the following via email to **legalhr@x.ai** by no later than **5:00 p.m. on August 13, 2025:**

(1) A detailed written description of any and all xAI information you have uploaded or stored on your personal accounts (e.g., Google accounts),, personal devices, or any other non-xAI accounts or devices.

(2) Pursuant to your signed Termination Certification, if you have used any personal device or account to receive, store, review, prepare or transmit any xAI Confidential Information, you agree to provide xAI with a computer-useable copy of all such Confidential Information and then permanently delete and expunge such Confidential Information from those systems. You are required to provide the Company access to your system as reasonably requested to verify that the necessary copying and/or deletion is completed.

(3) Written confirmation as to whether you have made any unauthorized disclosure or use of xAI's confidential, proprietary or trade secret information. If yes, include: (a) the recipient(s) of such information and their contact information, (b) the date(s) of the use or disclosure; and (c) a description of the information involved.

It is our hope that you will fully cooperate with our investigation, thereby avoiding the need for the Company to pursue legal action against you. If you intend to comply with your obligations in good faith, we expect your prompt and complete response. Failure to do so by the above deadline will be interpreted as evidence of breach or disregard for your duties, potentially accelerating our pursuit of legal action.

In light of the substantial and irreparable harm xAI could suffer from any unauthorized disclosure or use of its confidential information, the Company will utilize any lawful means to vigilantly monitor any actions by you in violation of your obligations to the Company. Should the Company discover that you have used or disclosed any of its confidential information in contravention of your obligations under the ECIIAA or applicable law, the Company will not hesitate to pursue any and all available legal remedies to protect its confidential information and business interests. The Company expressly reserves all rights to take action regardless of your response to this letter .

Sincerely,

**X.AI LLC**

*Mary Wang*

Mary Wang
Head of Employment Legal


Enclosures:

- Employee Confidential Information and Invention Assignment Agreement
- Termination Certification