# EXHIBIT E
# REDACTED

**AUTHORIZATION FOR ACCESS TO ACCOUNTS
AND PERSONAL DEVICES (THE "AGREEMENT")**

Name:              Xuechen Li
Current Address:   

I, Xuechen Li, hereby agree as follows:

**1. Definitions**

    a. As used herein, "Account" means the following:

        i. Google or other online account(s) associated with Xuechen Li, including accounts associated with each of the email addresses for Xuechen Li (including those listed below), and associated services.

        Email Address(es): 

        ii. Github accounts for Xuechen Li, including those listed below:

    b. As used herein, "Devices" means the following phone and laptops, which I have provided to xAI.

        Phone:     iPhone
        Computer:  MacBook Air
        Computer:  MacBook Pro

    c. As used herein, "Access" includes any access of any kind, including: (i) reading, viewing, editing, examining; (ii) copying (including making forensic images or duplicates); (iii) disclosing, transmitting or distributing (but only to the extent necessary to effectuate the purpose of this Agreement and subject to any restrictions specified herein); or (iv) executing.

    d. As used herein, "Data" means all information residing or stored on Account or Devices, and any files or forensic artifacts located in or on the Account, or on a Device, regardless of file type, content or format of the information, and includes Relevant Data, Personal Data and any information derived from or related to such data, including but not limited to metadata, logs, system-generated attributes, and any other embedded or associated informational elements.

    e. As used herein, "Relevant Data" means (i) Confidential Information as defined in the Employee Confidential Information and Invention Assignment Agreement executed on February 26, 2024 and (ii) any communications, correspondence, notes, data, records, files, or documents–regardless of form

or medium–relating to xAI, xAI competitors, artificial intelligence ("AI"), large language models ("LLMs"), or generally within my field of work that does not otherwise constitute Confidential Information.

  f. As used herein, "Personal Data" means any personal data or personally identifying information under the California Consumer Privacy Act and/or California Privacy Rights Act relating to Xuechen Li.

**2. Authorizations**

  a. I hereby authorize the forensic investigator or expert firm(s) retained by x.AI and/or Winston & Strawn ( the "Expert"), to create a forensic image or copy of the Data in the Account and on the Devices for the purposes of investigating Xuechen Li's access, possession, and/or transmission of xAI information, including Relevant Data. The Expert shall initially create two forensic images of the Data in the Account and on the Devices; a copy that xAI[1] shall use to conduct all Data Access, review, and copying, and a second copy (the "Master Forensic Image") that neither xAI nor Li or his counsel shall access, review, copy, disclose, or disseminate. xAI shall provide the Master Forensic Image to an unaffiliated third party selected by xAI, who will store but may not access, review, copy, disclose, or disseminate the Master Forensic Image.  To the extent xAI discloses any information subject to this Agreement to a third party to effectuate the purpose of this Agreement, xAI shall engage in all reasonable efforts to ensure the confidentiality of the information is maintained.

  b. I understand and agree that, in connection with the purposes set forth in this authorization, xAI will search the Data, Account and Devices to locate xAI information, including Relevant Data, and evidence of access, possession and/or transmission of xAI information. In conducting such searches, xAI may inadvertently encounter Personal Data, including information that is personal or personally identifying under applicable law. I expressly authorize xAI to conduct searches of the Data, Account and Devices that are reasonably limited to identifying and locating xAI information, including Relevant Data, even if such searches may result in the discovery of Personal Data.

  c. I authorize xAI to treat any Personal Data encountered during its investigation in accordance with reasonable security procedures and practices appropriate to the nature of the Personal Data contained therein and the purpose of this Agreement to protect it from unauthorized or illegal access, destruction, use, modification, or disclosure.

  d. In furtherance of this authorization, I provide the following passwords, credentials, keys, MultiFactor Authentication information, and other information necessary to fully Access the Accounts, Devices, and files listed below, which I agree to not modify until September 15, 2025 (or such date upon which xAI has completed all forensic images specified in Section 2(a), if later):

---

[1] "xAI" refers to the officers, employees, and agents of X.AI LLC and its corporate affiliates, including their attorneys and the Expert.

Account(s): __icloud__    Credential(s): ███

Phone(s): __iphone__    Credential(s): ███

Computer(s): __2 computers__    Credential(s): ███

Zipfile(s): ███    Credential(s): ███

Other information (if necessary): ███

xAI shall promptly complete the imaging of the Devices, and upon completing the imaging of a Device, xAI shall promptly notify me and return the Device to me. In the event xAI identifies Confidential Information on a Device that it has returned to me, I will promptly return the Device to xAI and provide xAI with all passwords, credentials, keys, MultiFactor Authentication information, and other information necessary to fully Access the Device so that xAI may delete the Confidential Information from the Device, after which xAI will promptly return the Device to me. No later than September 15, 2025 (or such date upon which xAI has deleted any Confidential Information from the Device, if later), xAI shall delete all record of the information in this Section 2(d) and shall not retain such information for any purpose except to the extent required by law.

   e. To the extent xAI finds Confidential Information in the Data, I hereby authorize xAI to delete that Confidential Information from the Account and/or Devices after xAI takes a forensic image of the Account and each Device and creates a record of all Relevant Data identified and all Confidential Information deleted.

   f. Subject to the foregoing, xAI may Access the Account or Devices at any time, without prior notice to me and outside of my presence, until xAI has confirmed that it has located and deleted all Confidential Information from the Account and Devices. Within 14 business days of having deleted all Confidential Information from the Account and Devices (or as soon thereafter as it is legally permissible for xAI to do so, if xAI is subject to any obligation to preserve any such information), xAI shall destroy both forensic images of the Data in the Account and Devices.

Signature: _[signature]_

Date: __Aug 18 2025__

3