# EXHIBIT F
# REDACTED

From: **John Hyland** <jhyland@rukinhyland.com>
Date: Mon, Aug 18, 2025 at 4:04 PM
Subject: Re: xAI/Li - Draft Access Agreement
To: Adam Mehes <amehes@x.com>
Cc: Sam Polverino <spolverino@sjlawyer.net>

---

Hi, Adam.

Signed agreement attached. A few notes about the email accounts:

- ▮▮▮▮▮▮▮▮▮▮▮
    - Chen does not recall the password for this but you should have access when you open the computer as it has the log-in credentials saved.
- ▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮
    - We directed Chen to try to log on to these accounts to see whether he correctly recalled the passwords. He did correctly recall and the log-in page took him to the second part of the multi-factor authentication. He did not proceed further as he did not need to log on fully to confirm the password.
- ▮▮▮▮▮▮▮▮▮▮▮
    - As noted in my email yesterday, Chen deleted this account but you may have the ability to recover the account. He has provided the password in the agreement, but recovery will likely require that he or someone enter the code that Google will send to his phone. You can probably effect the recovery as you will have the original access credentials and can send the recovery code to his phone, but let us know if you hit a snag at any point. Also, while Chen believes he recalled accurately the password for that account and entered it in the agreement, let us know if his memory did not serve him well on this one.

Let me know if you need additional information or would like to discuss.

John