KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

ALEXANDER H. COTE (State Bar No. 211558)
acote@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>XUECHEN LI, an individual,<br><br>Defendant. | **Case No.** _____<br><br>**DECLARATION OF ROBERTO A. RIVERA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND ORDER PERMITTING EXPEDITED DISCOVERY** |

**RIVERA DECLARATION ISO PLAINTIFFS'
MOTION FOR TRO AND ORDER TO SHOW CAUSE**

Case No. _____

I, Roberto A. Rivera, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Private Investigator duly licensed in the State of California PI#20124. I am a private licensed contractor with Klink & Co. I offer this declaration in support of the Motion for Temporary Restraining Order, Order To Show Cause Why Preliminary Injunction Should Not Issue, And Order Permitting Expedited Discovery ("Motion") filed by Plaintiffs X.AI Corp. and X.AI LLC (collectively, "Plaintiff" or "xAI"). I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. On Wednesday, August 13, 2025, I observed Xuechen Li, not accompanied by anyone, leave his home at approximately 5:00 p.m. and arrive at the San Jose Mineta International Airport, 1701 Airport Blvd., Ste. B-1130, San Jose, CA 95110. I observed him sit at the San Jose Mineta International Airport for approximately 45 minutes in his vehicle – a 2022 white Tesla with California license plate #8ZSM822. I did not observe him drop anyone off nor pick anyone up. He then left the airport and returned to his home.

3. Later that night, at around 9:30 p.m., I observed Li drive to downtown San Jose and check into The Westin San Jose, 302 S Market St, San Jose, CA 95113 (the "Westin"). He had one piece of luggage, a dark-colored roller bag, with him. Below is a true and correct picture of the luggage I observed with Li:

1

**RIVERA DECLARATION ISO PLAINTIFFS'
MOTION FOR TRO AND ORDER TO SHOW CAUSE**

CASE NO. _____



4.  The next morning, Thursday, August 14, 2025, at approximately 12:00 p.m., I observed Li leave the hotel with his luggage.

5.  At approximately 3:18 p.m., I observed Li return to the Westin with his luggage. He approached the front desk and checked back into the hotel.

6.  On Friday, August 15, 2025, at around 9:20 a.m., I observed Li leave the Westin with his luggage.

7.  On Friday, August 15, 2025, at around 9:08 p.m., I observed Li return to the Westin with his luggage and check into the hotel again.

8.  From Wednesday, August 13, 2025, when Li went to the airport until Friday, August 15, 2025, I have observed that Li has frequented the Law Offices of Sam J. Polverino, The Singletary Mansion, Suite 100, 1565 The Alameda, San Jose, CA, 95126; offices located at 255 Shoreline Dr., Redwood City, CA 94065 (the location of Winston & Strawn LLP); and coffee shops, restaurants, and other food or entertainment establishments, always traveling with his luggage and dark-colored backpack in his possession or in his vehicle.

2

RIVERA DECLARATION ISO PLAINTIFFS'
MOTION FOR TRO AND ORDER TO SHOW CAUSE

CASE NO. _____

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of August, 2025, at Santa Clara, CA.

_____
Roberto A. Rivera