KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

ALEXANDER H. COTE (State Bar No. 211558)
acote@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>XUECHEN LI, an individual,<br><br>Defendant. | **Case No.** _____<br><br>**DECLARATION OF CARSON SWOPE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND ORDER PERMITTING EXPEDITED DISCOVERY** |

**SWOPE DECLARATION ISO PLAINTIFFS' MOTION FOR TRO, ORDER TO SHOW CAUSE, AND ORDER FOR EXPEDITED DISCOVERY**
CASE NO. _____

I, Carson Swope, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP and am counsel of record for Plaintiffs X.AI Corp and X.AI LLC (collectively "Plaintiff" or "xAI"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of xAI's Ex Parte Motion for Temporary Restraining Order, Order to Show Cause Why Preliminary Injunction Should Not Issue, and Order Permitting Expedited Discovery ("Motion"). I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. I emailed the documentation required under Local Rule 65-1 to counsel for Xuechen Li, Sam Polverino, on August 28, 2025. Attached hereto as **Exhibit A** is a true and correct copy of my email to Mr. Polverino.

3. Attached hereto as **Exhibit B** is the Expedited First Set of Interrogatories that xAI seeks leave to serve as part of its Motion.

4. Attached hereto as **Exhibit C** is the Expedited First Set of Requests for Production that xAI seeks leave to serve as part of its Motion.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28 day of August, 2025, at Redwood City, CA.

*/s/ Carson Swope*
Carson Swope

1
**SWOPE DECLARATION ISO PLAINTIFFS' MOTION FOR TRO, ORDER TO SHOW CAUSE, AND ORDER FOR EXPEDITED DISCOVERY**
CASE NO. _____