# EXHIBIT A

| | |
|---|---|
| **From:** | Swope, Carson |
| **To:** | "spolverino@sjlawyer.net" |
| **Cc:** | Vidal, Kathi |
| **Subject:** | 3:25-cv-07292 |
| **Date:** | Thursday, August 28, 2025 11:06:38 PM |
| **Attachments:** | image001.png |
| | _Complaint.pdf |
| | Compl. Ex. A - Conf K.pdf |
| | Compl. Ex. B - Term Cert.pdf |
| | 01_Admin Motion to Seal.pdf |
| | _Applin Decl [SEALED].pdf |
| | Applin Decl. Ex. A [SEALED].pdf |
| | Applin Decl. Ex. D [SEALED].pdf |
| | Applin Decl. Ex. E [SEALED].pdf |
| | Applin Decl. Ex. F [SEALED].pdf |
| | Applin Decl. Ex. G [SEALED].pdf |
| | 05_Pochorn Decl [SEALED].pdf |
| | 03_Swope Decl ISO Admin Mot to Seal.pdf |
| | 02_PO re Motion to Seal.pdf |
| | Applin Decl. Ex. C.pdf |
| | Applin Decl. Ex. B.pdf |
| | _Swope Decl ISO TRO.pdf |
| | Ex. B - Exp ROGs.pdf |
| | Ex. C - Exp RFPs.pdf |

Dear Mr. Polverino,

Please find attached a Complaint and Motion for Temporary Restraining Order, Order to Show Cause, and Order Permitting Expedited Discovery against your client, Xuechen Li, along with supporting documentation.

Regards,



**CARSON SWOPE**
ASSOCIATE ATTORNEY

T  +1 (650) 858-6407

cswope@winston.com

255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in California*