CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR SPECIALLY APPEARING FOR
DEFENDANT XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liabilty company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | CASE NO. 3:25-cv-07292-RFL<br><br>NOTICE OF SPECIAL APPEARANCE BY CHRISTIANE. PICONE FOR DEFENDANT XUECHEN LI<br><br>Date: September 2, 2025<br>Time: 2:00 PM<br>Judge: Hon. Rita F. Lin<br><br>Case Filed: August 28, 2025 |

NOTICE IS HEREBY GIVEN that Christian E. Picone, a Partner with the firm of Berliner Cohen, LLP, Ten Almaden Boulevard, 11th Fl., San Jose, California, 95113, telephone (408) 286-5800, hereby specially appears for Defendant XUECHEN LI ("Li) as follows:

1.  This appearance shall be made for the sole purposes of filing an Opposition to Plaintiffs' Motion for Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Order Permitting Expedited Discovery.

2.  Li is in the process of obtaining additional counsel to represent him in this matter.

DATED: SEPTEMBER 2, 2025                BERLINER COHEN, LLP


BY: /s/ CHRISTIAN E. PICONE
    CHRISTIAN E. PICONE
    ATTORNEYS SPECIALLY APPEARING FOR
    DEFENDANT XUECHEN LI

NOTICE OF SPECIAL APPEARANCE BY CHRISTIANE. PICONE FOR DEFENDANT XUECHEN LI
4910-9426-0837v1
CEP\34704001