KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

M. BRETT JOHNSON (admitted *Pro Hac Vice*)
mbjohnson@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

ALEXANDER H. COTE (State Bar No. 211558)
acote@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>XUECHEN LI, an individual,<br><br>Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**DECLARATION OF CARSON SWOPE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: Courtroom 15<br>Judge: Hon. Rita F. Lin |

I, Carson Swope, pursuant to 28 U.S.C. § 1746 declare as follows

1. I am an associate with the law firm of Winston & Strawn LLP and am counsel of record for Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiffs" or "xAI"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of Plaintiffs' Civil L.R. 7-11 Administrative Motion to File Under Seal. I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. I have reviewed Plaintiffs' Memorandum Regarding Defendant Li's Fifth Amendment Objections and declaration and exhibits supporting it ("Memorandum").

3. The Memorandum contains sensitive information regarding the known and possible location of xAI Confidential Information.[1]

4. Because the public disclosure of such information would unfairly harm xAI, the portions of the Memorandum involving the known and possible locations of xAI Confidential Material, and the specific nature of the alleged misappropriated xAI Confidential Material, should remain sealed.

5. Disclosure of the locations where xAI Confidential Information is or may be stored without authorization and appropriate protections, given the sensitive nature of the misappropriated material, would expose xAI Confidential Information to a heightened risk of further misappropriation, cyber intrusion, and other malicious acts attempting to disseminate or disclose xAI Confidential Information.

6. Pursuant to Civil Local Rule 7-11(a), a stipulation could not be obtained because the Memorandum was prepared and filed on an expedited basis due to the expedited and simultaneous nature of the filing of the Memorandum.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of September, 2025, at San Francisco, CA.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carson Swope*

　　　　　　　　　　　　　　　　　　　　　　　Carson Swope

---

[1] "xAI Confidential Information" is a contractually defined term that includes xAI's most sensitive trade secrets. See Pl.'s Mot. for TRO, Order To Show Cause Why Prelim. Inj. Should Not Issue, And Order Permitting Expedited Disc. Docket No. 7-3 ("TRO Motion") at 9 n. 1.