UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>XUECHEN LI, an individual,<br><br>　　　　　　　Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: Courtroom 15<br>Judge: Hon. Rita F. Lin |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, the Court hereby GRANTS the Administrative Motion to File Under Seal filed by Plaintiffs X.AI Corp. and X.AI LLC (collectively, "Plaintiffs" or "xAI"). Having considered Plaintiffs' Administrative Motion to File Under Seal and the supporting documentation thereof, the Court finds that the Administrative Motion to File Under Seal is meritorious and should be granted.

Accordingly, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under Seal and ORDERS the following documents to remain sealed:

| Document | Text To Be Sealed |
| --- | --- |
| Plaintiffs X.AI Corp. and X.AI LLC's Memorandum of Law Regarding Defendant Li's Fifth Amendment Objections | Highlighted Portions |
| Declaration of Carson Swope in Support of Plaintiffs X.AI Corp. and X.AI LLC's Memorandum of Law Regarding Defendant Li's Fifth Amendment Objections | Highlighted Portions |
| Exhibit A to Declaration of Carson Swope in Support of Plaintiffs X.AI Corp. and X.AI LLC's Memorandum of Law re Defendant Li's Fifth Amendment Objections | Highlighted Portions |
| Exhibit C to Declaration of Carson Swope in Support of Plaintiffs X.AI Corp. and X.AI LLC's Memorandum of Law re Defendant Li's Fifth Amendment Objections | Highlighted Portions |
| Exhibit D to Declaration of Carson Swope in Support of Plaintiffs X.AI Corp. and X.AI LLC's Memorandum of Law re Defendant Li's Fifth Amendment Objections | Highlighted Portions |

**IT IS SO ORDERED**

Dated: _____    _____
The Honorable Rita F. Lin
United States District Court Judge