# EXHIBIT B

# REDACTED

### Forensic Protocol for Access to Electronic Devices and Accounts Pursuant to Temporary Restraining Order

X.AI LLC and X.AI Corp. ("xAI") and Xuechen Li ("Li") (collectively, the "Parties") jointly agree to this forensic inspection and search protocol (the "TRO Protocol"), which establishes general terms for compliance with the Court's Temporary Restraining Order ("TRO") granted on September 2, 2025 in Case No. 3:25-cv-07292-RFL (N.D. Cal.). This TRO Protocol is intended to facilitate Li's compliance with the TRO, particularly TRO Paragraph 1(e):

> for any password or credentials listed in relation to (a) which Defendant claims he has forgotten or is unsure how to readily access, cooperate and work with xAI to reset or recover the same and/or to otherwise cooperate with xAI as necessary to provide xAI access to such accounts and devices listed in (a).

xAI has retained an independent third-party provider, Nardello & Co. ("Vendor"), to create and preserve forensic images of Li's devices and accounts pursuant to this TRO Protocol. The Vendor will then perform targeted searches, inspections, analyses, and data extractions in accordance with xAI's instructions, solely for complying with the terms of the TRO.

**Purpose:**

> This protocol sets forth the detailed procedures for the temporary surrender, forensic examination, and remediation of Li's electronic devices and accounts, in accordance with the TRO. It applies to the [redacted] device surrendered by Li on September 5, 2025; the accounts identified in the August 18, 2025 Authorization for Access to Accounts and Personal Devices; the accounts listed in Defendant Li's Response and Notice of Compliance with Section 1 of the TRO served on September 5, 2025; and any additional devices surrendered or accounts identified by Li or xAI while the TRO remains in effect.

1) **Step 1: Access and Recovery Process**

For each device or account, the following procedure listed in Step 1 will take place on a laptop provided by Vendor:

   a) **Initial Access Attempt**

      i) For accounts or devices where Li has provided access information, xAI will attempt to access the device or account using the information provided by Li.

   b) **Account Recovery (if initial access fails and/or if Li has not provided access information)**

      i) If access to any accounts cannot be achieved using the information provided by Li, Li will cooperate with xAI and the Vendor to facilitate the recovery process, which may include Li joining calls or appearing in person. The recovery will be conducted under

video recording of the screen with passwords displayed in plain text on the screen no later than **September 9, 2025**, at Winston & Strawn LLP's Redwood City, California office, in the presence of at least one xAI representative and, at xAI's discretion, the Vendor.

(1) All actions taken pursuant to Step 1.b: Account Recovery shall be recorded on video in a manner that clearly captures all forms of input—such as keystrokes, clicks, taps—and their corresponding outputs on screen throughout the recovery process. xAI and/or the Vendor shall maintain a detailed log documenting each account and/or device to which access is attempted, the specific method of access, the time of each attempt, any authentication mechanisms invoked, and the outcome of each attempt.

ii) For accounts such as ▮▮▮▮, the following steps, or their functional equivalents as contemplated by the particular service, will be followed:

(1) Go to the account recovery page.

(2) Enter the account name or email address.

(3) Follow the verification steps, which may include:

(a) Receiving a code via SMS

(b) Receiving a code via email

(c) Answering security questions

(d) Approving an authenticator prompt

(4) Confirm identity as required by the service.

iii) Where necessary, follow instructions provided by the service provider to facilitate account access. For example:





    c) **Password Reset**

        i) Once access is recovered, xAI and/or Vendor will set a new password for the account or device outside of the view of Li or Li's counsel.

    d) **Set Up Recovery Methods**

        i) xAI and/or Vendor will set up or update the account or device recovery methods (such as backup email, phone number, or security questions), outside the view of Li and Li's counsel, as needed to ensure continued access during the Examination Period, which as provided in the TRO is "for a period of 14 days or less to allow for a forensic examination to identify, remediate, and/or delete Confidential Information belonging to xAI."

2) **Step 2: Forensic Examination and Remediation**

    a) xAI and/or Vendor will conduct a forensic examination of each device and account to identify, remediate, and/or delete any xAI Confidential Information.

    b) Li will not have access to the devices or accounts during this period, pursuant to the Court's TRO.

3) **Step 3: Restoration of Access to Li**

    a) After the Examination Period:

        i) xAI will provide Li's counsel the credentials established in Steps 1(c) and/or 1(d) enabling Li to set a new password and update recovery methods. This process is intended to fully restore Li's access to his devices and accounts.

        ii) Li's devices and accounts taken for forensic investigation will be returned to Li's control pursuant to the Court's TRO.

Signature: _____

        Xuechen Li

Date: _____

Signature: _____

Name: _____

*On behalf of xAI*

Date: _____