# EXHIBIT C
# REDACTED

## Consent for Disclosure of Email and Cloud Account Content

The undersigned User, Xuechen Li ("Li"), hereby provides lawful consent, pursuant to 18 U.S.C. § 2702(b)(3) and 2702(c)(2) of the Stored Communications Act (SCA), authorizing Service Provider to disclose the content of electronic communications, customer records, and documents, including but not limited to emails, attachments, and files stored in cloud-based accounts, to xAI, solely for the purposes described in this Agreement.

This consent is granted by the originator, addressee, or intended recipient of such communications and is intended to satisfy the requirements of the SCA.

The User acknowledges that this consent permits Service Provider to disclose such content without further notice, provided the disclosure is consistent with the scope and purpose outlined herein.

The User further affirms that they have lawful authority over the accounts and communications referenced, that they are over the legal age of 18 years of age, and that this consent is knowingly and voluntarily given.

1. **Service Provider**
    i. "Service Provider" shall mean any person or entity, and their respective parents, subsidiaries, and affiliates, that provides, operates, maintains, stores, or otherwise has custody or control over any online account, electronic communication service, remote computing service, or online storage repository.
        1. Without limiting the foregoing, Service Provider expressly includes but is not limited to: [REDACTED].
2. **Consent to Access**
    a. By signing this Consent Form, Li hereby voluntarily and knowingly authorizes and directs Service Provider to:
        i. Disclose, release, and provide to X.AI LLC, X.AI Corp., and its agents, including its attorneys (collectively, "xAI") and its forensics vendor Nardello & Co. ("Vendor") and any other vendors xAI may retain, the full contents, communications, and customer records of any and all accounts held by or under the control of Li which are maintained by Service Provider, including without limitation all accounts identified in section 4 below, consistent with the Time Limitation identified below in section 3.
            1. This expressly includes, but is not limited to, the contents of emails, files, messages, documents, account activity logs, metadata, and any other data or communications stored or maintained in connection with any account(s) which may fall within the scope of 18 U.S.C. §§ 2701–2713.

3. **Time Limitation**
    a. This consent applies to the full contents, communications, and customer records of any and all accounts held by or under the control of Li so long as the accounts were created or accessed at least once on or after February 26, 2024.
4. **Relevant Accounts**
    a. Li acknowledges and agrees that this consent applies to any online storage, email, or other account, including those created using a phone number, maintained by Service Provider associated with Li in any way, including without limitation those associated with (1) any of the following email addresses, (2) any email accounts and/or phone number(s) linked to these email addresses, username(s), or phone number(s) (e.g., used for multi-factor authentication and/or account recovery), (3) any of the following username(s), and (4) any of the following phone number(s):



    b. This list is not exhaustive and includes any other accounts and/or phone numbers which may be later identified by Li or xAI as being subject to the TRO.
5. **Acknowledgement**
    a. By signing below, Li acknowledges that he has read and understands the terms of this Consent Form, and is giving this consent freely and voluntarily.

Signature: _____

                Xuechen Li

Date: _____