CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
ANGELA SHAW, CA STATE BAR NO. 321726
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
angela.shaw@berliner.com

ATTORNEYS SPECIALLY APPEARING FOR DEFENDANT
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>XUECHEN LI,<br><br>　　　　　　Defendant. | CASE NO. 3:25-cv-07292-RFL<br><br>STIPULATION AND [PROPOSED] ORDER RE: DEPOSITION OF DEFENDANT IN EXPEDITED DISCOVERY<br><br>Case Filed: August 28, 2025 |

Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, on September 2, 2025, the Court entered an Order Granting Plaintiffs' Motion for Temporary Restraining Order and Permitting Expedited Discovery as Modified (Dkt. No. 20, referred to herein as the "Order") in this action;

WHEREAS, section 5(c) of the Order requires Defendant to sit for deposition ("Deposition") within ten days of the Order, i.e., by September 12, 2025;

WHEREAS, Plaintiffs' and Defendant's counsel have been meeting and conferring to diligently address all issues set forth in the Order;

WHEREAS, Defendant has requested that the Deposition occur on a mutually agreeable date after September 12, 2025 but no later than October 15, 2025 unless a later date is agreed to by Plaintiff, and Plaintiff is agreeable to the same;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, that the Deposition may take place on a mutually agreeable date after September 12, 2025 but no later than October 15, 2025 unless a later date is agreed to by Plaintiff.

DATED: SEPTEMBER 14, 2025                BERLINER COHEN, LLP

                                         BY: /s/ CHRISTIAN PICONE
                                             CHRISTIAN PICONE
                                             ANGELA SHAW
                                             ATTORNEYS SPECIALLY APPEARING FOR
                                             DEFENDANT XUECHEN LI

DATED: SEPTEMBER 14, 2025                WINSTON & STRAWN LLP

                                         BY: /s/ KATHI VIDAL
                                             KATHI VIDAL
                                             MATTHEW MCCULLOUGH
                                             M. BRETT JOHNSON
                                             ANGELA MARIE S. MACHALA
                                             ALEXANDER COTE
                                             CARSON SWOPE
                                             ATTORNEYS FOR PLAINTIFFS X.AI CORP. AND
                                             X.AI LLC

### DECLARATION OF CONCURRENCE IN FILING

I am the attorney e-filing this document. I certify that each of the other signatories to the foregoing document have concurred in the filing of the document.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 14^(TH) day of September, 2025, in Palm Desert, California.

                                         /s/ CHRISTIAN E. PICONE
                                         CHRISTIAN E. PICONE

# ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, that the Order Granting Plaintiffs' Motion for Temporary Restraining Order and Permitting Expedited Discovery as Modified (Dkt. No. 20) is further modified to allow the deposition of Defendant Xuechen Li provided for in section 5(c) of the Order to take place on a date agreed to by the Parties after September 12, 2025, but no later than October 15, 2025 unless a later date is agreed to by Plaintiff.

DATED: SEPTEMBER     , 2025

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE