BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Attorneys for Defendant
XUECHEN LI

CHRISTIAN E. PICONE, CA State Bar No. 218275
ANGELA SHAW, CA State Bar No. 321726
BERLINER COHEN, LLP
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone:     408.286.5800
Facsimile:     408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys Specially Appearing for Defendant
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company, | CASE NO.  3:25-cv-07292-RFL |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION |
| v. | |
| XUECHEN LI, | Case Filed:  August 28, 2025 |
| Defendant. | |

Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, on September 2, 2025, the Court entered an Order Granting Plaintiffs' Motion for Temporary Restraining Order and Permitting Expedited Discovery as Modified (Dkt. No. 20, referred to herein as the "Order") in this action;

WHEREAS, the Order set the following briefing schedule and hearing date for Plaintiffs' request for a preliminary injunction: (i) Defendant's opposition to be filed by September 16, 2025; (ii) Plaintiffs' reply to be filed by September 23, 2025; (iii) hearing to be held on October 7, 2025 at 10:00 a.m;

WHEREAS, Defendant has only recently retained primary counsel and seeks an extension of the preliminary injunction deadlines;

WHEREAS, the process for recovering Defendant's accounts and devices is ongoing and may take more time than initially envisioned,

WHEREAS, it may take time to secure third party discovery that may be relevant to the preliminary injunction;

WHEREAS, contemplating that the parties might stipulate to extend the hearing date, the Order required any such stipulation to be filed by September 23, 2025.  The Order further required the stipulation to "(a) confirm the Parties' agreement that there is good cause to extend this Temporary Restraining Order through the newly proposed hearing date; (b) require submission of the reply brief at least 14 days prior to the newly proposed hearing date; and (c) select the newly proposed hearing date after confirming the Court's availability either through the public calendar or communications with the Courtroom Deputy" (*see* Order at p. 6:4-11)

WHEREAS, Plaintiffs and Defendant agree that there is good cause to extend the preliminary injunction deadlines as follows: (i) Defendant's opposition to be filed on or before October 28, 2025; (ii) Plaintiffs' reply to be filed on or before November 18, 2025 (at least 14 days prior to the newly proposed hearing date); (iii) hearing to be held on December 2, 2025 at 10:00

a.m. (date and time confirmed through the public calendar or communications with the Courtroom Deputy);

WHEREAS, the Parties agree that good cause exists to extend the temporary restraining order through the proposed extended hearing date and issuance of the Court's order on the same;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, that (i) Defendant's opposition to be filed on or before October 28, 2025; (ii) Plaintiffs' reply to be filed on or before November 18, 2025; (iii) hearing to be held on December 2, 2025 at 10:00 a.m.; and (iv) the temporary restraining order to be extended through the proposed extended hearing date and issuance of the Court's order on the same.


DATED:  SEPTEMBER 15, 2025          FENWICK & WEST LLP


                                    BY:  /s/ Benjamin S. Kingsley
                                         BENJAMIN S. KINGSLEY
                                         JESSICA M. KAEMPF
                                         CHRISTIAN PICONE
                                         ANGELA SHAW
                                         ATTORNEYS FOR DEFENDANT XUECHEN LI


DATED:  SEPTEMBER 15, 2025          WINSTON & STRAWN LLP


                                    BY:  /s/ Kathi Vidal
                                         KATHI VIDALMATTHEW R. MCCULLOUGH
                                         M. BRETT JOHNSON
                                         ANGELA MARIE S. MACHALA
                                         ALEXANDER COTE
                                         CARSON SWOPE
                                         ATTORNEYS FOR PLAINTIFFS X.AI CORP. AND
                                         X.AI LLC

1

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

2

     Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing

3

document was obtained from all of its signatories.

4

5

                                 */s/ Benjamin S. Kingsley*

6

                                   Benjamin S. Kingsley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

## **ORDER**

2      IT IS HEREBY ORDERED, pursuant to the above stipulation, that the following dates

3  shall govern Plaintiffs' request for a preliminary injunction:

4      1.      Defendant's opposition shall be filed on or before October 28, 2025.

5      2.      Plaintiffs' reply shall be filed on or before November 18, 2025.

6      3.      The hearing shall be held on December 2, 2025 at 10:00 a.m.

7      IT IS FURTHER ORDERED that the Temporary Restraining Order, unless extended for

8  good cause or by agreement of the Parties, will expire at 9:00 p.m. on December 2, 2025, or unless

9  the Court orders otherwise at the hearing, as of the Court's ruling on the PI motion, if later. The

10  Court finds good cause to extend this Order to that date, based on the Parties' stipulation at the

11  hearing and the complexity of the issues.

12

13  DATED: SEPTEMBER 16, 2025      _____

14                                                       HON. RITA F. LIN
                                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28