```
1   BENJAMIN S. KINGSLEY (CSB NO. 314192)
    bkingsley@fenwick.com
2   FENWICK & WEST LLP
    555 CALIFORNIA ST., 12TH FLOOR
3   SAN FRANCISCO, CA 94104
    TELEPHONE:  415.875.2300
4   FACSIMILE:   415.281.1350

5   JESSICA M. KAEMPF (PRO HAC VICE)
    jkaempf@fenwick.com
6   FENWICK & WEST LLP
    401 UNION STREET, 5TH FLOOR
7   SEATTLE, WA 98101
    TELEPHONE:  206.389.4510
8   FACSIMILE:   206.389.4511

9   CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
    ANGELA SHAW, CA STATE BAR NO. 321726
10  BERLINER COHEN, LLP
    TEN ALMADEN BOULEVARD
11  ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
12  TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
13  christian.picone@berliner.com
```

ATTORNEYS FOR FOR DEFENDANT XUECHEN LI

UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>XUECHEN LI,<br><br>          Defendant. | CASE NO.  3:25-cv-07292-RFL<br><br>NOTICE OF APPEARANCE BY CHRISTIANE. PICONE FOR DEFENDANT XUECHEN LI<br><br><br><br>Case Filed:  August 28, 2025 |

NOTICE IS HEREBY GIVEN that Christian E. Picone, a Partner with the firm of Berliner Cohen, LLP, Ten Almaden Boulevard, 11th Fl., San Jose, California, 95113, telephone (408) 286-5800, hereby changes his appearance to general appearance for Defendant XUECHEN LI ("Li").

DATED:  SEPTEMBER 17, 2025                BERLINER COHEN, LLP

                                         BY:  /S/ CHRISTIAN E. PICONE

Case 3:25-cv-07292-RFL    Document 49    Filed 09/18/25    Page 2 of 2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 3:25-CV-07292-RFL    -2-

NOTICE OF APPEARANCE BY CHRISTIANE. PICONE FOR DEFENDANT XUECHEN LI

4931-3884-2730v1
NON-BC\34704001