1  BENJAMIN S. KINGSLEY (CSB No. 314192)
   bkingsley@fenwick.com
2  FENWICK & WEST LLP
   555 California St., 12th Floor
3  San Francisco, CA 94104
4  Telephone:    415.875.2300
   Facsimile:    415.281.1350
5
6  JESSICA M. KAEMPF (*pro hac vice*)
   jkaempf@fenwick.com
7  FENWICK & WEST LLP
   401 Union Street, 5th Floor
8  Seattle, WA 98101
   Telephone:    206.389.4510
9  Facsimile:    206.389.4511

10 CHRISTIAN E. PICONE (CSB No. 218275)
   christian.picone@berliner.com
11 ANGELA SHAW (CSB No. 321726)
   angela.shaw@berliner.com
12 BERLINER COHEN, LLP
   10 Almaden Blvd. 11th Floor
13 San Jose, California 95113-2233
   Telephone:    (408) 286-5800
14 Facsimile:    (408) 998-5388

15 Attorneys for Defendant Xuechen Li

16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                         SAN FRANCISCO DIVISION

| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company, | CASE NO. 3:25-cv-07292-RFL |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| XUECHEN LI, | Case Filed: August 28, 2025 |
| Defendant. | |

Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

1  WHEREAS, Plaintiffs filed the complaint initiating this action on August 28, 2025 (Dkt. No. 1) and served Defendant on September 2, 2025 (Dkt. No. 25);

WHEREAS, Defendant's deadline to answer or otherwise respond to the complaint is September 23, 2025;

WHEREAS, Plaintiffs filed a motion for a preliminary injunction which is currently pending before the Court (Dkt. Nos. 8, 20, 48);

WHEREAS, Defendants submit that extending Defendant's deadline to answer or otherwise respond to the complaint after the Court rules on the preliminary injunction will conserve the resources of Court and of the Parties;

WHEREAS, Defendant has requested that his deadline to answer or otherwise respond to the complaint be extended to thirty (30) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction, and Plaintiffs are agreeable to the same; and

WHEREAS, there have been no prior extensions of Defendant's deadline to answer or otherwise respond to the complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, that Defendant's deadline to answer or otherwise respond to the complaint shall be thirty (30) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction.

DATED: SEPTEMBER 22, 2025          FENWICK & WEST LLP

                                   BY: /s/ Benjamin S. Kingsley
                                       BENJAMIN S. KINGSLEY
                                       JESSICA M. KAEMPF
                                       ATTORNEYS FOR DEFENDANT XUECHEN LI

DATED: SEPTEMBER 22, 2025          BERLINER & COHEN LLP

                                   BY: /s/ Angela Shaw
                                       CHRISTIAN E. PICONE
                                       ANGELA SHAW
                                       ATTORNEYS FOR DEFENDANT XUECHEN LI

| | |
|---|---|
| DATED: SEPTEMBER 22, 2025 | WINSTON & STRAWN LLP |
| | BY: /s/ Kathi Vidal<br>KATHI VIDAL<br>MATTHEW R. MCCULLOUGH<br>M. BRETT JOHNSON<br>ANGELA MARIE S. MACHALA<br>ALEXANDER COTE<br>CARSON SWOPE<br>ATTORNEYS FOR PLAINTIFFS X.AI CORP. AND X.AI LLC |

## CIVIL LOCAL RULE 5-1(i) ATTESTATION

I am the attorney filing the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that each of the other signatories to the foregoing document have concurred in the filing of the document.

/s/ Angela Shaw
Angela Shaw

## ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, that that Defendant's deadline to answer or otherwise respond to the complaint shall be thirty (30) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction.

DATED: SEPTEMBER ___, 2025

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE