United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X.AI CORP., a Nevada corporation, and
X.AI LLC, a Nevada limited liability
company,

Plaintiff(s),

v.

XUECHEN LI, an individual,
Defendant(s).

Case No. 3:25-cv-07292-RFL

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan Hung_____, an active member in good standing of the bar of

Texas_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: X.AI CORP. and X.AI LLC_____ in the

above-entitled action. My local co-counsel in this case is Kathi Vidal_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 194971_____.

Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
MY ADDRESS OF RECORD

Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(214) 453-6500
MY TELEPHONE # OF RECORD

(650) 858-6500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

johung@winston.com
MY EMAIL ADDRESS OF RECORD

kvidal@winston.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24143033_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____1____ times in the 12 months

preceding this application.

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules. I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 9/25/2025                         Jonathan Hung

5                                           APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of Jonathan Hung is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _____

16

17

18                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# EXHIBIT 1

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 25, 2025

Re: Jonathan Y. Hung, State Bar Number 24143033

To Whom It May Concern:

This is to certify that Jonathan Y. Hung was licensed to practice law in Texas on October 07, 2024, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

