KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice* pending)
lslifer@winston.com
JONATHAN HUNG (*pro hac vice* pending)
johung@winston.com
**Winston & Strawn LLP**
2121 N. Pearl Street, Suite 900,
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC, | CASE NO. 3:25-cv-07292-RFL |
| Plaintiffs, | **DECLARATION OF CARSON SWOPE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |
| vs. | |
| XUECHEN LI, | JUDGE RITA F. LIN |
| Defendant. | |

I, Carson Swope, pursuant to 28 U.S.C. § 1746 declare as follows:

1.    I am admitted to practice in the United States District Court, Northern District of California, attorney at Winston & Strawn, LLP, and counsel of record for Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs" or "xAI") in the above-captioned matter. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    On September 25, 2025, my colleague Kathi Vidal sent an email to Defendant's counsel, Jessica Kaempf, Christian Picone, Benjamin Kinglsey, Jacob Simmons, and Angela Shaw, requesting that the Defendant stipulate that *X.AI Corp., et al., v. OpenAI Inc., et al.*, No. 3:25-cv-08133-LB ("OpenAI Litigation") and this case, *X.AI Corp., et al., v. Li*, No. 3:25-cv-07292-RFL, are related within the meaning of Civ. Local Rule 3-12.  Counsel for xAI and Li exchanged further emails throughout the day, and my colleague LeElle Slifer provided xAI's basis for seeking to have the cases be related. Counsel for Defendant Li stated that Li agrees to not oppose the cases being related under the local rules.

3.    No counsel has yet appeared for the defendants in the OpenAI Litigation.  As such, their position on whether the cases should be related is unknown.  After filing, counsel for xAI will serve the Motion on those defendants in compliance with Civil L.R. 3-12.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2025, at San Francisco, California.

*/s/ Carson Swope*
Carson Swope

---

1