1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>XUECHEN LI,<br><br>　　　　Defendant. | CASE NO. 3:25-cv-07292-RFL<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>JUDGE RITA F. LIN |

Before this Court is Plaintiffs X.AI Corp. and X.AI LLC's ("Plaintiffs" or "xAI") Administrative Motion to Consider Whether Cases Should Be Related ("Motion"). The Court, having reviewed the relevant pleadings, papers, and arguments presented on file, and noting that the Motion is unopposed by Defendant Li, hereby **ORDERS** as follows:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. These cases involve substantially similar parties, property, events, and transactions. As such, litigation will call for a determination of many of the same or substantially identical questions of law and fact and, therefore, are likely to entail substantial duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**IT IS HEREBY FURTHER ORDERED** that the cases entitled *X.AI Corp., et al., v. Li*, No. 3:25-cv-07292-RFL, and *X.AI Corp., et al., v. OpenAI, Inc., et al.*, No. 3:25-cv-08133-LB, are related within the meaning of Civ. Local Rule 3-12, and shall be assigned to District Court Judge Rita F. Lin.

**IT IS SO ORDERED**

Dated: _____   _____
The Honorable Rita F. Lin
United States District Court Judge