BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

CHRISTIAN E. PICONE (CSB No. 218275)
ANGELA SHAW (CSB No. 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone:    408.286.5800
Facsimile:    408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>           Plaintiffs,<br><br>      v.<br><br>XUECHEN LI,<br><br>           Defendant. | CASE NO.  3:25-cv-07292-RFL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION<br><br>Case Filed:  August 28, 2025 |

Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, on September 2, 2025, the Court entered an Order Granting Plaintiffs' Motion for Temporary Restraining Order and Permitting Expedited Discovery as Modified (Dkt. No. 20, referred to herein as the "Order") in this action;

WHEREAS, the Order set the following briefing schedule and hearing date for Plaintiffs' request for a preliminary injunction: (i) Defendant's opposition to be filed by September 16, 2025; (ii) Plaintiffs' reply to be filed by September 23, 2025; (iii) hearing to be held on October 7, 2025 at 10:00 a.m;

WHEREAS, because the process for recovering Defendant's accounts is ongoing and has taken more time than initially envisioned, on September 15, 2025, the Parties stipulated to extend the briefing schedule and hearing date to the following: (i) Defendant's opposition to be filed on or before October 28, 2025; (ii) Plaintiffs' reply to be filed on or before November 18, 2025 (at least 14 days prior to the newly proposed hearing date); (iii) hearing to be held on December 2, 2025 at 10:00 a.m.;

WHEREAS, the Court entered the Parties' stipulation on September 16, 2025, which was the only extension the Court has granted related to the briefing schedule and hearing date for Plaintiffs' request for a preliminary injunction, and the Court has not stated that no further extensions will be granted;

WHEREAS, the process for recovering Defendant's accounts is ongoing and will not be completed in time for Defendant's briefing on the PI hearing and the Parties are continuing to work together diligently to attempt access to any remaining additional devices and accounts (including those identified in correspondence between counsel for the Parties on October 23, 2025) pursuant to the Forensic Protocol for Recovery of Electronic Devices and Accounts Pursuant to Temporary Restraining Order and will endeavor to complete such access by November 7, 2025;

WHEREAS, the Parties agree that absent circumstances beyond the parties' control or otherwise not anticipated that prevent or delay xAI from obtaining access to such devices and/or

accounts, Plaintiffs, through its Vendor and pursuant to the terms of the Imaging and Analysis Protocol, will complete the remediation and/or deletion of any xAI Confidential Information on all accessed devices and accounts by November 25, 2025; and

WHEREAS, the Parties agree that Plaintiffs will produce images of any such other devices and/or accounts, and Plaintiffs' Vendor will provide its Forensic Report(s) of any such other devices and/or accounts, by no later than three days following the expiration of the 14-day Examination Period for each device and/or account accessed;

WHEREAS, because of the ongoing imaging and remediation, and because Defendant's counsel does not yet have access to all such images, the Parties agree that there is good cause to extend the preliminary injunction deadlines as follows: (i) Defendant's opposition to be filed on or before November 13, 2025; (ii) Plaintiffs' reply to be filed on or before December 9 (at least 14 days prior to the newly proposed hearing date); (iii) hearing to be held on January 13, 2026 at 10:00 a.m. (date and time confirmed through the public calendar or communications with the Courtroom Deputy);

WHEREAS, the Parties agree that good cause exists to extend the temporary restraining order through the proposed extended hearing date and issuance of the Court's order on the same;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, that (i) Defendant's opposition to preliminary injunction to be filed on or before November 13, 2025; (ii) Plaintiffs' reply to be filed on or before December 9, 2025; (iii) hearing to be held on January 13, 2026 at 10:00 a.m.; and (iv) the temporary restraining order to be extended through the proposed extended hearing date and issuance of the Court's order on the same.

Dated: October 27, 2025

FENWICK & WEST LLP

By: /s/ Jessica M. Kaempf
Jessica M. Kaempf

Attorneys for Defendant
XUENCHEN LI

Dated: October 27, 2025                                WINSTON & STRAWN LLP

                                                       By: /s/ Kathi Vidal
                                                           Kathi Vidal

                                                       Attorneys for Plaintiffs
                                                       X.AI Corp. and X.AI LLC

### CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

                                                       /s/ Jessica M. Kaempf
                                                       Jessica M. Kaempf

# ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, that Plaintiffs will produce images of Defendant's Google account by November 3, 2025; and unless Plaintiffs are unable to access, or delayed in accessing, any additional account Plaintiffs seek to recover access to, Plaintiff's vendor will identify, remediate and/or delete any xAI Confidential Information on all accounts by November 25, 2025 (under the terms of the Imaging and Analysis Protocol), and Plaintiffs will produce images of any such accounts by November 26, 2025.

IT IS FURTHER ORDERED that the following dates shall govern Plaintiffs' request for a preliminary injunction:

1. Defendant's opposition shall be filed on or before November 13, 2025.
2. Plaintiffs' reply shall be filed on or before December 9, 2026.
3. The hearing shall be held on January 13, 2026 at 10:00 a.m.

IT IS FURTHER ORDERED that the Temporary Restraining Order, unless extended for good cause or by agreement of the Parties, will expire at 9:00 p.m. on January 13, 2026, or unless the Court orders otherwise at the hearing, as of the Court's ruling on the PI motion, if later. The Court finds good cause to extend this Order to that date, based on the Parties' stipulation at the hearing and the complexity of the issues.

DATED: _____

Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE