BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511

CHRISTIAN E. PICONE (CSB No. 218275)
ANGELA SHAW (CSB No. 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone:  408.286.5800
Facsimile:  408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>XUECHEN LI,<br><br>　　　　　Defendant. | CASE NO.  3:25-cv-07292-RFL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION<br><br>Case Filed:  August 28, 2025 |

1  Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, this Court has previously granted two stipulations for extensions regarding the briefing schedule and hearing date for Plaintiffs' request for a preliminary injunction (Dkts. 48, 62);

WHEREAS, the current briefing schedule and hearing date is as follows: (i) Defendant's opposition to be filed on or before November 13, 2025; (ii) Plaintiffs' reply to be filed on or before December 9, 2025; (iii) hearing to be held on January 13, 2026 at 10:00 a.m. (Dkt. 62);

WHEREAS, the process for forensically analyzing the data from and any remediation of Defendant's cloud accounts is still ongoing but is nearing completion, and counsel for Plaintiffs will be producing data from cloud accounts and corresponding forensic reports to counsel for Defendant on November 17, 2025, after Defendant's opposition brief is currently due;

WHEREAS, because of the ongoing imaging and remediation, and because of Plaintiffs' production of data from cloud accounts and forensic reports on November 17, 2025, the Parties agree that there is good cause to extend the preliminary injunction deadlines as follows: (i) Defendant's opposition to be filed on or before November 24, 2025; (ii) Plaintiffs' reply to be filed on or before December 16, 2025 (at least 14 days prior to the current hearing date);

WHEREAS, because the proposed extension still provides more than 14 days between Plaintiffs' reply and the current hearing date, the requested time modification will have no effect on the hearing date or other effect on the case schedule;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, that (i) Defendant's opposition to preliminary injunction to be filed on or before November 24, 2025; and (ii) Plaintiffs' reply to be filed on or before December 16, 2025.

| | | |
|---|---|---|
| 1 | Dated: November 11, 2025 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Jessica M. Kaempf |
| | | Jessica M. Kaempf |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | XUECHEN LI |
| 6 | Dated: November 11, 2025 | WINSTON & STRAWN LLP |
| 7 | | |
| 8 | | By: /s/ Kathi Vidal |
| | | Kathi Vidal |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |
| | | X.AI Corp. and X.AI LLC |

## CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

/s/ Jessica M. Kaempf
Jessica M. Kaempf

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation, that the following dates shall govern Plaintiffs' request for a preliminary injunction:

1. Defendant's opposition shall be filed on or before November 24, 2025.
2. Plaintiffs' reply shall be filed on or before December 16, 2025.

DATED: _____

_____
Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE