# EXHIBIT A

**Forensic Protocol for Recovery of Electronic Devices and Accounts Pursuant to Temporary Restraining Order**

X.AI LLC and X.AI Corp. ("xAI") and Xuechen Li ("Li") (collectively, the "Parties") jointly agree to this forensic recovery protocol (the "TRO Recovery Protocol"), which establishes general terms for independent third-party provider, Nardello & Co. ("Vendor") to recover certain accounts and access to certain devices of Li to facilitate compliance with the Court's Temporary Restraining Order ("TRO") granted on September 2, 2025 in Case No. 3:25-cv-07292-RFL (N.D. Cal.). This TRO Protocol is intended to be the first step facilitating Li's compliance with the TRO, particularly TRO Paragraph 1(e):

> for any password or credentials listed in relation to (a) which Defendant claims he has forgotten or is unsure how to readily access, cooperate and work with xAI to reset or recover the same and/or to otherwise cooperate with xAI as necessary to provide xAI access to such accounts and devices listed in (a).

This protocol does not apply to any devices, accounts or other storage media obtained by Li on or after August 27, 2025, which the outside counsel for the Parties have agreed to separately negotiate. It also does not apply to the devices to which Vendor has already taken forensic images.

xAI has retained an independent third-party provider, Nardello & Co. ("Vendor"), which has agreed to the terms of this Forensic Protocol. The Vendor will work with Li's counsel – who will be in contact with Li, to recover Li's accounts and devices pursuant to this TRO Protocol.

The Parties further agree that any disclosure of privileged or otherwise protected information through this protocol does not operate as a waiver of the attorney-client privilege and/or attorney work-product doctrine. For the avoidance of doubt, each of xAI, xAI's outside counsel and the Vendor are not authorized to review or extract any privileged information and/or information subject to the attorney work-product doctrine.

The Parties further acknowledge that this Protocol in no way limits or alters xAI's rights under the TRO.

**Purpose:**

> This protocol sets forth the detailed procedures for the temporary recovery of Li's electronic devices and accounts, in accordance with the TRO. It applies to the Mac Studio device surrendered by Li on September 5, 2025; the accounts identified in the August 18, 2025 Authorization for Access to Accounts and Personal Devices; the accounts listed in Defendant Li's Response and Notice of Compliance with Section 1 of the TRO served on September 5, 2025; and any additional devices surrendered or accounts identified by Li or xAI while the TRO remains in effect. However, this protocol does not apply to any devices, accounts or other storage media obtained by Li on or after August 27, 2025, which the outside counsel for the

Parties have agreed to separately negotiate. It also does not apply to any forensic images Nardello already has in its possession.

1) **Step 1: Access and Recovery Process**

For each device or account, the following procedure listed in Step 1 will take place on a laptop provided by Vendor:

    a) **Initial Access Attempt**

        i) For accounts or devices where Li has provided access information, xAI will attempt to access the device or account using the information provided by Li.

    b) **Account Recovery (if initial access fails and/or if Li has not provided access information)**

        i) If access to any accounts cannot be achieved using the information provided by Li, Li, through his attorneys, will cooperate with xAI and the Vendor to facilitate the recovery process. Specifically, the Vendor will conduct the Account Recovery, with Li's attorney(s) joining video conferences while in real-time contact with Li. The recovery will be conducted under video recording of the device screen with passwords displayed in plain text on the device screen no later than **September 13, 2025** for the first attempt, in the presence of at least one xAI outside counsel of record and the Vendor. The video recording will be confined to the device.

            (1) All actions taken pursuant to Step 1.b: Account Recovery shall be recorded on video in a manner that clearly captures all forms of input—such as keystrokes, clicks, taps—and their corresponding outputs on screen throughout the recovery process.

            (2) xAI and/or the Vendor shall maintain a detailed log documenting each account and/or device to which access is attempted, the specific method of access, the time of each attempt, any authentication mechanisms invoked, and the outcome of each attempt.

        ii) For accounts such as Google, the following steps, or their functional equivalents as contemplated by the particular service, will be followed:

            (1) Go to the account recovery page.

            (2) Enter the account name or email address.

      (3) Follow the verification steps to the extent possible[1] by Li providing, through his attorney(s), in real-time information in response to verification prompts, which may include:

         (a) Receiving a code via SMS

         (b) Receiving a code via email

         (c) Answering security questions

         (d) Approving an authenticator prompt

      (4) Confirm identity as required by the service.

   iii) Where necessary, follow instructions provided by the service provider to facilitate account access. For example:

      (1) Google:

         (a) How to Recover Your Account
https://support.google.com/accounts/answer/7682439

         (b) Tips to Complete Account Recovery Steps
https://support.google.com/accounts/answer/7299973

      (2) iCloud

         (a) Apple Account – Forgot Password
https://iforgot.apple.com/

         (b) How to Use Account Recovery When You Can't Reset Your Apple Account Password
https://support.apple.com/en-us/118574

      (3) Dropbox

         (a) Can I log in to Dropbox without access to my email address? - Dropbox Help
https://help.dropbox.com/account-access/lost-email-access

**c) Password Reset**

   i) Once access is recovered, the Vendor will set a new password for the account or device outside of the view of Li or Li's counsel. For the avoidance of doubt, the Vendor will not provide the new password to xAI to xAI or any xAI representatives, including xAI's outside counsel.

---

[1] The parties acknowledge that certain verification information may not be available to Li (e.g., if a code is sent to a phone or email address to which Li does not have access).

d) **Set Up Recovery Methods**

   i) The Vendor will set up or update the account or device recovery methods (such as backup email, phone number, or security questions), outside the view of Li and Li's counsel, as needed to ensure continued access during the Examination Period, which as provided in the TRO is "for a period of 14 days or less to allow for a forensic examination to identify, remediate, and/or delete Confidential Information belonging to xAI." Following completion of the account recovery process, the Vendor will await further instructions—currently being negotiated between, and to be provided by, both Parties by no later than September 15—before creating any forensic images, performing downloads, or otherwise accessing or enabling access to the accounts or devices covered by this Protocol. The 14 days will not start running as to an account or device until Vendor begins its forensic examination to identify, remediate, and/or delete Confidential Information.

Signature: *Jessica Kaempf* (boxSIGN 4P5R5Q6K-4P63LRLY)

Name: Jessica Kaempf

*On behalf of Xuechen Li*

Date: Sep 13, 2025

Signature: *Kathi Vidal* (boxSIGN 4Q5586ZZ-4P63LRLY)

Name: Kathi Vidal

*On behalf of xAI*

Date: Sep 13, 2025

Signature: (boxSIGN 463W3X69-4P63LRLY)

Name: Joe Pochron

*On behalf of Nardello & Co.*

Date: Sep 13, 2025