# EXHIBIT C

Case 3:25-cv-07292-RFL     Document 69-4     Filed 11/24/25     Page 1 of 3



401 Union Street  
5th Floor  
Seattle, WA 98101

206.389.4510  
Fenwick.com

Jessica M. Kaempf  
jkaempf@fenwick.com   |   206.389.4550

September 23, 2025

**CONFIDENTIAL**
VIA EMAIL (KVIDAL@WINSTON.COM)

Kathi Vidal, Esq.
Winston & Strawn LLP
225 Shoreline Dr., Suite 520
Redwood City, CA 94065

Re:     <u>X.AI Corp. et al v. Xuechen Li</u> (N.D. Cal., Case No. 3:25-cv-07292-RFL) – Authorization for Access to Accounts and Personal Devices

Counsel,

I write on behalf of Xuechen Li regarding the above captioned dispute with X.AI Corp. and X.AI LLC (collectively "xAI"), to revoke all Access and Authorizations pursuant to the document titled "Authorization for Access to Accounts and Personal Devices," dated August 18, 2025 (the "Authorization Letter").

On August 11, 2025, Mr. Li received a letter from xAI regarding Mr. Li's purported breach of his legal obligations to xAI, demanding that Mr. Li, among other things, provide xAI immediate access to Mr. Li's personal property within 48 hours (the "Demand Letter"). The Demand Letter stated that Mr. Li's "cooperation" with xAI's demands would be taken into "consideration . . . in determining the actions [xAI] pursue[s]" regarding Mr. Li's alleged breach. (*See* Demand Letter at 2.) In view of xAI's aggressive posture, Mr. Li quickly obtained counsel and agreed to meet with xAI at the Redwood City offices of Winston & Strawn on August 14, only three days after receiving xAI's threat of legal action. (*See* Dkt. 1 at ¶ 68.)

Over the course of meetings with xAI and Winston & Strawn, and in an attempt to cooperate with xAI's demands, Mr. Li signed the Authorization Letter and provided xAI "Access" to three "Devices," several online "Accounts," and certain data and information contained therein. (*See* Authorization Letter at ¶¶ 1.a-f.) The letter also provided "Authorizations" to xAI, Winston & Strawn, and Experts retained by both to perform forensic reviews, among other things, of Mr. Li's Devices and Accounts. (*See id.* at ¶¶2.a-f.) The letter made clear that the purpose of the searches would be limited "to identifying and locating xAI information," and that if xAI were to "inadvertently encounter" any of Mr. Li's Personal Data, such data would be treated "with reasonable security procedures and practices appropriate to the nature of the Personal Data contained therein." (*See id.* at ¶¶2.b-c.) For the avoidance of doubt, Mr. Li did not waive any privileges regarding any information that may have been contained in the Devices or

K. Vidal                                                                                                                    **Confidential**
September 23, 2025
Page 2

Accounts.  We intend to perform a privilege review and identify any inadvertent disclosures subject to Fed. R. Evid. 502(b) as soon as the information below is received.

In view of the current status of xAI's investigation as well as the currently pending litigation, Mr. Li formally provides notice to xAI and Winston & Strawn that Mr. Li revokes all Access and Authorizations under the Authorization Letter, including any Access and Authorizations provided to Experts retained by xAI or Winston & Strawn.

To be clear, Mr. Li's revocation under the Authorization Letter does not affect xAI's access to accounts and devices to the extent permitted under the Court's Temporary Restraining Order. (Dkts. 20, 34.)  However, xAI has already had ample opportunity to "identify[] and locat[e] xAI information" on the Devices and Accounts. (*See, e.g.*, Dkt. 8-16, Decl. of Joseph Pochron at ¶¶ 5-7.)  Although Mr. Li is revoking Access and Authorization pursuant to the Authorization Letter, should xAI require additional time to identify and locate xAI information on the Devices and Accounts, Mr. Li intends to cooperate with xAI pursuant to the terms of a mutually agreeable protocol that both protects Mr. Li's privileged and confidential information and allows Mr. Li access to his own data and information on the Devices and Accounts.  If xAI would like to enter into such a review protocol with Mr. Li, we are available to discuss.

In addition to revoking Access and Authorization, Mr. Li also requests that xAI and Winston & Strawn provide the following:

- An accounting of all xAI Confidential Information on the Devices and Accounts, including whether or not any xAI Confidential Information was found on the Devices and Accounts;
- All forensic reports or analyses of the Devices and Accounts generated by xAI, Winston & Strawn, or any Experts; and
- All forensic images or copies (including full images and the "Master Forensic Image") of the Devices and Accounts generated by xAI, Winston & Strawn, or any Experts.

By **September 25, 2025**, please confirm your receipt of this correspondence and that all Access and actions taken pursuant the Authorizations have ceased.

Sincerely,

FENWICK & WEST LLP

*/s/ Jessica M. Kaempf*

Jessica M. Kaempf