# EXHIBIT D

## Addendum to Forensic Protocol for Imaging and Analysis of Electronic Devices and Accounts

X.AI LLC and X.AI Corp. ("xAI") and Xuechen Li ("Li") (collectively, the "Parties"), together with Nardello & Co. ("Vendor") jointly agree to this Addendum to the existing Forensic Protocol for Imaging and Analysis of Electronic Devices and Accounts (the "Security Addendum").

This Addendum incorporates the existing Forensic Protocol for Imaging and Analysis of Electronic Devices executed by the Parties and Vendor on September 16, 2025 ("Imaging and Analysis Protocol") herein, and its terms shall remain in force unless directly contradicted by the terms of this Security Addendum, in which case this Security Addendum shall govern.

1.  Any imaging, downloading, or subsequent analysis pursuant to the Imaging and Analysis protocol shall take place at the offices of xAI.

2.  Any such imaging, downloading, or subsequent analysis shall take place in a secured room to which Vendor shall have exclusive access at all times while imaging, downloading, or subsequent analysis is occurring. No individual from xAI may enter the room while imaging, downloading, or subsequent analysis is occurring.[1] The Vendor's entry or exit shall be recorded on an access log detailing the full name of the individual, their title, and the time of entry into, or exit from, the secured room.

3.  Any devices or accounts (or images or downloads thereof) shall remain in a locked safe within the secured room while not being used by the Vendor for purposes of imaging, downloading, or analysis. The Vendor shall use a safe that automatically tracks attempts to access the safe (whether such attempts are successful or unsuccessful) and when the safe has been locked.[2] Any access to the safe shall also be manually recorded on an access log detailing the full name of the individual, their title, and the time of opening and re-securing the safe. Any credentials (whether a passcode and/or a physical key) to access the safe shall remain in the exclusive possession of the Vendor.

---

[1] Notwithstanding this provision, xAI personnel may access the room in the event of an emergency, such as fire, natural disaster, medical emergency, or any other situation involving a danger or risk to health or safety. In the event of any such access, xAI shall provide notice to Li's counsel as soon as practicable of the emergency access.

[2] The Parties contemplate the Vendor purchasing and using the AMSEC EST813 safe, purchasable here: https://nationwidesafes.com/products/steel-safe-w-digital-keypad-audit-trail-0-3-cu-ft-9155?currency=USD&variant=43589702320364&stkn=9697f324b1b3&utm. If the Vendor is unable to acquire the AMSEC EST813 safe, the Vendor will notify the Parties, and the Parties agree to promptly negotiate an alternative safe that includes security features including automatically logging the date and time of access.

Vendor shall not share the credentials to the safe under any circumstances without the express written consent of both xAI and Li.

4. Counsel for either Party may review the access logs for the secured room and the safe upon written notice to the Vendor and the other Party. The Vendor will promptly facilitate any such request while maintaining the security of any devices or accounts (or images or downloads thereof) as provided in paragraphs 2 and 3.

5. Any images or downloads created pursuant to the Imaging and Analysis protocol shall be encrypted via AES-256, and shall remain so encrypted at all times other than during active analysis by Vendor. Such images or downloads shall also be stored in the locked safe while not being used by the Vendor for purposes of imaging, downloading, or analysis.

6. Only Vendor shall be in possession of, or otherwise know, the decryption keys associated with any such securely stored images or downloads.

Signature: *Jessica Kaempf*

Name: Jessica Kaempf

*On behalf of Xuechen Li*

Date: October 1, 2025 | 5:18 PM PDT

Signature: *Kathi Vidal*

Name: Kathi Vidal

*On behalf of xAI*

Date: October 1, 2025 | 5:24 PM CDT

Signature: *Joe Pochron*

Name: Joe Pochron

*On behalf of Nardello & Co.*

Date: October 2, 2025 | 12:04 AM CDT