# Exhibit P

| | |
|---|---|
| **From:** | Jessica Kaempf |
| **To:** | "McCullough, Matt"; Vidal, Kathi |
| **Cc:** | Benjamin Kingsley; Jacob Simmons; Picone, Christian E.; Angela Shaw; Machala, Angela M.; Graves, Matt; Swope, Carson; xAI v Li |
| **Subject:** | RE: xAI v. Li - Protocol for Devices Obtained On or After August 27 |
| **Date:** | Wednesday, September 17, 2025 5:43:11 PM |
| **Attachments:** | 2025 09 17 xAI v. Li - Post-August 27 Search Protocol(21904774.1).docx |
| | image001.png |

Matt,

Thanks for the revisions to the protocol for devices obtained on or after August 27.  Please find attached our proposed further revisions.  It will likely be helpful to discuss these edits, and we can plan to do so on our call at 3 pm.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Tuesday, September 16, 2025 7:54 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>; Angela Shaw <angela.shaw@berliner.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; Swope, Carson <CSwope@winston.com>
**Subject:** RE: xAI v. Li - Protocol for Devices Obtained On or After August 27

**\*\* EXTERNAL EMAIL \*\***

Jessica:

Attached please find our redlines to the post-August 27 device protocol.

Best,
Matt



**MATTHEW MCCULLOUGH**
OF COUNSEL

**T**  +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Saturday, September 13, 2025 5:03 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>; Angela Shaw <angela.shaw@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; Swope, Carson <CSwope@winston.com>
**Subject:** xAI v. Li - Protocol for Devices Obtained On or After August 27

Kathi,

Please find attached our proposed protocol for the devices, accounts and other storage media obtained by Li on or after August 27, 2025. Note this is still pending client approval but wanted to get this to you in the meantime. Please let us know if AI has edits or comments.

Best,
Jessica

Jessica Kaempf

Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.