BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
christian.picone@berliner.com
angela.shaw@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
San Jose, California 95113-2233
Telephone:  408.286.5800
Facsimile:  408.998.5388

Attorneys for Defendant Xuechen Li

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**DECLARATION OF SAMUEL PLAINFIELD IN SUPPORT OF DEFENDANT XUECHEN LI'S OPPOSITION TO PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION**<br><br>Case Filed:  August 28, 2025 |

**CONFIDENTIAL DOCUMENT SOUGHT TO BE SEALED**

**\* Defendant will subsequently file a redacted version of this sealed Declaration upon concurrence with Plaintiffs' counsel regarding text to be redacted.  Text highlighted in green is information that Defendant believes Plaintiffs may contend is confidential information.**

PLAINFIELD DECLARATION ISO DEFENDANT'S
OPPOSITION TO PLAINTIFFS' REQUEST FOR
PRELIMINARY INJUNCTION

Case No. 3:25-cv-07292-RFL