# Exhibit A



**Samuel Plainfield**, CCFE, CHFI
(415) 754-3206
forensics@syntaxtechnical.com
www.**syntax**technical.com

## EDUCATION

| | | |
|---|---|---|
| InfoSec Institute: | CCFE: Certified Computer Forensics Examiner (2011) | Las Vegas, NV |
| | CHFI: Certified Hacking Forensic Investigator (2011) | |
| Academy of Art University: BFA Visual Effects & Animation (2009) | | San Francisco, CA |

## WORK HISTORY

° **Computer History Museum**                                                2022 – Present
 IBM 1401 Mainframe Lead, Operator & Restoration Team        Mountain View, CA

° **Flatwater Forensics**                                                          2017 – 2020
 Director of Forensic Analysis            San Francisco, CA;  Denver, CO;  Beaverton, OR

> Litigation consultancy primarily operating under the privileged relationship between counsel and litigation consultant providing analysis of complex ESI; converting raw digital discovery into cogent, admissible evidence that drives investigation and litigation outcomes.
>
> Flatwater was comprised of a unique team that combined experienced, seasoned trial lawyers with technical experts in forensics, information security (InfoSec) and ESI skilled at finding electronic evidence that may otherwise be misinterpreted or unexploited.
>
> Strategic relationships, supported by corporate technology partners at Vital Enterprises, lead investigations driven by forensic and electronic data, challenging investigations of scale and volume. Oversee ingestion and processing of ESI, attorney document and data review, factual and forensic investigations, and preparation of trial evidence. Clients included banks, technology companies, law firms and major corporations.

° **Syntax Technical Computer Forensics**                                    2010 – Present
 Forensic Investigator                                                       San Francisco, CA

- Appointed as a forensic expert by federal and numerous state superior courts.
- Retained and court ordered on confidential matters in connection with forensic work as a neutral third party.
- Retained directly by state and local agencies in connection with confidential forensic matters.
- Qualified as a forensic expert, cell tower expert and testified in both state and federal courts.
- Retained as a cell tower analyst expert by the San Mateo and San Francisco Bar Associations.
- Imaged systems utilizing proven methods ensuring integrity of evidence.
- Examined evidence produced using P3 Commander, EnCase, Autopsy, FTK, and proprietary scripts and methods for targeted searches and parsing (custom software engineering).
- Proven strictly maintained chain of custody ensuring admissibility of all evidence.
- Routine cell record (CDRs) and cell tower data analysis and reconstruction.
- TDoA (Timing Advance / Time Difference of Arrival) records, advanced analysis & mapping.
- Apple iOS (iPhone/iPad), Android, BlackBerry & Windows Mobile forensics.
- Extensive experience with data recovery and core fundamental understanding of computer software, hardware, origins of the Internet and exhaustive history from 1993.

See **Representative Cases** on the following page for detailed case descriptions

- ° **Sideman & Bancroft LLP**                                               2014 – 2017
  eDiscovery / Forensic Investigator                                         San Francisco, CA

    - Computer & mobile forensics on civil and criminal matters.
    - eDiscovery expertise on high-volume matters.
    - Supervise proprietary data management (custom software engineering).

- ° **Livingston Mix LLP**                                                   2005 – 2009
  Litigation Paralegal, eDiscovery & Trial Consultant                        San Francisco, CA

    - High net worth probate and civil matters.
    - Custom scripting and automation for civil trial matters.

- ° **Natoma Law Offices**                                                   2002 – 2010
  Paralegal, Investigator & Consultant                                       San Francisco, CA

    - Consulted for a group of attorneys as an investigator and computer expert on criminal, civil federal and state matters.

- ° **Holden High School**                                                   2013 – 2014
  Technology Instructor: Advanced Modeling & Rendering; Operating Systems    Orinda, CA

    - Developed two custom curriculums encompassing: the fundamentals for 3d technical modeling and rendering; as well as a course on operating systems and general computer science.

- ° **Youth Chance High School**                                             2003 – 2007
  Technology Instructor: Operating Systems                                   San Francisco, CA

    - Intermediate computer science course with an emphasis on core skills for a rapid understanding of general office skills including advanced subjects such as directory structure, filesystems, GUI terminology, and encryption. Flexible curriculum met students at all levels of motivation and interest.

**Representative Cases:**

| | |
|---|---|
| *People v. Sims* <br> Super. Ct. SF (2023-2025) | Court-appointed matter; authored and obtained custom court order to re-process key cell data in evidence; performed low-level DVR (Digital Video Recorder) crime scene analysis, carving and reconstruction with raw data streams. |
| *USA v. Nathan* <br> USDC CAND (2025) | Appointed to opine and testify re IP address geolocation databases, historical origins of IP geolocation information/assignment & other technical matters. |
| *People v. Jasso* <br> Super. Ct. SF (2024) | Appointed to review and analyze electronic evidence which was alleged to be "remotely wiped." Coordinated on-site review with investigators and the DA, the case was dismissed due to a lack of evidence. |
| *People v. Millikin* <br> Super Ct. Contra Costa (2024) | Appointed to review and testify in connection with myriad electronic evidence including a comprehensive analysis of the behavior of cached data on the Firefox web browser. |

## TECHNICAL BACKGROUND

### OPERATING SYSTEMS, SOFTWARE

- MS-DOS 6.22; Windows 3.1x, 95, 98, 2000/NT, XP/MCE, Windows Server / Vista / 7 - 11.
- Myriad Linux Operating Systems & command line.
- All versions of Apple desktop OS X/"MacOS" including original Apple II hardware & GS/OS.
- All iOS versions through 18.X (iPhone & iPad deployment, jailbreak, security, firewalls, SHSH, forensics)
- Legal: SIFT, CaseMap, Concordance, Summation, CaseVantage, FullAuthority, Relativity, iPro, etc.
- VMware Hypervisor/vSphere/ESX(I), Citrix XenServer/XenDesktop, Sun VirtualBox.
- Forensics: EnCase, FTK, Cellebrite, Paraben Commander, Helix, WinHex, Wireshark, Autopsy, p2eXplorer, Oxygen Forensic Suite/Detective, Magnet Forensics IEF, Axiom, TestDisk, Ares Decrypter, BEncode, Magnet EDD, OSFClone, Plaso L2T, RegRipper, myriad flexible Linux CLI tools; custom software engineering (Python primarily).
- SynthID; Deepfake Analysis; Audio Reconstruction, Splice Detection, Device Authentication, Metadata Analysis; AI Video/Voice/Recording Analysis

## PANELS & SPEAKING EVENTS

| | |
|---|---:|
| San Francisco Public Defender's Office<br>    Computer & Mobile Forensics Seminar (2025) | San Francisco, CA |
| Contra Costa County ADO (Alternate Defender Office)<br>    Office of the Public Defender; Forensics Seminar CLE (2025) | Martinez, CA |
| AACTLA (Asian-American Trial Lawyers' Association)<br>    Law School Scholarship Sponsor (2024) | San Francisco, CA |
| Santa Clara University School of Law<br>    Criminal Law, Forensics, eDiscovery & Evidence (2023-2025) | Santa Clara, CA |
| University of San Francisco; Interviews (2023-2024) | San Francisco, CA |
| CJK/ELN & Global Summits; Panel Speaker: Leveraging AI for Discovery (2023) | Monterey, CA |
| Menlo College; Interviews (2023) | Atherton, CA |
| Saint Joseph Notre Dame High School; Forensic Science course (2020-2022) | Alameda, CA |
| Peak Trust/Sideman & Bancroft; Panel Speaker (2021) | San Francisco, CA |
| iOS DevCamp (2011) | San Jose, CA |