BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Defendant
XUECHEN LI

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
christian.picone@berliner.com
angela.shaw@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
San Jose, CA 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388

Attorneys Specially Appearing for Defendant
XUECHEN LI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>XUECHEN LI,<br><br>　　　　　　Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**DECLARATION OF CHRISTIAN E. PICONE IN SUPPORT OF DEFENDANT XUECHEN LI'S OPPOSITION TO PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION**<br><br>Case Filed: August 28, 2025 |

I, Christian E. Picone, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice in the United States District Court for the Northern District of California, partner at Berliner Cohen, LLP, and counsel for defendant Dr. Xuechen Li. I submit this declaration in support of Defendant's Opposition to Plaintiffs' Request for a Preliminary Injunction and Response to the Order to Show Cause Why a Preliminary Injunction Should Not Issue. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify to such facts under oath.

2. On September 2, 2025, I specially appeared for Xuechen Li in connection with his Opposition to Plaintiffs' Motion for Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Order Permitting Expedited Discovery. (ECF No. 16.)

3. The TRO further required Dr. Li to "temporarily surrender control and access" to "any personal electronic devices (e.g., cellular devices, computers), online storage repositories (e.g., Gmail, Google Drive, iCloud), or other electronic storage devices that are currently accessible by Li or in Li's possession, custody, or control" for the purpose of "identify[ing], remediat[ing], and/or delet[ing] Confidential Information belonging to xAI." (ECF No. 20 at 2, ¶ 1.a.) Because Dr. Li began working at xAI on February 26, 2024, accounts and devices created on or accessed February 26, 2024 and the date of entry of the TRO (September 2, 2025), were subject to the TRO. (*Id*.)

4. I understand that on or around August 14 and 15, 2025, Dr. Li provided the following devices to xAI and Winston & Strawn LLP ("Winston") to allow them to search for and delete and any potentially xAI confidential information:

- Dr. Li's MacBook Pro
- MacBook Air
- iPhone 15 Plus

5. Pursuant to the TRO, Dr. Li surrendered an additional device—a Mac Studio—that had been accessed by Dr. Li February 26, 2024 and September 2, 2025.

PICONE DECLARATION ISO DEFENDANT'S OPPOSITION TO OSC WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE — 1 — Case No. 3:25-cv-07292-RFL

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on November 23, 2025, at San Jose, California.

_____
Christian E. Picone