UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XUECHEN LI, an individual<br><br>Defendant. | Case No.  3:25-cv-07292-RFL<br><br>STIPULATED [PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER |

The parties hereby submit this Stipulated Supplemental Protective Order, which supplements the Stipulated Protective Order entered October 17, 2025 (Dkt. 60) with the following additional provision:

15      <u>Disclosure of Non-Parties OpenAI Inc., OpenAI Global LLC, and OpenAI OpCo LLC (collectively, "OpenAI") designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" Information or Items:</u> for information designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" by OpenAI only, paragraph 7.3(b) shall not apply.  With respect to information designated by OpenAI, the provisions of paragraphs 7.3(a), (c), (d), (e), and (f) continue to apply, unmodified.  This paragraph shall not apply to designations by a Party or any other entity.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  DATED:  December 4, 2025          */s/ Kathi Vidal*

4                                    Attorneys for Plaintiff

6  DATED:  December 4, 2025          */s/ Jessica M. Kaempf*

7                                    Attorneys for Defendant Xuechen Li

9  DATED:  December 4, 2025          */s/ Carolyn Hoecker Luedtke*

10                                   Attorneys for Non-Parties OpenAI Inc., OpenAI Global LLC, and OpenAI OpCo LLC

## CONCURRENCE IN FILING

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that I have obtained concurrence of the above noted signatories as indicated by the conformed signature (/s/) within this e-filed document.

16  DATED:  December 4, 2025          */s/ Kathi Vidal*

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  DATED: December 5, 2025

22                                    The Honorable Rita F. Lin

23                                    United States District Judge