KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@winston.com
JONATHAN HUNG (*pro hac vice*)
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>XUECHEN LI,<br><br>Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**DECLARATION OF MATTHEW R. MCCULLOUGH IN SUPPORT OF PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL XAI'S REPLY TO THE ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND EXHIBITS THERETO**<br><br>Date: January 13, 2025<br>Time: 10:00 am<br>Judge: Honorable Rita F. Lin |

I, Matthew R. McCullough, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a partner with the law firm of Winston & Strawn LLP and am counsel of record for Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiffs" or "xAI"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of xAI's Civil L.R. 7-11 Administrative Motion to File Under Seal xAI's Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue ("Reply"). I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. The portions of the Reply with yellow highlighting, Exhibits 1-5, 7 and 12 of the McCullough Declaration, and Appendix A to the [Proposed] Preliminary Injunction that xAI seeks to seal contain competitively sensitive information, including descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information.

3. Disclosure of the locations where xAI confidential information is or may be stored without authorization and appropriate protections, given the sensitive nature of the misappropriated material, would expose xAI confidential information to a heightened risk of further misappropriation, cyber intrusion, and other malicious acts attempting to disseminate or disclose xAI confidential information, risking harm to xAI.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of December, 2025, at San Mateo, CA.

*<u>/s/ Matthew R. McCullough</u>*
Matthew R. McCullough