**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>XUECHEN LI,<br><br>Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: January 13, 2025<br>Time: 10:00 am<br>Judge: Honorable Rita F. Lin |

# [PROPOSED] ORDER GRANTING X.AI LLC'S CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, the Court hereby GRANTS the Administrative Motion to File Under Seal relating to its Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue ("Administrative Motion to Seal") filed by Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiff" or "xAI"). Having considered xAI's Administrative Motion to Seal and the supporting documentation thereof, the Court finds that the Administrative Motion to File Under Seal is meritorious and should be granted.

Accordingly, the Court hereby **GRANTS** xAI's Motion and **ORDERS** the following documents to remain sealed:

| Document | Text To Be Sealed |
|---|---|
| xAI's Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue | Yellow-Highlighted Portions |
| Exhibit 1 to Declaration of Matthew R. McCullough | Entire Document |
| Exhibit 2 to Declaration of Matthew R. McCullough | Entire Document |
| Exhibit 3 to Declaration of Matthew R. McCullough | Entire Document |
| Exhibit 4 to Declaration of Matthew R. McCullough | Entire Document |
| Exhibit 5 to Declaration of Matthew R. McCullough | Entire Document |

| | |
|---|---|
| Exhibit 7 to Declaration of Matthew R. McCullough | Entire Document |
| Exhibit 12 to Declaration of Matthew R. McCullough | Entire Document |
| Appendix A to [Proposed] Preliminary Injunction | Entire Document |

**IT IS SO ORDERED**.

Dated: ______________________ ____________________________________________

HONORABLE RITA F. LIN
UNITED STATES DISTRICT COURT JUDGE