BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard,
San Jose, California 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**DECLARATION OF JESSICA M. KAEMPF IN SUPPORT OF DEFENDANT XUECHEN LI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Courtroom: Courtroom 15<br>Judge: Honorable Rita F. Lin |

**REDACTED VERSION**

I, Jessica M. Kaempf, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court and am a partner with the law firm of Fenwick & West LLP, and counsel for Defendant Xuechen Li ("Defendant" or "Dr. Li"). I make this declaration in support of Defendant's Administrative Motion for Leave to File a Sur-Reply to Plaintiffs' Request for Preliminary Injunction and Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue.

2. Counsel for Dr. Li reached out to xAI's counsel on December 22, 2025 asking for xAI's position regarding Dr. Li's motion for leave to file a sur-reply. xAI's counsel responded on December 22 with questions regarding the parties' ongoing discussions about a procedure for addressing the Appendix A Documents, but he did not provide xAI's position on the motion for leave. The same day, Dr. Li's counsel responded to xAI's counsel's email, then again reached out twice on December 23, 2025 (the day of filing), but did not receive a response from xAI's counsel. Dr. Li's counsel noted in email correspondence that it would proceed with filing due to the need to file a motion for leave promptly following submission of the reply brief, and given the upcoming Court holidays.

3. Attached hereto as **Exhibit A** is a true and accurate copy of Dr. Li's proposed Sur-Reply to Plaintiffs' Request for Preliminary Injunction and Response to Show Cause Why a Preliminary Injunction Should Not Issue.

4. Attached hereto as **Exhibit B** is a true and accurate copy of a ▮ page from Dr. Li's ▮ account produced by Nardello & Co. ("Nardello") titled "▮," dated December 2, 2021.

5. Attached hereto as **Exhibit C** is a true and accurate copy of a paper titled "Interpretability Beyond Feature Attribution: Quantitative Testing with Concept Activation Vectors (TCAV)" dated June 7, 2018.

6. Attached hereto as **Exhibit D** is a true and accurate copy of a ▮ page from Dr. Li's ▮ account produced by Nardello titled "clothing and bedding."

7. Attached hereto as **Exhibit E** is a true and accurate copy of ▮ page from Dr. Li's ▮ account produced by Nardello titled "▮."

8.  Attached hereto as **Exhibit F** is a true and accurate copy of a publicly available presentation titled "ChatGPT and The Art of Post-Training," authored by Barret Zoph & John Schulman.[1]

9.  Attached hereto as **Exhibit G** is a true and accurate copy of a publicly available paper titled "Understanding the Performance Gap Between Online and Offline Alignment Algorithms," dated May 14, 2024.

10. Attached hereto as **Exhibit H** is a true and accurate copy of a publicly available paper titled "Direct Language Model Alignment from Online AI Feedback," dated February 29, 2024.

11. Attached hereto as **Exhibit I** is a true and accurate copy of a publicly available blog post titled "An Opinionated Guide to ML Research" at John Schulman's Homepage (joschu.net/blog/opinionated-guide-ml-research.html), dated January 1, 2020.

12. Attached hereto as **Exhibit J** is a true and accurate copy of an excerpt of an ████ produced by Nardello, dated June 15, 2025.

13. Attached hereto as **Exhibit K** is a true and accurate copy of the GitHub user profile of ████.

14. Attached hereto as **Exhibit L** is a true and accurate copy of a GitHub repository titled "xai-org / xai-cookbook."

15. Attached hereto as **Exhibit M** is a true and accurate copy of the GitHub user profile of ████.

16. Attached hereto as **Exhibit N** is a true and accurate copy of the GitHub user profile of ████.

17. Attached hereto as **Exhibit O** is a true and accurate copy of email correspondence between counsel for Dr. Li and Plaintiffs dated December 15, 2025 through December 20, 2025.

18. Attached hereto as **Exhibit P** is a true and accurate copy of email correspondence between counsel for Dr. Li and Plaintiffs dated November 23, 2025 through December 8, 2025.

---

[1] Available at: https://docs.google.com/presentation/d/11KWCKUORnPpVMSY6vXgBeFSWo7fJcuGQ9yuR6vC1pzE/edit?slide=id.p#slide=id.p (last accessed December 23, 2025).

19. Attached hereto as **Exhibit Q** is a true and accurate copy of a Proposed Preliminary Injunction submitted with the Sur-Reply (**Exhibit A**). As explained in the Sur-Reply, a preliminary injunction is unwarranted, and xAI has not met its burden under the *Winter* factors to obtain injunctive relief. However, Dr. Li has no intention of using or disclosing any bona fide xAI trade secrets, and if the Court enters any injunction, it should be narrowly tailored and limited as provided in **Exhibit Q**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2025.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf