# EXHIBIT Q

FENWICK & WEST LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10
11    X.AI Corp., a Nevada corporation, and X.AI          Case No.: 3:25-cv-07292-RFL
       LLC, a Nevada limited liability company,
12                                                          **[PROPOSED] PRELIMINARY**
                      Plaintiffs,                          **INJUNCTION**
13
            v.
14
       XUECHEN LI,
15
                      Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED]                                                Case No. 3:25-cv-07292-RFL
PRELIMINARY INJUNCTION

WHEREAS, on September 2, 2025, the Court entered an Order Granting Plaintiffs' Motion for Temporary Restraining Order and Permitting Expedited Discovery as Modified in this action, requiring Defendant Xuechen Li ("Dr. Li" or "Defendant") to show cause why a preliminary injunction should not issue (Dkt. 20);

WHEREAS, on November 24, 2025, Xuechen Li ("Dr. Li" or "Defendant") filed an Opposition to Plaintiffs' Request for Preliminary Injunction and Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 69);

WHEREAS, on December 16, 2025, Plaintiffs X.AI Corp. and X.AI LLC (collectively, "xAI" or "Plaintiffs") filed a Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue (Dkt. 75-1);

WHEREAS, on December 23, 2025, Xuechen Li ("Dr. Li" or "Defendant") filed a Sur-Reply Regarding Plaintiffs' Reply to the Order to Show Cause;

**IT IS THEREFORE ORDERED**, that, until the earlier of (1) a modification of this Order or (2) the entry of a final judgment in this action ("Preliminary Injunction Period"), Li, his agents, employees, partners, and any others acting in concert with him or on his behalf, shall be enjoined from possessing, using, copying, reproducing, disclosing, transferring (including to a third party), disseminating, or otherwise exploiting the files that xAI identified as its alleged trade secrets in its Response to Interrogatory No. 1 (Dkt. 69-3).

For the avoidance of doubt, the foregoing restraints shall not apply to:

(1) any information that is generally known in the trade or industry, or was otherwise lawfully made public, through means and sources completely independent of Li, and (2) any information that is not owned by xAI, including Li's Prior Inventions (as defined in the Dr. Li's Employee Confidential Information and Invention Assignment Agreement (Dkt. 8-5).

Fenwick & West LLP
Attorneys at Law

[PROPOSED]
PRELIMINARY INJUNCTION

1

Case No. 3:25-cv-07292-RFL