BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard,
San Jose, California 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE FOR LEAVE TO FILE SUR-REPLY**<br><br>Courtroom: Courtroom 15<br>Judge: Honorable Rita F. Lin |

1    Having considered the parties' submissions, the record, and the applicable law, the Court
2   GRANTS Defendant's Administrative Motion for Leave to File a Sur-Reply.
3   **IT IS SO ORDERED.**

_____
The Honorable Rita F. Lin