UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| X.AI CORP., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>XUECHEN LI,<br><br>          Defendant. | Case No. 25-cv-07292-RFL<br><br>**ORDER DIRECTING MEET AND CONFER** |

    xAI has submitted a proposed preliminary injunction in which it requests that the Court enjoin Li from using, disclosing, etc. two categories of information: (1) files identified by a forensic examiner as potentially reflecting xAI's confidential information, which are enumerated in Appendix A to its reply brief; and (2) xAI's trade secrets. (*See* Dkt. No. 76-14.) In his sur-reply, Li argues that these categories of information are overbroad because the files listed in Appendix A may contain information other than xAI's confidential information, and xAI may attempt to sweep unprotected information within the undefined term "trade secrets." It appears that the parties have discussed a process to review the Appendix A files to attempt to narrow any disputes over the scope of information to which injunctive relief would properly be applied. (*See* Dkt. No. 79-12 at ECF Pages 2-3.) In the interest of efficiently resolving the dispute, the Court **ORDERS** as follows:

- The parties shall meet and confer to discuss whether they can agree to a procedure for reviewing the Appendix A files to narrow any disputes over which files qualify for trade secret protection. The parties shall also discuss whether they would stipulate either: (1) to a form of preliminary injunctive relief that incorporated such a procedure; or (2) to postpone the hearing on the preliminary injunction motion and extend the temporary

restraining order correspondingly, to allow completion of the review and presentation of either a stipulated preliminary injunction or a narrowed dispute to the Court.

- By **January 13, 2026**, the parties shall file a status update and, if appropriate, any corresponding stipulations.
- The preliminary injunction hearing currently remains on calendar for January 20, 2026, at 10:00 a.m., as previously scheduled.

**IT IS SO ORDERED.**

Dated: January 6, 2026

RITA F. LIN
United States District Judge