1  BENJAMIN S. KINGSLEY (CSB No. 314192)
   bkingsley@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone:   415.875.2300
4  Facsimile:   415.281.1350

5  JESSICA M. KAEMPF (WA Bar No. 51666)
   jkaempf@fenwick.com
6  FENWICK & WEST LLP
   401 Union Street, 5th Floor
7  Seattle, WA 98101
   Telephone:   206.389.4510
8  Facsimile:   206.389.4511

9  CHRISTIAN E. PICONE (CSB 218275)
   ANGELA SHAW (CSB 321726)
10 christian.picone@berliner.com
   angela.shaw@berliner.com
11 BERLINER COHEN, LLP
   Ten Almaden Boulevard,
12 San Jose, California 95113-2233
   Telephone:   408.286.5800
13 Facsimile:   408.998.5388

14 Attorneys for Defendant
   XUECHEN LI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT XUECHEN LI'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS<br><br>Case Filed: August 28, 2025 |

IT IS HEREBY ORDERED that the Court grants Defendant's Unopposed Motion and orders that Docket Nos. 8-3 and 8-4 be removed from the docket for this matter and replaced with the corrected versions filed concurrently with Defendant's Motion to Remove Incorrectly Filed Documents.

**IT IS SO ORDERED**.

Dated: **January 16, 2026**

Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE