BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:     415.875.2300
Facsimile:     415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

CHRISTIAN E. PICONE, CA State Bar No. 218275
ANGELA SHAW, CA State Bar No. 321726
BERLINER COHEN, LLP
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>        Plaintiffs,<br><br>     v.<br><br>XUECHEN LI, an individual,<br><br>        Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**NOTICE OF CHANGE OF ADDRESS FOR BENJAMIN S. KINGSLEY** |

*Fenwick & West LLP*
*Attorneys at Law*

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF**

2  **THE COURT:**

3    **PLEASE TAKE NOTICE** of the following change of attorney information and business

4  contact for Benjamin S. Kingsley, counsel for Defendant Xuechen Li in this matter as follows:

5  Benjamin S. Kingsley
   FENWICK & WEST LLP
6  One Front Street, 33rd Floor
   San Francisco, CA  94111
7  Telephone:    415.875.2300
   Facsimile:    650.938.5200
8  Email:        bkingsley@fenwick.com

9  All notices and documents regarding this action should be sent to the above address.

10  The email addresses for Mr. Kingsley for purposes of receipt of Notices of Electronic

11  Filing remain unchanged, as follows:

12    bkingsley@fenwick.com and cortega@fenwick.com

13  Dated:   February 6, 2026           FENWICK & WEST LLP

14

15                    By: */s/ Benjamin S. Kingsley*
                          Benjamin S. Kingsley
16
                          Attorneys for Defendant Xuechen Li
17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW