BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:    415.875.2300
Facsimile:    650.988.5200

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    650.988.5200

CHRISTIAN E. PICONE (CSB No. 218275)
ANGELA SHAW (CSB No. 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone:    408.286.5800
Facsimile:    408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>XUECHEN LI,<br><br>            Defendant. | CASE NO.  3:25-cv-07292-RFL<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Case Filed:  August 28, 2025 |

1   Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li
2   ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned
3   counsel, stipulate as follows:
4   WHEREAS, Plaintiffs filed the Complaint in this action on August 28, 2025 (Dkt. No. 1)
5   and served Defendant on September 2, 2025 (Dkt. No. 25);
6   WHEREAS, the Parties previously stipulated, and the Court ordered, that Defendant shall
7   have thirty (30) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction to
8   answer or otherwise respond to the Complaint (Dkt. No. 52);
9   WHEREAS, the Parties have filed a Stipulation with Proposed Order Issuing Preliminary
10  Injunction on January 13, 2026 (Dkt. No. 89), which includes a process for the parties to engage
11  in an analysis of certain Disputed Files, and the Court granted the Stipulation and Order Issuing
12  Preliminary Injunction on January 14, 2026 (Dkt. No. 90);
13  WHEREAS, the Parties are currently and diligently engaging in an analysis regarding the
14  Disputed Files and will meet and confer regarding any disputes by February 27, 2026, pursuant to
15  the Stipulation and Order Issuing Preliminary Injunction (Dkt. No. 90 at 2-5),
16  WHEREAS, the Parties have further met and conferred, and agreed that Defendant shall
17  have an additional three (3) weeks, until March 6, 2026 answer or otherwise respond to the
18  Complaint;
19  IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto,
20  that Defendant may answer or otherwise respond to the Complaint by March 6, 2026. This
21  stipulation will not alter the date of any event or deadline already fixed by Court order.
22  **IT IS SO STIPULATED**
23  Dated: February 9, 2026                                FENWICK & WEST LLP
24
25                                                        By: /s/ Jessica M. Kaempf
                                                              Jessica M. Kaempf
26
                                                          Attorneys for Defendant
27                                                        XUECHEN LI
28

1  Dated: February 9, 2026

WINSTON & STRAWN LLP

By: */s/ Matthew R. McCullough*
    Matthew R. McCullough

Attorneys for Plaintiffs
X.AI Corp. and X.AI LLC

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf

**PURSUANT TO STUPULATION, IT IS SO ORDERED**

DATED: _____

Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE
