```
 1  BENJAMIN S. KINGSLEY (CSB No. 314192)
    bkingsley@fenwick.com
 2  FENWICK & WEST LLP
    One Front Street, 33rd Floor
 3  San Francisco, CA 94111
    Telephone:   415.875.2300
 4  Facsimile:   650.988.5200

 5  JESSICA M. KAEMPF (admitted pro hac vice)
    jkaempf@fenwick.com
 6  FENWICK & WEST LLP
    401 Union Street, 5th Floor
 7  Seattle, WA 98101
    Telephone:   206.389.4510
 8  Facsimile:   650.988.5200

 9  CHRISTIAN E. PICONE (CSB No. 218275)
    ANGELA SHAW (CSB No. 321726)
10  BERLINER COHEN, LLP
    Ten Almaden Boulevard, 11th Floor
11  San Jose, California 95113-2233
    Telephone:   408.286.5800
12  Facsimile:   408.998.5388
    christian.picone@berliner.com
13  angela.shaw@berliner.com

14  Attorneys for Defendant
    XUECHEN LI
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>XUECHEN LI,<br><br>    Defendant. | CASE NO.  3:25-cv-07292-RFL<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Case Filed:  August 28, 2025 |

1  Plaintiffs X.AI Corp. and X.AI LLC ("Plaintiffs") and Defendant Xuechen Li
2  ("Defendant," and together with Plaintiffs, the "Parties") hereby, through their undersigned
3  counsel, stipulate as follows:
4  WHEREAS, Plaintiffs filed the Complaint in this action on August 28, 2025 (Dkt. No. 1)
5  and served Defendant on September 2, 2025 (Dkt. No. 25);
6  WHEREAS, the Parties previously stipulated, and the Court ordered, that Defendant shall
7  have thirty (30) days after the Court's ruling on Plaintiffs' motion for a preliminary injunction to
8  answer or otherwise respond to the Complaint (Dkt. No. 52);
9  WHEREAS, the Parties have filed a Stipulation with Proposed Order Issuing Preliminary
10 Injunction on January 13, 2026 (Dkt. No. 89), which includes a process for the parties to engage
11 in an analysis of certain Disputed Files, and the Court granted the Stipulation and Order Issuing
12 Preliminary Injunction on January 14, 2026 (Dkt. No. 90);
13 WHEREAS, the Parties are currently and diligently engaging in an analysis regarding the
14 Disputed Files and will meet and confer regarding any disputes by February 27, 2026, pursuant to
15 the Stipulation and Order Issuing Preliminary Injunction (Dkt. No. 90 at 2-5),
16 WHEREAS, the Parties have further met and conferred, and agreed that Defendant shall
17 have an additional three (3) weeks, until March 6, 2026 answer or otherwise respond to the
18 Complaint;
19 IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto,
20 that Defendant may answer or otherwise respond to the Complaint by March 6, 2026. This
21 stipulation will not alter the date of any event or deadline already fixed by Court order.
22 **IT IS SO STIPULATED**
23 Dated: February 9, 2026                    FENWICK & WEST LLP
24
25                                            By: /s/ Jessica M. Kaempf
                                                  Jessica M. Kaempf
26
                                              Attorneys for Defendant
27                                            XUECHEN LI
28

Dated: February 9, 2026

WINSTON & STRAWN LLP

By: */s/ Matthew R. McCullough*
    Matthew R. McCullough

Attorneys for Plaintiffs
X.AI Corp. and X.AI LLC

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf

**PURSUANT TO STUPULATION, IT IS SO ORDERED**

DATED: **February 10, 2026**

Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE