KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (admitted *pro hac vice*)
lslifer@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Attorneys for Plaintiffs X.AI Corp. and X.AI LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp. and X.AI LLC, | **Case No. 3:25-cv-07292-RFL** |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |
| v. | |
| XUECHEN LI, | |
| Defendant. | |

Plaintiffs X.AI Corp. and X.AI LLC ("xAI") and Defendant Xuechen Li ("Li," and together with xAI, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, on January 14, 2026, the Court entered the Stipulation and Order Issuing Preliminary Injunction (Dkt. 90), which required xAI to serve any disputes regarding Li's identification of Disputed Files, or any portion thereof, that he contends should be excluded from the scope of a preliminary injunction by February 20, 2026;

WHEREAS, xAI seeks a short extension of two business days to its deadline to identify any disputes until February 24, 2026;

WHEREAS, Li does not oppose this extension;.

WHEREAS, the Parties further agree to a corresponding two business day extension to their deadline to meet and confer on any disputes, until March 3, 2026;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties hereto, and subject to the approval of the Court, that the Stipulation and Order Issuing Preliminary Injunction (Dkt. 90) shall be modified as follows:

- For any document (or portion thereof) Li identifies, xAI shall have until **February 24, 2026** to review and determine whether to dispute Li's identification.

- After **February 24, 2026**: Any information identified by Li and not disputed by xAI will no longer be subject to any restriction as to Li, and may be freely shared with Li and used by Li without restriction.

- If there are any disputes, the parties will meet and confer by **March 3, 2026**.

- All other substantive provisions and deadlines of the Stipulation and Order Issuing Preliminary Injunction (Dkt. 90) shall remain in effect without modification

Dated: February 20, 2026                    **WINSTON & STRAWN LLP**

                                            By: */s/ Matthew R. McCullough*
                                            Kathi Vidal
                                            LeElle B. Slifer
                                            Matthew R. McCullough
                                            Carson Swope

                                            Attorneys for Plaintiffs X.AI Corp. and X.AI LLC


Dated: February 20, 2026                    **FENWICK & WEST LLP**

                                            By: */s/ Jessica M. Kaempf*
                                            Benjamin S. Kingsley
                                            Jessica M. Kaempf
                                            Christian Picone
                                            Angela Shaw

                                            Attorneys for Defendant Xuechen Li


## CIVIL LOCAL RULE 5-1(i) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

                                            */s/ Matthew R. McCullough*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  February _____, 2026        _____
                                        HON. RITA F. LIN
                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
CASE NO. 3:25-cv-07292-RFL