UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| X.AI CORP., et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>XUECHEN LI,<br><br>                    Defendant. | Case No.  25-cv-07292-RFL<br><br>**ORDER RE MOTIONS TO SEAL**<br>Re: Dkt. Nos. 67-68, 73-75, 79-80, 82, 88 |

  Attached to this Order is a chart resolving various outstanding motions to seal.  In connection with the attached rulings, the Court **ORDERS** as follows:

- The parties' summary table (Dkt. No. 98-1) does not address the under seal documents at Dkt. Nos. 67-20, 75-2, 79-7, 79-9, 79-10, 79-11, and 88-3.  By **March 19, 2026**, the parties shall file an updated summary table including entries for these documents.  If sealing is no longer sought for some of these documents, the parties may indicate in the table where an individual request is withdrawn.

- For requests denied as not narrowly tailored, the parties shall include revised entries in the updated summary table discussed above and shall file more narrowly tailored proposed redactions and declarations justifying the proposed redactions.  If sealing is no longer sought for some of these documents, the parties may indicate in the table where an individual request is withdrawn.

- For all other requests denied, by **March 19, 2026**, the parties shall file unredacted copies of the documents on the public docket.

- For requests for redaction granted, by **March 19, 2026**, the parties shall file redacted versions of the documents on the public docket to the extent those redacted versions are

not already available on the public docket.

- Dkt. Nos. 67-68, 73-75, 79-80, 82, and 88 are **TERMINATED**.

    **IT IS SO ORDERED.**

Dated: February 26, 2026

_____
RITA F. LIN
United States District Judge

# Chart of Rulings re Motions to Seal

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Defendant's Opposition to Plaintiffs' Request for Preliminary Injunction | 69 | 67-3 | 67 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **DENIED** to the extent the proposed redactions cover information publicly disclosed in Case No. 25-cv-08133-RFL *X.AI Corp. v. OpenAI, Inc.* (*e.g.*, Li's alleged theft of source code and a slide deck); otherwise **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Declaration of Jessica Kaempf ISO Defendant's Opposition to Plaintiffs' Request for Preliminary Injunction | 69-1 | 67-4 | 67, 31-1[1] | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit E to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-6 | 67-5 | 67, 31-1 | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

[1] The parties jointly stipulated to Dr. Li's and the xAI information related to Dkt. 67 being sealed as stated in Dkt. 67. Additionally, xAI previously filed declarations in support of sealing the same type of information (i.e., known and possible locations of xAI confidential information) at Dkt. 31-1, and the Court approved the sealing of such information at Dkt. 35. xAI therefore identifies Dkt. 31-1 as additional support for sealing the xAI-related information for Dkt. 67.

