BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, CA  95113-2233
Telephone:    408.286.5800
Facsimile:    408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

FENWICK & WEST LLP
ATTORNEYS AT LAW

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>           Plaintiffs,<br><br>     v.<br><br>XUECHEN LI,<br><br>           Defendant. | Case No.: 3:25-cv-07292-RFL<br><br>**DEFENDANT XUECHEN LI'S ANSWER TO COMPLAINT**<br><br>Judge: Honorable Rita F. Lin |

Defendant Xuechen Li ("Defendant" or "Dr. Li"), by and through his undersigned counsel, hereby answers the Complaint for (1) Breach of Employee Confidential Information and Invention Assignment and Termination Certificate and Authorization; (2) Misappropriation of Trade Secrets (18 U.S.C. § 1836 et seq.); (3) Violation of Computer Data and Access Fraud Act (Cal. Penal Code § 502); and (4) Fraud (the "Complaint") of Plaintiffs X.AI Corp, and X.AI LLC (collectively "Plaintiffs" or "xAI") as follows.  Nothing herein constitutes a waiver of Defendant's Fifth Amendment privilege.[1]  Except as to those allegations for which Defendant has invoked his Fifth Amendment privilege, Defendant denies each and every allegation of the Complaint not expressly admitted or otherwise addressed herein.

## NATURE OF THE ACTION

1.    Paragraph 1 sets forth Plaintiffs' description of their causes of action and pleads no facts as to which a response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 1.

## PARTIES

2.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 2, and on that basis denies them.

3.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 3, and on that basis denies them.

4.    Paragraph 4 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this Paragraph sets forth factual allegations, Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 4.

## JURISDICTION AND VENUE

5.    Defendant does not dispute that the Court has jurisdiction over this matter as stated in Paragraph 5.

6.    Defendant does not dispute that the Court has personal jurisdiction over Defendant. Defendant denies the remaining allegations in Paragraph 6.

---

[1] Defendant reserves the right to withdraw the assertion of the Fifth Amendment privilege and to seek leave to amend, and/or supplement this Answer accordingly, and to object to the use or disclosure of this Answer for any purpose.

FENWICK & WEST LLP
ATTORNEYS AT LAW

7.     Defendant does not dispute that venue is proper.  Defendant denies the remaining allegations in Paragraph 7.

**GENERAL ALLEGATIONS**

8.     Paragraph 8 sets forth characterizations and conclusions to which no response is required.  To the extent any response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies them.

9.     Paragraph 9 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 9, and on that basis denies them.

10.     Paragraph 10 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 10, and on that basis denies them.

11.     Paragraph 11 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 11, and on that basis denies them.

12.     Paragraph 12 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 12, and on that basis denies them.

13.     Paragraph 13 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 13, and on that basis denies them.

14.     Paragraph 14 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 14, and on that basis denies them.

15.     Paragraph 15 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 15, and on that basis denies them.

16.     Paragraph 16 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 16, and on that basis denies them.

17.     Paragraph 17 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 17, and on that basis denies them.

18.     Paragraph 18 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 18, and on that basis denies them.

19.     Paragraph 19 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 19, and on that basis denies them.

20.     Paragraph 20 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 20, and on that basis denies them.

21.     Paragraph 21 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 21, and on that basis denies them.

22.     Paragraph 22 sets forth characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 22, and on that basis denies them.

23.     Paragraph 23 sets forth characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 23, and on that basis denies them.

24.     Paragraph 24 sets forth language from the document attached as Exhibit A to the Complaint.  The allegations in Paragraph 24 include characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 24, and on that basis denies them.

FENWICK & WEST LLP
ATTORNEYS AT LAW

25.    Paragraph 25 sets forth language from the document attached as Exhibit A to the Complaint.  The remaining allegations in Paragraph 25 consist of characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 25, and on that basis denies them.

26.    Paragraph 26 sets forth characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 26, and on that basis denies them.

27.    Paragraph 27 sets forth characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 27, and on that basis denies them.

