KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>       Plaintiffs,<br><br>       vs.<br><br>XUECHEN LI,<br><br>       Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM FOR JONATHAN HUNG** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** of the following change of attorney information and business contact information for Jonathan Hung, counsel for Plaintiffs X.AI Corp. and X.AI LLC in this matter, as follows:

> Jonathan Hung
> KING & SPALDING LLP
> 2601 Olive Street, Suite 2300
> Dallas, TX 75201
> Telephone: (214) 764-4474
> Facsimile: (214) 764-4601

All notices and documents regarding this action should be sent to the above address.

The email address for Jonathan Hung for the purposes of receipt of Notices of Electronic Filing are as follows.

> jhung@kslaw.com

Dated:   March 6, 2026

**KING & SPALDING LLP**

By: */s/   Jonathan Hung*
Jonathan Hung

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record in the Attached Service List who have consented to electronic service are being served with a copy of this document via email on March 6, 2026.

*/s/   Jonathan Hung*

---

1
NOTICE OF CHANGE OF ADDRESS FOR JONATHAN HUNG
CASE NO. 3:25-CV-07292-RFL

# SERVICE LIST
### United State District Court for the Northern District of California
### *X.AI CORP. and X.AI LLC v. XUECHEN LI*
### Case No. 3:25-cv-07292-RFL

| | |
|---|---|
| BENJAMIN S. KINGSLEY (CSB No. 314192)<br>bkingsley@fenwick.com<br>FENWICK & WEST LLP<br>One Front Street, 33rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.875.2300 Facsimile: 415.281.1350<br><br>JESSICA M. KAEMPF (admitted pro hac vice)<br>jkaempf@fenwick.com<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone: 206.389.4510<br>Facsimile: 206.389.4511<br><br>CHRISTIAN E. PICONE, CA State Bar No. 218275<br>ANGELA SHAW, CA State Bar No. 321726<br>BERLINER COHEN, LLP<br>Ten Almaden Boulevard<br>Eleventh Floor<br>San Jose, California 95113-2233<br>Telephone: (408) 286-5800<br>Facsimile: (408) 998-5388<br>christian.picone@berliner.com<br>angela.shaw@berliner.com | Attorneys for Defendant<br><br>Xuechen Li |
| CAROLYN HOECKER LUEDTKE<br>carolyn.luedtke@mto.com<br>DANE P. SHIKMAN<br>dane.shikman@mto.com<br>GABRIEL MARK BRONSHTEYN<br>Gabriel.Bronshteyn@mto.com<br>MUNGER, TOLLES OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>415/512-4027<br>Fax: 415-644-6927<br><br>JONATHAN I. KRAVIS<br>jonathan.kravis@mto.com<br>MUNGER, TOLLES AND OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001-5369 | Attorneys for Nonparties<br><br>OpenAI Inc., OpenAI OpCo LLC, and OpenAI Global LLC |

1
2
3
4
5

(202) 220-1130

JOSEPH N. GLYNN
joseph.glynn@mto.com
MUNGER, TOLLES & OLSON LLP
350 S Grand Ave 50th Fl
Los Angeles, CA 90071
213-683-9100

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28