KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>XUECHEN LI,<br><br>　　　　　Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**DECLARATION OF JONATHAN HUNG IN SUPPORT OF PLAINTIFFS' REDACTED MOTION TO COMPEL THIRD-PARTY PRODUCTION**<br><br>Date: April 14, 2026<br>Time: 10:00 am<br>Judge: Honorable Rita F. Lin |

I, Jonathan Hung, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an associate with the law firm of King & Spalding LLP and am counsel of record for Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiffs" or "xAI"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of xAI's Civil L.R. 7-11 Administrative Motion to File Under Seal xAI's Motion to Compel Third-Party Production. I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. The portions of the Motion to Compel highlighted in green and Exhibits A–B of the Motion to Compel, which xAI seeks to seal in their entirety, contain competitively sensitive information, including descriptions of xAI's trade secrets and sensitive information regarding the known and possible location of xAI confidential information.

3. Beyond the disclosure of a trade secret itself, disclosure of the locations where xAI confidential information is or may be stored without authorization and appropriate protections, given the sensitive nature of the misappropriated material, would expose xAI confidential information to a heightened risk of further misappropriation, cyber intrusion, and other malicious acts attempting to disseminate or disclose xAI confidential information, risking harm to xAI.

4. Further still, the portions of the Motion to Compel highlighted in green and Exhibits A–B of the Motion to Compel, which xAI seeks to seal in their entirety, are treated as confidential or otherwise protected information by Defendant Li.

5. The portions of the Motion to Compel highlighted in blue and Exhibits F–G of the Motion to Compel is treated as confidential information by Nonparty OpenAI.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of March, 2026, in Dallas, Texas.

                                                       /s/   *Jonathan Hung*
                                                       Jonathan Hung