# E<small>XHIBIT</small> A

*[Exhibit Filed Under Seal]*