UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>XUECHEN LI,<br><br>    Defendant. | Case No. 3:25-cv-07292-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THIRD-PARY PRODUCTION PURSUANT TO SUBPOENA** |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY PRODUCTION PURSUANT TO SUBPOENA

This matter comes before the Court on Plaintiffs X.AI Corp. and X.AI LLC's ("xAI") Motion to Compel Third-Party Production Pursuant to Subpoena. The Court, having considered the motion, the supporting papers, and the arguments of counsel, and good cause appearing, hereby **ORDERS** as follows:

1. Plaintiff's Motion to Compel is **GRANTED**.

2. Non-parties OpenAI Inc., OpenAI OpCo LLC, and OpenAI Global LLC ("OpenAI") are hereby **ORDERED** to produce all documents and communications responsive to Request for Production No. 4 of the subpoena served on September 18, 2025, which seeks:

    > All DOCUMENTS and COMMUNICATIONS related to Your internal review and decision-making process about whether to hire Defendant, including without limitation internal memoranda, recruitment notes, Defendant's job application, notes or correspondence regarding a review of Defendant's background and/or concerns, risks, or questions related to hiring Defendant.

**IT IS SO ORDERED.**

Dated: _____   _____

Hon. Rita F. Lin
United States District Court Judge