1  KATHI VIDAL (State Bar No. 194971)
   kvidal@winston.com
2  MATTHEW R. MCCULLOUGH (State Bar No. 301330)
   mrmcullough@winston.com
3  CARSON SWOPE (State Bar No. 353352)
   cswope@winston.com
4  WINSTON & STRAWN LLP
   255 Shoreline Drive, Suite 520
5  Redwood City, CA 94065
   Telephone: (650) 858-6500
6  Facsimile: (650) 858-6550

7  LEELLE B. SLIFER (*pro hac vice*)
   lslifer@kslaw.com
8  JONATHAN HUNG (*pro hac vice*)
   jhung@kslaw.com
9  KING & SPALDING LLP
   2601 Olive Street, Suite 2300
10 Dallas, TX 75201
   Telephone: (214) 764-4600
11 Facsimile: (214) 764-4601

12 Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC, | **Case No. 3:25-cv-07292-RFL** |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS AND LAW FIRM FOR LEELLE B. SLIFER** |
| XUECHEN LI, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** of the following change of attorney information and business contact information for LeElle B. Slifer, counsel for Plaintiffs X.AI Corp. and X.AI LLC in this matter, as follows:

> LeElle B. Slifer
> KING & SPALDING LLP
> 2601 Olive Street, Suite 2300
> Dallas, TX 75201
> Telephone: (214) 764-4474
> Facsimile: (214) 764-4601

All notices and documents regarding this action should be sent to the above address.

The email address for LeElle B. Slifer for the purposes of receipt of Notices of Electronic Filing are as follows.

> lslifer@kslaw.com

Dated:   March 9, 2026

**KING & SPALDING LLP**

By: */s/    LeElle B. Slifer*
LeElle B. Slifer

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record in the Attached Service List who have consented to electronic service are being served with a copy of this document via email on March 9, 2026.

*/s/    LeElle B. Slifer*

## SERVICE LIST
### United States District Court for the Northern District of California
### *X.AI CORP. and X.AI LLC v. XUECHEN LI*
### Case No. 3:25-cv-07292-RFL

| | |
|---|---|
| BENJAMIN S. KINGSLEY (CSB No. 314192)<br>bkingsley@fenwick.com<br>FENWICK & WEST LLP<br>One Front Street, 33rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.875.2300 Facsimile: 415.281.1350<br><br>JESSICA M. KAEMPF (admitted pro hac vice)<br>jkaempf@fenwick.com<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone: 206.389.4510<br>Facsimile: 206.389.4511<br><br>CHRISTIAN E. PICONE, CA State Bar No. 218275<br>ANGELA SHAW, CA State Bar No. 321726<br>BERLINER COHEN, LLP<br>Ten Almaden Boulevard<br>Eleventh Floor<br>San Jose, California 95113-2233<br>Telephone: (408) 286-5800<br>Facsimile: (408) 998-5388<br>christian.picone@berliner.com<br>angela.shaw@berliner.com | Attorneys for Defendant<br><br>Xuechen Li |
| CAROLYN HOECKER LUEDTKE<br>carolyn.luedtke@mto.com<br>DANE P. SHIKMAN<br>dane.shikman@mto.com<br>GABRIEL MARK BRONSHTEYN<br>Gabriel.Bronshteyn@mto.com<br>MUNGER, TOLLES OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>415/512-4027<br>Fax: 415-644-6927<br><br>JONATHAN I. KRAVIS<br>jonathan.kravis@mto.com<br>MUNGER, TOLLES AND OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, DC 20001-5369 | Attorneys for Nonparties<br><br>OpenAI Inc., OpenAI OpCo LLC, and OpenAI Global LLC |

1  
2  (202) 220-1130

3  JOSEPH N. GLYNN
   joseph.glynn@mto.com
4  MUNGER, TOLLES & OLSON LLP
   350 S Grand Ave 50th Fl
5  Los Angeles, CA 90071
   213-683-9100

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28