KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>XUECHEN LI,<br><br>　　　　Defendant. | Case No. 3:25-cv-07292-RFL<br><br>**DECLARATION OF JONATHAN HUNG IN SUPPORT OF PLAINTIFFS' REDACTED MOTION TO COMPEL THIRD-PARTY PRODUCTION**<br><br>Date: April 14, 2026<br>Time: 10:00 am<br>Judge: Honorable Rita F. Lin |

I, Jonathan Hung, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an associate with the law firm of King & Spalding LLP and am counsel of record for Plaintiffs X.AI Corp. and X.AI LLC (collectively "Plaintiffs" or "xAI"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of xAI's Motion to Compel Third-Party Production pursuant to subpoena. I am over 18 years of age and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could competently testify under oath.

2. Attached to Dkt. 109 as **Exhibit A** is a true and correct copy of a file identified by xAI's experts Nardello & Co. ("Nardello") through a forensic analysis of Defendant Li's account during the TRO process.

3. Attached to Dkt. 109 as **Exhibit B** is a true and correct copy of the metadata of **Exhibit A** also identified by xAI's experts Nardello during a forensic analysis of Defendant Li's account during the TRO process.

4. Attached to Dkt. 109 as **Exhibit C** is a true and correct copy of the subpoena xAI issued to OpenAI Global LLC on September 18, 2025.

5. Attached to Dkt. 109 as **Exhibit D** is a true and correct copy of OpenAI's response to the xAI subpoena dated November 21, 2025.

6. Attached to Dkt. 109 as **Exhibit E** is a true and correct copy of emails exchanged between Gabriel Bronshteyn and Matt McCullough.

7. Attached to Dkt. 109 as **Exhibit F** is a true and correct copy of communications between Defendant Li and various persons associated with OpenAI produced by OpenAI in response to the xAI subpoena at Bates numbers OAI-LI-3P-000154–55.

8. Attached to Dkt. 109 as **Exhibit G** is a true and correct copy of communications between Defendant Li and various persons associated with OpenAI produced by OpenAI in response to the xAI subpoena at Bates numbers OAI-LI-3P-000158–61.

9. Attached to Dkt. 109 as **Exhibit H** is a true and correct copy of emails exchanged between Carolyn Luedtke, Matt McCullough, and LeElle Slifer.

10. Attached to Dkt. 109 as **Exhibit I** is a true and correct copy of Defendant Li's response to xAI's Requests for Production dated September 9, 2025.

11. Attached to Dkt. 109 as **Exhibit J** is a true and correct copy of Defendant Li's response to xAI's Interrogatories dated September 9, 2025.

12. Attached to Dkt. 109 as **Exhibit K** is a true and correct copy of the transcript for the motion to dismiss hearing in *X.AI CORP. et al. v. OPENAI LLC et al.*, No. 3:25-CV-08133-RFL, dated February 3, 2026.

13. Attached to Dkt. 109 as **Exhibit L** is a true and correct copy of emails exchanged between Carolyn Luedtke and Matt McCullough.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March, 2026, in Dallas, Texas.

>                                  */s/      Jonathan Hung*
>                                  Jonathan Hung