KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>XUECHEN LI,<br><br>　　　　Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

Case No. **3:25-cv-07292-RFL**

I am employed in the County of Dallas, State of Texas. I am over the age of eighteen years and not a party to the within action; my business address is 2601 Olive Street Suite 2300 Dallas, TX 75201.

On March 6, 2026, I served the following document(s) described as

**CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL XAI'S MOTION TO CONSIDER SEALING LI'S MATERIALS**

**DECLARATION OF JONATHAN HUNG IN SUPPORT OF XAI'S ADMINISTRATIVE MOTION TO CONSIDERING SEALING MATERIALS**

**XAI'S UNREDACTED MOTION TO COMPEL THIRD-PARTY PRODUCTION**

**UNREDACTED EXHIBITS A–B.**

☑   BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system from jhung@kslaw.com to the email addresses set forth below.

**Jessica Andrea Martinez Kaempf**
Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, WA 98101
206-389-4550
Email: jkaempf@fenwick.com

**Christian E. Picone**
Berliner Cohen
Ten Almaden Boulevard
Eleventh Floor
San Jose, CA 95113-2233
408-286-5800
Fax: 408-998-5388
Email: christian.picone@berliner.com

**Angela Hoffman Shaw**
Berliner Cohen, LLP
10 Almaden Blvd., Ste. 1100
San Jose, CA 95113
(408) 286-5800
Fax: (408) 998-5388
Email: angela.shaw@berliner.com

**Benjamin Kingsley**
Fenwick and West
One Front Street, 33rd Floor
San Francisco, CA 94111
415-875-2300
Email: BKingsley@fenwick.com

**Attorneys for Defendant Xuechen Li**

Executed on March 9, 2026, at Dallas, Texas.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Jonathan Hung*

Jonathan Hung