KATHI VIDAL (State Bar No. 194971)
kvidal@winston.com
MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmcullough@winston.com
CARSON SWOPE (State Bar No. 353352)
cswope@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>XUECHEN LI,<br><br>　　　　Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

Case No. **3:25-cv-07292-RFL**

I am employed in the County of Dallas, State of Texas. I am over the age of eighteen years and not a party to the within action; my business address is 2601 Olive Street Suite 2300 Dallas, TX 75201.

On March 7, 2026, I served the following document(s) described as

**CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL XAI'S MOTION TO CONSIDER SEALING OPENAI'S MATERIALS**

**DECLARATION OF JONATHAN HUNG IN SUPPORT OF XAI'S ADMINISTRATIVE MOTION TO CONSIDERING SEALING MATERIALS**

**XAI'S UNREDACTED MOTION TO COMPEL THIRD-PARTY PRODUCTION**

**UNREDACTED EXHIBITS F–G.**

On March 9, 2026, I served the following document(s) described as

**UNREDACTED EXHIBITS A–B.**

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system from jhung@kslaw.com to the email addresses set forth below.

| | |
|---|---|
| **Carolyn Hoecker Luedtke**<br>**Dane P. Shikman**<br>**Gabriel Mark Bronshteyn**<br>Munger, Tolles Olson LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>415/512-4027<br>Fax: 415-644-6927<br>Email: carolyn.luedtke@mto.com<br>Email: dane.shikman@mto.com<br>Email: Gabriel.Bronshteyn@mto.com | **Jonathan I. Kravis**<br>Munger, Tolles and Olson LLP<br>601 Massachusetts Avenue NW,<br>Suite 500E<br>Washington, DC 20001-5369<br>(202) 220-1130<br>Email: jonathan.kravis@mto.com<br><br>**Joseph N. Glynn**<br>Munger, Tolles & Olson LLP<br>350 S Grand Ave 50th Fl<br>Los Angeles, CA 90071<br>213-683-9100<br>Email: joseph.glynn@mto.com |

**Attorneys for Nonparties OpenAI Inc., OpenAI OpCo LLC, and OpenAI Global LLC**

Executed on March 9, 2026, at Dallas, Texas.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Jonathan Hung*
Jonathan Hung