1
2
3                    UNITED STATES DISTRICT COURT
4         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
5

6  X.AI CORP. and X.AI LLC,                Case No. 3:25-cv-07292-RFL

7         Plaintiffs,                      **[PROPOSED] ORDER DENYING XAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL XAI'S MOTION TO COMPEL THIRD-PARTY PRODUCTION**

8      vs.

9  XUECHEN LI,

10        Defendant.                       Judge:   Honorable Rita F. Lin

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, the Court hereby **DENIES** the Administrative Motion to File Under Seal relating to Plaintiffs' Motion to Compel Third-Party Production (Dkt. No. 106) filed by Plaintiffs X.AI Corp. and X.AI LLC.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE