UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>XUECHEN LI,<br><br>        Defendant. | Case No. 25-cv-07292-RFL (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL AND RELATED SEALING MOTIONS**<br><br>Re: Dkt. Nos. 109, 111 |

This case has been referred to the undersigned magistrate judge for discovery. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Civil Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/. Please contact the Courtroom Deputy Clerk at ljccrd@cand.uscourts.gov with any administrative questions.

Plaintiff xAI's Motion to Compel (ECF No. 109) is DENIED WITHOUT PREJUDICE to xAI presenting its request through a joint letter consistent with this Court's Civil Standing Order. xAI and non-party OpenAI shall meet and confer in person or videoconference no later than March 13, 2026 in a further effort to narrow or resolve their dispute. If they are unable to resolve the dispute, they shall file a joint letter no later than March 20, 2026.

The Court declines to resolve at this time xAI's related sealing motions (ECF Nos. 106, 107, and 108). If the forthcoming joint letter relies on any of the same exhibits as the Motion to Compel, it may reference those exhibits without refiling them, and the Court will consider the current sealing motions with respect to those exhibits. To the extent that the current sealing motions relates to documents not implicated by the forthcoming joint letter, the Court will deny those portions of the sealing motions as moot, will deem withdrawn any documents not referenced

1  by the joint letter, and will not consider those documents for any purpose.  *See* Civ. L.R.
2  79-5(g)(2).
3      **IT IS SO ORDERED.**
4  Dated: March 11, 2026

_____<br>
LISA J. CISNEROS<br>
United States Magistrate Judge

2