BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:	415.875.2300
Facsimile:	415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:	206.389.4510
Facsimile:	206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
XUECHEN LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>            Plaintiffs,<br><br>    v.<br><br>XUECHEN LI,<br><br>            Defendant. | **Case No. 3:25-cv-07292-RFL**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Plaintiffs X.AI Corp. and X.AI LLC ("xAI") and Defendant Xuechen Li ("Li," and together with xAI, the "Parties") hereby, through their undersigned counsel, stipulate as follows:

WHEREAS, on January 14, 2026, the Court entered the Stipulation and Order Issuing Preliminary Injunction (Dkt. 90), which set forth procedures for xAI and Li to identify any disputes regarding Li's identification of Disputed Files, or any portion thereof, that he contends should be excluded from the scope of a preliminary injunction;

WHEREAS, the Parties are continuing to engage in review and analysis regarding the Disputed Files at Issue, and thus wish to set a new briefing schedule for the Court to resolve disputes;

WHEREAS, the Parties wish to align the Initial Case Management Conference (CMC) with the briefing schedule for the Disputed Files so that all issues may be addressed at a single hearing, thereby conserving judicial resources and ensuring that the Parties and the Court are fully prepared to discuss both the preliminary injunction dispute and case management matters at the CMC;

WHEREAS, on January 14, 2026, the Court set the CMC for March 25, 2026 (Dkt. 92) and the Joint Case Management Statement is currently due on March 18, 2026 (*id.*);

WHEREAS, the Parties acknowledge and agree that nothing herein prevents or limits any party from seeking further extensions or a stay;

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, as follows:

1. The Stipulation and Order Issuing Preliminary Injunction (Dkt. 90) shall be modified as follows:

- xAI may share the Disputed Files at Issue with its designated/approved Additional Reviewer, and Defendants' counsel may share the Disputed Files at Issue with Li, subject to the following restrictions on review:
    o The Disputed Files at Issue can only be stored on a computer controlled by counsel from the Parties' respective outside counsel of record, who can show or display such Disputed Files at Issue to the Additional Reviewer/Li via a secure video platform.

- - o   The Additional Reviewer/Li reviewing the Disputed Files at Issue may not have any electronic devices on his or her person, other than the device joining the secure video platform.
  - o   The Additional Reviewer/Li may not take any notes during the review, and may not receive, store or possess copies of the Disputed Files at Issue.
  - o   The sharing permitted by the process outlined above is for the limited purpose of the Disputed Files analysis and limited to the two Disputed Files at Issue.
- xAI shall file a brief of up to 10 pages addressing why Li should be restricted from possessing, using, copying, reproducing, disclosing, transferring, disseminating or otherwise exploiting the Disputed Files by March 25, 2026.
- Li shall file any opposition of up to 10 pages by April 8, 2026.
- xAI shall file any reply of up to 5 pages by April 22, 2026.

2.   The Case Management Conference shall be continued to April 29, 2026.

3.   The Joint Case Management Statement shall be filed by April 22, 2026.

Dated: March 11, 2026                     **KING & SPALDING LLP**

By: */s/ LeElle B. Slifer*
LeElle B. Slifer

Attorneys for Plaintiffs
X.AI Corp. and X.AI LLC

Dated: March 11, 2026                     **FENWICK & WEST LLP**

By: */s/ Jessica M. Kaempf*
Jessica M. Kaempf

Attorneys for Defendant
Xuechen Li

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from all of its signatories.

By: /s/ *Jessica M. Kaempf*
Jessica M. Kaempf

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Hon. Rita F. Lin
United States District Judge