BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CHRISTIAN E. PICONE (CSB No. 218275)
ANGELA SHAW (CSB No. 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
Xuechen Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | CASE NO. 3:25-cv-07292-RFL<br><br>**DEFENDANT XUECHEN LI'S NOTICE OF FILING OF UNSEALED DOCUMENTS**<br><br>Courtroom: Courtroom 15<br>Judge: Hon. Rita Lin<br><br>Case Filed: August 28, 2025 |

Pursuant to the Court's February 26, 2026 Order (Dkt. 103), Defendant files public versions of the following documents:

1. The redacted Defendant's Opposition to Plaintiff's Request for Preliminary Injunctions and Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 69). The redactions have been modified based on the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-3.
2. The redacted Exhibit E to the Declaration of Jessica M. Kaempf (Dkt. 69-6). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-5.
3. The redacted Exhibit F to the Declaration of Jessica M. Kaempf (Dkt. 69-7). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-6.
4. The redacted Exhibit G to the Declaration of Jessica M. Kaempf (Dkt. 69-8). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-7.
5. The redacted Exhibit H to the Declaration of Jessica M. Kaempf (Dkt. 69-9). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-8.
6. The redacted Exhibit I to the Declaration of Jessica M. Kaempf (Dkt. 69-10). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-9.
7. The redacted Exhibit J to the Declaration of Jessica M. Kaempf (Dkt. 69-11). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-10.
8. The redacted Exhibit K to the Declaration of Jessica M. Kaempf (Dkt. 69-12). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-11.

9. The redacted Exhibit L to the Declaration of Jessica M. Kaempf (Dkt. 69-13). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-12.

10. The redacted Exhibit M to the Declaration of Jessica M. Kaempf (Dkt. 69-14). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-13.

11. The redacted Exhibit N to the Declaration of Jessica M. Kaempf (Dkt. 69-15). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-14.

12. The redacted Exhibit O to the Declaration of Jessica M. Kaempf (Dkt. 69-16). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-15.

13. The redacted Exhibit Q to the Declaration of Jessica M. Kaempf (Dkt. 69-18). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-16.

14. The redacted Exhibit R to the Declaration of Jessica M. Kaempf (Dkt. 69-19). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-17.

15. The redacted Exhibit S to the Declaration of Jessica M. Kaempf (Dkt. 69-20). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-18.

16. The redacted Exhibit T to the Declaration of Jessica M. Kaempf (Dkt. 69-21). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-19.

17. The redacted Exhibit Y to the Declaration of Jessica M. Kaempf (Dkt. 69-26). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-21.

18. The redacted Declaration of Samuel Plainfield in Support of Defendant Xuechen Li's Opposition to Plaintiffs' Request for a Preliminary Injunction (Dkt. 69-27). The redactions have been modified based on the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-22.

19. The redacted Declaration of John F. Hyland in Support of Defendant Xuechen Li's Opposition to Plaintiffs' Request for a Preliminary Injunction (Dkt. 69-29). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-23.

20. The redacted Exhibit A to the Declaration of John F. Hyland (Dkt. 69-30). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-24.

21. The redacted Exhibit B to the Declaration of Jessica M. Kaempf in Support of Defendant Xuechen Li's Administrative Motion for Leave to File Sur-Reply (Dkt. 81-3). Dr. Li no longer seeks to maintain this document under seal. (*See* Dkt. 103.) This was originally filed under seal at Dkt. 79-5.

22. The redacted Exhibit D to the Declaration of Jessica M. Kaempf in Support of Defendant Xuechen Li's Administrative Motion for Leave to File Sur-Reply (Dkt. 81-5). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 79-6.

23. The redacted Exhibit O to the Declaration of Jessica M. Kaempf in Support of Defendant Xuechen Li's Administrative Motion for Leave to File Sur-Reply (Dkt. 81-16). The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 79-12.

24. The redacted Exhibit P to the Declaration of Jessica M. Kaempf in Support of Defendant Xuechen Li's Administrative Motion for Leave to File Sur-Reply (Dkt. 81-16). The redactions have been modified based on the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 79-13.

Dated: March 19, 2026

FENWICK & WEST LLP

By: */s/ Jessica M. Kaempf*
Jessica M. Kaempf

Attorneys for Defendant
XUECHEN LI