# EXHIBIT E

[redacted]

**From:** [redacted]
**To:** angela.shaw@berliner.com
**Cc:** Jessica Kaempf; Benjamin Kingsley; Jacob Simmons; christian.picone@berliner.com
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]
**Date:** Monday, October 6, 2025 7:43:41 PM

**** EXTERNAL EMAIL ****

Hello,

This email is to confirm our understanding that a password reset link was sent to the trusted email contact on October 4, 2025. The reset link will remain valid for 7 days from the date it was sent.

Regards,

[redacted]