# EXHIBIT H

[redacted]

**From:** Benjamin Kingsley
**Sent:** Sunday, September 14, 2025 9:40 PM
**To:** McCullough, Matt; Swope, Carson; Jessica Kaempf; Jacob Simmons; Picone, Christian E.; angela.shaw@berliner.com
**Cc:** Vidal, Kathi; Machala, Angela M.; Graves, Matt
**Subject:** Re: xAI v. Li - Third Party Subpoenas

Thank you, Matt. I understand your urgency here. For the record, Mr. Li does not consent to the [redacted] subpoena to the extent it requests content protected by the Stored Communications Act, which it does. Mr. Li revokes any previously granted consent to xAI to obtain that data from [redacted] and we ask that any subpoena you serve on [redacted] not represent that Mr. Li has consented to the production of that data.

As we've discussed, once we have established an appropriate protocol to handle such information (which will likely overlap substantially with the process for the accounts to which you are seeking access under the TRO) that protects both xAI and Mr. Li's interests, we are amenable to obtaining the information from [redacted] via subpoena pursuant to that protocol.

- Ben

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, September 14, 2025 9:28:32 PM
**To:** Swope, Carson <CSwope@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>; angela.shaw@berliner.com <angela.shaw@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: xAI v. Li - Third Party Subpoenas

**** EXTERNAL EMAIL ****

Counsel,

Our client would like to serve our subpoenas on OpenAI and [redacted] tomorrow. Please let us know if you have any comments or would like to discuss. If you are not able to review by tomorrow, we are willing to continue discussing after we serve.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Swope, Carson <CSwope@winston.com>
**Sent:** Saturday, September 13, 2025 4:59 PM
**To:** jkaempf@fenwick.com; bkingsley@fenwick.com; jsimmons@fenwick.com; Picone, Christian E. <christian.picone@berliner.com>; angela.shaw@berliner.com
**Cc:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** xAI v. Li - Third Party Subpoenas

Counsel,

Please see attached drafts of xAI's subpoenas to OpenAI and [redacted] Let us know if you have thoughts.

Regards,

WINSTON & STRAWN LLP

**CARSON SWOPE**
ASSOCIATE ATTORNEY

**T** +1 (650) 858-6407
cswope@winston.com

255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in California*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.