# EXHIBIT I

[redacted]

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, November 7, 2025 4:33 PM
**To:** Jessica Kaempf; Benjamin Kingsley; Christian E. Picone; Angela Shaw; xAI v Li
**Cc:** Winston-x.AI-XuechenLi
**Subject:** xAI v. Li - [redacted] subpoena
**Attachments:** Online Storage Repository Consent Form.pdf; xAI v. Li - Attachment A to Document Subpoena to [redacted] docx

** EXTERNAL EMAIL **

Counsel,

In light of the limited information re accesses/downloads of the key files in [redacted] available through the [redacted] forensic analysis that we raised with you when we spoke on Wednesday, we would like to get a subpoena to [redacted] for any such records.

Attached is a proposed subpoena. RFPs 1-6 seek non-content data from [redacted] including data relating to the Drive files that [redacted] may have but was not available via the [redacted] forensic analysis. RFP 7 seeks content data and I have attached the proposed consent form we provided earlier in the case. While Li declined to sign the consent form at that point, we are hoping he will be willing to do so now in light of your recent statements that your client wishes to put this case behind him.

We would like to send this subpoena to our [redacted] investigations contact as soon as possible and no later than Monday. Would you please confirm whether your client will sign the consent form and also let us know if you have any comments or objections to the non-content requests before we provide the subpoena to the [redacted] investigations contact?

Thank you,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in California*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.