# EXHIBIT K

[redacted]

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 23, 2025 4:00 PM
**To:** Jessica Kaempf; Vidal, Kathi; Shaw, Angela; Benjamin Kingsley; Jacob Simmons; Picone, Christian E.
**Cc:** Swope, Carson; Machala, Angela M.; xAI v Li
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

** EXTERNAL EMAIL **

Jessica,

We are aware of the following accounts. We have not attempted any account recovery for these (only account recovery has been in joint sessions with you)

[redacted])
[redacted]

Additionally, there is the [redacted] which we may need to access at some point if we need it for 2FA for any of the above.

We also see some indications that Li has a [redacted] account under his [redacted] address – Nardello identified some notifications relating to this on Li's iPhone, but we have not yet determined exactly what account this is (e.g. [redacted]). If you can shed any light on what exactly that account is, we'd appreciate it.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 23, 2025 8:53 AM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>

**Cc**: Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Hi Kathi, and Matt – just wanted to follow up on the below. Can you please identify the other accounts and let us know whether xAI has already attempted access?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, October 22, 2025 6:01 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc**: Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Of course. I'll defer to Matt on that. Thanks, Jessica.

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 22, 2025 6:00 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc**: Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Thanks, Kathi. We will prepare a stipulation for your review. You mentioned below you believe there are other accounts that need to be recovered – can you identify those accounts, and let us know whether xAI has already attempted access to them?

We'd like to get a better idea of what additional timing if any will be needed for other accounts.

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---