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit F to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-7 | 67-6 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit G to Declaration of Jessica Kaempf (Nardello Forensics Memorandum) | 69-8 | 67-7 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information (including specific files names and other metadata identifying locations of xAI information) | **GRANTED** |
| Ex. H to Kaempf Decl. (Correspondence between counsel) | 69-9 | 67-8 | 67, 31-1 | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Ex. I to Kaempf Decl. (Correspondence between counsel) | 69-10 | 67-9 | 67, 31-1 | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit J to Declaration of Jessica Kaempf (Correspondence regarding account recovery) | 69-11 | 67-10 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit K to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-12 | 67-11 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit L to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-13 | 67-12 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit M to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-14 | 67-13 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit N to Declaration of Jessica Kaempf (Nardello Forensics Memorandum) | 69-15 | 67-14 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit O to Declaration of Jessica Kaempf (Nardello Forensics Memorandum) | 69-16 | 67-15 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit Q to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-18 | 67-16 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit R to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-19 | 67-17 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Exhibit S to Declaration of Jessica Kaempf (Correspondence between counsel) | 69-20 | 67-18 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |
| Ex. T. to Kaempf Decl. (Correspondence between counsel) | 69-21 | 67-19 | 67, 31-1 | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit Y to Declaration of Jessica Kaempf (Nardello Forensics Memorandum) | 69-26 | 67-21 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Declaration of Samuel Plainfield | 69-27 | 67-22 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **DENIED** to the extent the proposed redactions cover information publicly disclosed in Case No. 25-cv-08133-RFL *X.AI Corp. v. OpenAI, Inc.* (*e.g.*, Li's alleged theft of source code and a slide deck); otherwise **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | Same as above |
| Declaration of John Hyland | 69-29 | 67-23 | 67, 31-1 | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit A to Declaration of John Hyland (Correspondence between counsel) | 69-30 | 67-24 | 67, 31-1 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | | xAI | Partial | Known and/or possible locations of xAI confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| xAI's Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue | 76 | 73-3/75-1 | 73-1 | xAI | Partial | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** |
| | | | 78-1 | OpenAI | Partial | "personally identifiable information of various non-party OpenAI employees" | **GRANTED** with respect to name and position of individual identified in first blue highlighted excerpt; otherwise **DENIED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 1 to McCullough Declaration (Nardello Forensics Memorandum) | 76-2 | 73-4/74-1/82-3 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-3; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 2 to McCullough Declaration (Nardello Forensics Memorandum) | 76-3 | 73-5/74-2/82-4 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-4; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 3 to McCullough Declaration (Nardello Forensics Memorandum) | 76-4 | 73-6/74-3/82-5 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-5; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information<br><br>xAI: Location of xAI confidential information | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 4 to McCullough Declaration (Nardello Forensics Memorandum) | 76-5 | 73-7/74-4/82-6 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-6; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 5 to McCullough Declaration (Nardello Forensics Memorandum) | 76-6 | 73-8/74-5/82-7 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-7; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 7 to McCullough Declaration (Response and Notice of Compliance with TRO) | 76-8 | 73-9/74-6/82-8 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** with respect to highlighted language in Dkt. No. 82-8; otherwise **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | Same as above |
| Exhibit 9 to McCullough Declaration (Nardello forensic data) | 76-10 | 74-7 | 82 | Dr. Li | Full | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 11 to McCullough Declaration | 76-12 | 74-7 | 78-1 | OpenAI | Partial | "personally identifiable information of various non-party OpenAI employees" | **DENIED** as not narrowly tailored; the unredacted version appears to be at Dkt. No. 75-3, not Dkt. No. 74-7 |
| Exhibit 12 to McCullough Declaration (Interview slide deck) | 76-13 | 73-10/74-8 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **DENIED** as not narrowly tailored |
| | | | 82 | Dr. Li | Full | Defendant's confidential and personal work product | Same as above |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Appendix A to [Proposed] Preliminary Injunction | 76-15 | 73-11/74-9 | 73-1 | xAI | Full | Descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information. | **GRANTED** |
| | | | 82 | Dr. Li | Full | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Declaration of Jessica Kaempf ISO Administrative Motion for Leave to File Sur-Reply | 81-1 | 79-3 | 79 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | 85-1 | xAI | Partial | Location, content, and/or metadata of xAI's confidential information or files/locations where xAI confidential information was stored | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit A to Declaration of Jessica Kaempf (Defendant's Sur-Reply to Plaintiffs' Request for Preliminary Injunction) | 81-2 | 79-4 | 79 | Dr. Li | Partial | Defendant's sensitive personal information and personally identifiable information | **GRANTED** |
| | | | 85-1 | xAI | Partial | Location, content, and/or metadata of xAI's confidential information or files/locations where xAI confidential information was stored | **GRANTED** |
| Exhibit B to Declaration of Jessica Kaemp (page from one of Defendant's accounts) | 81-3 | 79-5 | 79 | Dr. Li | Full | Defendant's sensitive personal information and personally identifiable information | **DENIED** as not narrowly tailored |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit D to Declaration of Jessica Kaempf (page from one of Defendant's accounts) | 81-5 | 79-6 | 79 | Dr. Li | Full | Defendant's sensitive personal information and personally identifiable information | **DENIED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit J to Declaration of Jessica Kaempf (X chats) | 81-11 | 79-8 | 79 | Dr. Li | Full | Defendant's sensitive personal information and personally identifiable information | **GRANTED** |
| | | | 85-1 | xAI | Full | Location, content, and/or metadata of xAI's confidential information and includes specific internal communications relating to the technical operation, deployment, and/or development of xAI's products. | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit O to Declaration of Jessica Kaempf (Correspondence between counsel) | 81-16 | 79-12 | 79 | Dr. Li | Partial | Defendant's sensitive personal account information and personally identifiable information | **GRANTED** |
| | | | 85-1 | xAI | Partial | Location and/or metadata of xAI's confidential information | **GRANTED** |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit P to Declaration of Jessica Kaempf (Correspondence between counsel)[2] | 81-17 | 79-13 | 85-1 | xAI | Partial | Location and/or metadata of xAI's confidential information | **DENIED** to the extent the proposed redactions cover information publicly disclosed in Case No. 25-cv-08133-RFL *X.AI Corp. v. OpenAI, Inc.* (*e.g.*, Li's alleged theft of source code and a slide deck); otherwise **GRANTED** |

---

[2] Dr. Li no longer seeks to maintain under seal any portion of Dkt. 79-13, Exhibit P to Declaration of Jessica Kaempf (Correspondence between counsel).