28.    Paragraph 28 contains language from the document attached as Exhibit B to the Complaint.  The remaining allegations in Paragraph 28 consist of characterizations and legal conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 28, and on that basis denies them.

29.    Defendant admits Defendant completed a Ph.D. in Computer Science from Stanford University in 2024, and Defendant has authored numerous AI-related articles published in various scholarly journals.  The remaining allegations in Paragraph 29 consist of characterizations and legal conclusions to which no response is required.

30.    Defendant admits Defendant began working for xAI as a Member of the Technical Team on or about February 26, 2024.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 30, and on that basis denies them.

31.    Defendant admits that Defendant's responsibilities included playing a role in developing Grok.  Paragraph 31 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 31, and on that basis denies them.

FENWICK & WEST LLP
ATTORNEYS AT LAW

32.    Paragraph 32 sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 32, and on that basis denies them.

33.    Defendant admits that Paragraph 33 states the date of the Agreement attached as Exhibit A to the Complaint.  Paragraph 33 sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 33, and on that basis denies them.

34.    Defendant admits that Defendant received stock options and shares from xAI as part of his compensation package.

35.    Paragraph 35 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  Paragraph 35 also sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 35.  To the extent this Paragraph sets forth factual allegations regarding actions of Defendant, Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 35.

36.    Paragraph 36 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  Paragraph 36 also sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 36.  To the extent this Paragraph sets forth factual allegations regarding actions of Defendant, Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 36.

37.    Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 37.

38.    Paragraph 38 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 38.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   39.     Paragraph 39 sets forth Plaintiffs' characterizations and legal conclusions to which

2   no response is required.  To the extent this paragraph states any factual allegations to which a

3   response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

4   Paragraph 39.

5   40.     Paragraph 40 sets forth Plaintiffs' characterizations and legal conclusions to which

6   no response is required.  To the extent this paragraph states any factual allegations to which a

7   response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

8   Paragraph 40.

9   41.     Paragraph 41 sets forth Plaintiffs' characterizations and legal conclusions to which

10  no response is required.  To the extent this paragraph states any factual allegations to which a

11  response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

12  Paragraph 41.

13  42.     Paragraph 42 sets forth Plaintiffs' characterizations and legal conclusions to which

14  no response is required.  To the extent this paragraph states any factual allegations to which a

15  response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

16  Paragraph 42.

17  43.     Paragraph 43 sets forth Plaintiffs' characterizations and legal conclusions to which

18  no response is required.  To the extent this paragraph states any factual allegations to which a

19  response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

20  Paragraph 43.

21  44.     Paragraph 44 sets forth characterizations and conclusions to which no response is

22  required.  Defendant is without sufficient knowledge or information to form a belief as to the truth

23  of the remaining allegations in Paragraph 44, and on that basis denies them.

24  45.     Paragraph 45 sets forth allegations regarding xAI and its actions; Defendant is

25  without sufficient knowledge or information to form a belief as to the truth of the remaining

26  allegations in Paragraph 45, and on that basis denies them.

27  46.     Paragraph 46 sets forth Plaintiffs' characterizations and legal conclusions to which

28  no response is required.  To the extent this paragraph states any factual allegations to which a

FENWICK & WEST LLP
ATTORNEYS AT LAW

response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 46.

47.     Paragraph 47 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 47.

48.     Paragraph 48 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 48.

49.     Defendant admits that Paragraph 49 states the date of the Termination Certification attached as Exhibit B to the Complaint.  Paragraph 49 sets forth Plaintiffs' characterizations and conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 49.

50.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 50.

51.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 51.

52.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 52.

53.     Paragraph 53 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 53.

54.     Paragraph 54 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a

Fenwick & West LLP
Attorneys at Law

response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 54.

55.    Paragraph 55 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 55.

56.    Paragraph 56 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 56.

57.    Paragraph 57 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 57.

58.    Paragraph 58 sets forth Plaintiffs' characterizations and conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 58.

59.    Paragraph 59 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 59.

60.    Paragraph 60 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 60.

61.    Paragraph 61 sets forth characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 61, and on that basis denies them.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    62.    Paragraph 62 sets forth Plaintiffs' characterizations and legal conclusions to which

2    no response is required.  To the extent this paragraph states any factual allegations to which a

3    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

4    Paragraph 62.

5    63.    Paragraph 63 sets forth Plaintiffs' characterizations and legal conclusions to which

6    no response is required.  To the extent this paragraph states any factual allegations to which a

7    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

8    Paragraph 63.

9    64.    Paragraph 64 sets forth Plaintiffs' characterizations and legal conclusions to which

10    no response is required.  To the extent this paragraph states any factual allegations to which a

11    response is required, Defendant asserts his Fifth Amendment privilege as to the allegations in

12    Paragraph 64.

13    65.    Paragraph 65 sets forth Plaintiffs' characterizations and legal conclusions to which

14    no response is required.  To the extent this paragraph states any factual allegations to which a

15    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

16    Paragraph 65.

17    66.    Paragraph 66 sets forth Plaintiffs' characterizations and legal conclusions to which

18    no response is required.  To the extent this paragraph states any factual allegations to which a

19    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

20    Paragraph 66.

21    67.    Paragraph 67 sets forth Plaintiffs' characterizations and legal conclusions to which

22    no response is required.  To the extent this paragraph states any factual allegations to which a

23    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

24    Paragraph 67.

25    68.    Paragraph 68 sets forth Plaintiffs' characterizations and legal conclusions to which

26    no response is required.  To the extent this paragraph states any factual allegations to which a

27    response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in

28    Paragraph 68.

FENWICK & WEST LLP
ATTORNEYS AT LAW

69.     Paragraph 69 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 69.

70.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 70.

71.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 71.

72.     Paragraph 72 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states any factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to such allegations in Paragraph 72.

73.     Paragraph 73 sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 73, and on that basis denies them.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

74.     Paragraph 74 sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 74, and on that basis denies them.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

75.     Paragraph 75 sets forth allegations regarding xAI and its actions; Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 75, and on that basis denies them.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

FENWICK & WEST LLP
ATTORNEYS AT LAW

76.     Defendant asserts his Fifth Amendment privilege as to the allegations in Paragraph 76.

77.     The allegations in Paragraph 77 contain characterizations and conclusions to which no response is required.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 77, and on that basis denies them.

### FIRST CAUSE OF ACTION
### (Breach of Contract:  Employee Confidential Information and Invention Assignment Agreement)

78.     Defendant incorporates his responses to paragraphs 1 through 77.

79.     Defendant admits that Paragraph 79 states the date of the Agreement attached as Exhibit A to the Complaint.

80.     Paragraph 80 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

81.     Paragraph 81 sets forth Plaintiffs' characterizations and conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 81.

82.     Paragraph 82 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

83.     Paragraph 83 sets forth Plaintiffs' characterizations and conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

84.     Paragraph 84 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 84.

85.     Paragraph 85 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

86.    Paragraph 86 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 86.

87.    Paragraph 87 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 87.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

88.    Paragraph 88 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 88.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

89.    Paragraph 89 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 89.

**SECOND CAUSE OF ACTION**
**(Breach of Contract:  Termination Certification)**

90.    Defendant incorporates his responses to paragraphs 1 through 89.

91.    Defendant admits that Paragraph 91 states the date of the Termination Certification attached as Exhibit B to the Complaint.  Defendant otherwise asserts his Fifth Amendment privilege as to any remaining allegations.

92.    Paragraph 92 sets forth legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 92.

93.    Paragraph 93 sets forth Plaintiffs' characterizations and conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 93.

94.    Paragraph 94 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 94.

FENWICK & WEST LLP
ATTORNEYS AT LAW

95.     Paragraph 95 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 95.   To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

96.     Paragraph 96 sets forth legal conclusions and pleads no facts as to which a response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

97.     Paragraph 97 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 97.

98.     Paragraph 98 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 98.

99.     Paragraph 99 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 99.

## THIRD CAUSE OF ACTION
### (Trade Secrets Misappropriation, 18 U.S.C. § 1836 *et seq.*)

100.     Defendant incorporates his responses to paragraphs 1 through 99.

101.     Defendant does not dispute Paragraph 101 contains language from 18 U.S.C. § 1836(b)(1).

102.     Defendant does not dispute Paragraph 102 contains language from 18 U.S.C. § 1839(3).

103.     Defendant does not dispute Paragraph 103 contains language from 18 U.S.C. §§ 1839(5-6).

104.     Defendant does not dispute Paragraph 104 contains language from 18 U.S.C. § 1836(b)(3).

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    105.    Paragraph 105 sets forth Plaintiffs' characterizations and conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 105.

106.    Paragraph 106 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 106.

107.    Paragraph 107 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

108.    Paragraph 108 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

109.    Paragraph 109 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

110.    Paragraph 110 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

111.    Paragraph 111 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 111.  To the extent this paragraph states factual allegations, Defendant asserts his Fifth Amendment privilege as to those allegations.

112.    Paragraph 112 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  Paragraph 112 also sets forth information regarding xAI and its customers; Defendant is without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis denies them.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

Fenwick & West LLP
Attorneys at Law

113.    Paragraph 113 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  Paragraph 113 also sets forth information regarding xAI; Defendant is without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis denies them.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

114.    Paragraph 114 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  Paragraph 114 also sets forth information regarding xAI; Defendant is without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis denies them.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

115.    Paragraph 115 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 115.  Paragraph 115 also sets forth information regarding xAI or its alleged trade secrets; Defendant is without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis denies them.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

116.    Paragraph 116 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 116.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

117.    Paragraph 117 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 117.

118.    Paragraph 118 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 118.  To the extent this paragraph states factual allegations regarding Defendant, Defendant asserts his Fifth Amendment privilege as to those allegations.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    119.    Paragraph 119 sets forth Plaintiffs' characterizations and legal conclusions to which

2    no response is required; to the extent any response is required, Defendant denies the allegations in

3    Paragraph 119.

4                                **FOURTH CAUSE OF ACTION**

5              **(Violation of Comprehensive Computer Data Access and Fraud Act)**

6    120.    Defendant incorporates his responses to paragraphs 1 through 119.

7    121.    Defendant does not dispute that Paragraph 121 contains language from California

8    Penal Code § 502(e).

9    122.    Paragraph 122 sets forth Plaintiffs' characterizations and conclusions to which no

10   response is required; to the extent any response is required, Defendant denies the allegations in

11   Paragraph 122.   To the extent this paragraph states factual allegations to which a response is

12   required, Defendant asserts his Fifth Amendment privilege as to those allegations.

13   123.    Paragraph 123 sets forth Plaintiffs' characterizations and legal conclusions to which

14   no response is required; to the extent any response is required, Defendant denies the allegations in

15   Paragraph 123.

16   124.    Paragraph 124 sets forth Plaintiffs' characterizations and legal conclusions to which

17   no response is required; to the extent any response is required, Defendant denies the allegations in

18   Paragraph 124.

19   125.    Paragraph 125 sets forth Plaintiffs' characterizations and legal conclusions to which

20   no response is required; to the extent any response is required, Defendant denies the allegations in

21   Paragraph 125.

22   126.    Paragraph 126 sets forth Plaintiffs' characterizations and legal conclusions to which

23   no response is required; to the extent any response is required, Defendant denies the allegations in

24   Paragraph 126.

25   127.    Paragraph 127 sets forth Plaintiffs' characterizations and legal conclusions to which

26   no response is required; to the extent any response is required, Defendant denies the allegations in

27   Paragraph 127.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1
2

### FIFTH CAUSE OF ACTION
### (Fraud:  Termination Certification)

3

128.    Defendant incorporates his responses to paragraphs 1 through 127.

4

129.    Paragraph 129 sets forth Plaintiffs' characterizations and legal conclusions to which

5

no response is required.  To the extent this paragraph states factual allegations to which a response

6

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

7

130.    Paragraph 130 sets forth Plaintiffs' characterizations and legal conclusions to which

8

no response is required.  To the extent this paragraph states factual allegations to which a response

9

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

10

131.    Paragraph 131 sets forth Plaintiffs' characterizations and legal conclusions to which

11

no response is required.  To the extent this paragraph states factual allegations to which a response

12

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

13

132.    Paragraph 132 sets forth Plaintiffs' characterizations and legal conclusions to which

14

no response is required.  To the extent this paragraph states factual allegations to which a response

15

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

16

133.    Paragraph 133 sets forth Plaintiffs' characterizations and legal conclusions to which

17

no response is required.  To the extent this paragraph states factual allegations to which a response

18

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

19

134.    Paragraph 134 sets forth Plaintiffs' characterizations and conclusions to which no

20

response is required.  To the extent this paragraph states factual allegations to which a response is

21

required, Defendant asserts his Fifth Amendment privilege as to those allegations.

22

135.    Paragraph 135 sets forth Plaintiffs' characterizations and conclusions to which no

23

response is required.  To the extent this paragraph states factual allegations to which a response is

24

required, Defendant asserts his Fifth Amendment privilege as to those allegations.

25

136.    Paragraph 136 sets forth Plaintiffs' characterizations and legal conclusions to which

26

no response is required.  To the extent this paragraph states factual allegations to which a response

27

is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

137.    Paragraph 137 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

138.    Paragraph 138 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 138.  To the extent this Paragraph sets forth factual allegations regarding Defendant's actions, Defendant asserts his Fifth Amendment privilege as to those allegations.

139.    Paragraph 139 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required.  To the extent this paragraph states factual allegations to which a response is required, Defendant asserts his Fifth Amendment privilege as to those allegations.

140.    Paragraph 140 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 140.

141.    Paragraph 141 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 141.

142.    Paragraph 142 sets forth Plaintiffs' characterizations and legal conclusions to which no response is required; to the extent any response is required, Defendant denies the allegations in Paragraph 142.

## PRAYER FOR RELIEF

Defendant incorporates his above responses to the allegations in Paragraphs 1 through 142 and denies that Plaintiffs are entitled to any of the requested relief.

## ADDITIONAL DEFENSES

Defendant asserts the following additional defenses to the complaint.  In doing so, Defendant does not assume any burden of proof on any issue that is xAI's burden as a matter of law.  None of the defenses below are to be construed as an admission or waiver of any kind, including with respect to burden.  Defendant also reserves the right to amend or supplement these defenses as additional facts become known.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs fail to state a claim for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, under the doctrines of unclean hands, waiver, and/or estoppel. Plaintiffs are estopped from asserting claims or have waived their right to do so by their own conduct, including but not limited to facilitating the sale of stock to Defendant and by not conducting and choosing not to conduct a fulsome investigation.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent the agreements and/or certifications are unconscionable, void and/or unenforceable, including because they impose overly broad obligations on Defendant as a condition of employment without meaningful opportunity to negotiate, were obtained under duress or coercion, and/or contain overly broad, vague, or ambiguous provisions, including with respect to the definition of "Confidential Information." To the extent alleged agreements function as a de facto non-compete or impose restrictions that are unreasonably broad in scope, duration, or geography, it is unenforceable under California law.

**FOURTH AFFIRMATIVE DEFENSE**

The alleged Termination Certification is unenforceable as it lacks consideration.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred to the extent Plaintiffs themselves materially breached the alleged Employee Agreement or failed to perform conditions precedent.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims against Defendant based on alleged misappropriation of trade secrets are barred because Plaintiffs have failed to identify any specific legally protected trade secrets.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims against Defendant based on alleged misappropriation of trade secrets are barred because Plaintiffs have not exercised reasonable or sufficient efforts to keep the information secret.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Defendant based on alleged misappropriation of trade secrets are barred because the alleged secrets are publicly available, are readily ascertainable, and/or do not derive independent economic value from any alleged secrecy.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Defendant based on alleged misappropriation of trade secrets are barred to the extent the alleged trade secrets are generally known in the trade or industry, independently known or developed by Defendant, and/or reflect Defendant's own independently developed expertise.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Defendant based on alleged misappropriation of trade secrets are barred because Defendant did not acquire the alleged trade secrets by improper means, did not disclose and/or use the alleged trade secrets, and did not otherwise take any action that constitutes misappropriation.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendant's access was authorized at all relevant times and/or the acts of which Plaintiffs complain are within the scope of employment.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs consented to, acquiesced in, and/or ratified some or all of the actions of which they complain.

### THIRTEENTH AFFIRMATIVE DEFENSE

The Cal. Penal Code § 502 claim is preempted to the extent it is based on the same nucleus of facts as the DTSA claim, or is otherwise duplicative of the breach of contract and trade secret misappropriation claims.

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

FENWICK & WEST LLP
ATTORNEYS AT LAW

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Defendant lacked the requisite knowledge, intent, or willfulness when allegedly engaging in the conduct described in the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' fraud claim is barred by the economic loss rule to the extent it is based on the same obligations and representations set forth in the Termination Certification, making it duplicative of the breach of contract claim.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' fraud claim is barred because Plaintiffs did not justifiably rely on Defendant's representations in the Termination Certification.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' fraud claim is barred because the Complaint fails to meet the heightened pleading standard of Federal Rule of Civil Procedure 9(b).

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for damages are barred, in whole or in part, because they have not suffered damages, injury or harm.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for damages are barred, in whole or in part, because Plaintiffs' alleged damages are purely speculative, and impossible to prove or allocate with reasonable certainty.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to mitigate their alleged damages. Alternatively, any damages sustained by Plaintiffs, which Defendant denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs exercised reasonable diligence in mitigating their damages.

1

## TWENTY-FIRST AFFIRMATIVE DEFENSE

2    Plaintiffs' damages, if any, were the result of one or more intervening or superseding causes,

3    or caused by the acts and/or failures to act of persons and/or entities other than Defendant and were

4    not the result of any act or omission on the part of Defendant.

5

## TWENTY-SECOND AFFIRMATIVE DEFENSE

6    Plaintiffs' claims for equitable relief are barred because Plaintiffs have failed to state facts

7    sufficient to provide a legal or factual basis to award equitable relief, and Plaintiffs have adequate

8    remedies at law.  The injunctive relief sought by Plaintiffs is overbroad and unconstitutional, and

9    violates public policy, particularly with respect to the requests to bar Defendant from any role at

10   OpenAI or any competitor involving generative AI and to prohibit any communication on the

11   subject of generative AI with competitors.

12

## TWENTY-THIRD AFFIRMATIVE DEFENSE

13    Plaintiffs' claims are barred, in whole or in part, because their alleged damages were directly

14   and proximately caused and contributed to by the carelessness and/or negligence of Plaintiffs.

15

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

16    Plaintiffs' claims are barred, in whole or in part, because if Plaintiffs recover any damages

17   or other relief from Defendant, it would be unjustly enriched.

18

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

19    Plaintiffs' claims for punitive damages are barred, in whole or in part, because Plaintiffs

20   cannot make the legal showing required to recover punitive damages.

21

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

22    Plaintiffs' claims for attorneys' fees are barred, in whole or in part, because Plaintiffs fail

23   to state a cause of action or set forth facts sufficient to support a claim for attorneys' fees.

24

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

25    Plaintiffs' claims are barred, in whole or in part, because their acts are in violation of public

26   policy.

27

28

**RESERVATION OF RIGHTS**

Defendant does not presently know all facts concerning the conduct and claims of Plaintiffs, and thus lacks a sufficient basis to form a belief as to whether it may have additional, as yet unstated, defenses. Defendant accordingly reserves the right to assert additional defenses in the event that discovery or investigation reveals that they would be appropriate.

**DEMAND FOR JURY TRIAL**

Defendant hereby requests a trial by jury, on all claims and issues so triable.

Dated:    March 6, 2026                          FENWICK & WEST LLP


                                                 By: */s/ Jessica M. Kaempf*
                                                     Jessica M. Kaempf

                                                     Attorneys for Defendant
                                                     XUECHEN LI

FENWICK & WEST LLP
ATTORNEYS AT LAW