# EXHIBIT M

[redacted]

**From:** Jessica Kaempf
**Sent:** Friday, November 7, 2025 3:54 PM
**To:** McCullough, Matt; Vidal, Kathi
**Cc:** Angela Shaw; Benjamin Kingsley; Jacob Simmons; Christian E. Picone; Swope, Carson; xAI v Li; Aurelia Nolen
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref.[redacted]

Matt,

Thanks for sending this proposal. We are ok with having Nardello handle this collection process for the [redacted] account by themselves (without Winston, xAI or Fenwick).

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, November 7, 2025 3:10 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Jessica,

Following up on our recovery call, here is what we are proposing re the [redacted] account:

- Nardello can perform the collection/download of the [redacted] account data at its offices, where the Mac Studio is set up and Nardello can use the Mac Studio as needed for 2FA (which, as explained on the call, is expected to be a minimum of 3 separate times and potentially more depending on how many re-authorizations [redacted] security process requires)
- Once fully collected, Nardello will bring the data to xAI and perform analysis in the same location they've been using and will store the data in the safe as required under the protocol

You had suggested you may want to be on the line for the recovery call – we're happy to arrange that if you would prefer to do that. We're also happy to agree to have Nardello handle the collection by themselves (no Winston, xAI, or Fenwick). Let us know your preference.

Thanks,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, November 7, 2025 10:08 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,

We're available at 2-3 pm PT today. Please circulate an invite. Please also let me know whether it is ok to share the list and description of files per my question below.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Friday, November 7, 2025 8:00 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

We will look into that. In the meantime, the forensic report served last night contains a description of files that Nardello states "may contain xAI intellectual property" (see p. 3-4). In the interest of attempting to identify whether these files should be deleted, can you confirm we can share with our client the list of file names and the descriptions in the associated paragraphs (i.e., that they appear to be [redacted], and listing the files Nardello states were deleted, permanently deleted and restored)?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, November 7, 2025 7:48 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson

<CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

** EXTERNAL EMAIL **

Ok and we would like to recover the [redacted] at the same time. I believe you were checking on the password for that so please let us know. There is also an encryption PIN for the [redacted] so please get that as well

Thanks,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL
T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, November 7, 2025 7:43:50 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,

Thanks – we are still tracking down times that work on our end for today, but we'll get back to you asap. In the meantime, please hold the times below.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, November 6, 2025 10:05 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

** EXTERNAL EMAIL **

Jessica,

Yes, we want to recover the [redacted] account. Winston and Nardello are available tomorrow 11:30-1 or 2-3.

Also, we didn't discuss Li's [redacted] on our call Wednesday, but please do let us know your position on that, as we may want to go through account recovery for that at the same time. I've copied my prior request on that below as a reminder:

> In the interest of minimizing the time and costs both sides are having to incur on account recovery efforts, we would like to collect Li's [redacted] so that Nardello would not need to take over control of that account. Although we don't believe it necessary, we want to confirm that Li consents, pursuant to 18 U.S.C. § 2702(b)(3) and U.S.C. § 2702(c)(2), to [redacted] to Nardello the full contents of Li's [redacted], including the content of communications.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, November 6, 2025 9:58 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

I'm following up on the below. Does xAI still want to recover any additional accounts? If so, let us know when you (and Nardello) are available tomorrow.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Thursday, November 6, 2025 10:06 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Thanks, Matt. Friday should work on our end. Can you provide a few times that work for you and Nardello?

We'll get back to you shortly with the specific name of the person from Western Messenger who will be picking up the hard drive. The scheduled pick up time is at 11:30 though, so if you can have it ready for pick up then, that'd be great.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, November 5, 2025 10:19 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

Jessica,

Will follow up in the morning with best contact info. Please share the specific name of the person from Western Messenger when you have it tomorrow.

Please also provide a time tomorrow or Friday when you are available to recover Li's [redacted] account.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, November 5, 2025 5:58 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Great, thanks Matt. The name of the courier is Western Messenger. If you can pass along Aakash's number/email, that'd likely be helpful for the courier.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, November 5, 2025 5:40 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

The hard drive will be ready at 11:30 am. Aakash Nayyar will be there. Please provide the name of your courier so we can let Aakash and xAI security know

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, November 5, 2025 5:37:43 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>; Aurelia Nolen <ANolen@Fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Thanks Matt. We'll prepare and send over the joint stipulation. On the hard drive we discussed, we are arranging for pick up tomorrow morning at xAI's SF office (2181 Folsom St, San Francisco, California 94110). Can you provide name/contact info of the person who can hand off the hard drive to us?

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, November 5, 2025 3:57 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>

**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Jessica,

We are ok with the page limits extension to 25 for your opposition provided that xAI gets 15 pages for reply per normal NDCA rules. Please send a joint stipulation for our approval

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, November 4, 2025 6:18 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Kathi and Matt – regarding the forensic review of the [redacted] account, we are planning on moving forward with the review at xAI's office on 11/7. I'll be flying to SF for this review, so if it doesn't work for any reason, please immediately let me know.

We would also like to ensure that the image is forensically indexed in advance of our visit/review (e.g., using FTK, Oxygen, or any other standard forensic indexing software). Please let us know if that is an issue.

Finally, per our prior emails and discussion, we are expecting Nardello's forensic report to be produced on 11/6, and as well as the following to be installed on the review computer for the 11/7 review: (1) the standard Microsoft Office suite (Excel, Word, PowerPoint); (2) any software that can hash files (such as HashTab or HashMyFiles); and (3) an SQL browser (such as DB Browser for SQLite). Again, let us know if there's any issue with these.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Tuesday, November 4, 2025 11:34 AM

**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Yes, 2 pm PT tomorrow works for us. We are also trying to make arrangements for our review of the [redacted] at xAI. Can you confirm today that Friday 11/7 works, and that we can still expect to receive Nardello's forensic report by 11/6?

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Tuesday, November 4, 2025 11:29 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Can we please do 2PT tomorrow?

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, November 4, 2025 8:15 AM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Hi Kathi,

Unfortunately we are not available today at 2:30 pm ET. Let's plan on tomorrow (Wednesday) if that works for you. We are available 9-10 am PT, as well as any time after 2 pm PT except 4-4:30. Let us know what time works best.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Tuesday, November 4, 2025 1:09 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>

**Cc**: Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

** EXTERNAL EMAIL **

Thank you! I am flying from 8:30 PT – 2:30 ET (and then heading to a chief lit counsel dinner in Philly). Possible to talk earlier in the am? Or at 2:30 ET?

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, November 3, 2025 5:55 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>
**Cc**: Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Kathi and Matt,

We are available for a call tomorrow 9-11 am PT. Let us know if there is a time in that range that works for you. We'd also like to discuss: timing for the draft of xAI's proposed joint submission, as well as xAI's position on our proposed motion to enlarge page limits for the opposition brief.

On the review at xAI, we are confirming day/time for the review and will get back to you. At this point, it will likely need to be on Friday, 11/7. Please confirm that works on your end. Also, if you can please confirm that the computer will contain the entire [redacted], that would be appreciated.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Monday, November 3, 2025 5:14 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>
**Cc**: Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Can we also please continue our conversation from yesterday about what a potential resolution at the PI and final stage might look like? I know I had a few questions for Ben. Would love to get answers and discuss further.

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Monday, November 3, 2025 1:58 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Jessica,

We'll get back to you on the rest of your questions, but I can confirm the source code computer will be available beginning tomorrow. Review will be at xAI, 2181 Folsom St, San Francisco, California 94110.

Please let us know as soon as you can who will be attending reviews and what day/time they will be there, so we can coordinate with xAI's security.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, November 3, 2025 7:34 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Following up on the below. Please let us know when we can expect the draft joint submission and whether xAI intends to pursue additional account recovery.

Additionally, we are still waiting for information on what days this week work for xAI, for Mr. Plainfield to conduct the forensic examination of the [redacted]. Can you please let us know, and advise as to where Mr. Plainfield should go to access the laptop?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Friday, October 31, 2025 4:21 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Thanks for the call earlier today. Per our discussion, we understand you will be sending over a draft joint submission, which the parties can discuss while the remaining forensic examination is ongoing. Please confirm. If possible, we would like to review xAI's draft, and begin conferring over content if needed, by early next week.

Additionally, you mentioned potentially recovering additional accounts. If there are such accounts, please identify them and let us know when you are available for an account recovery session early next week.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 31, 2025 9:19 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

That works. Talk to you then

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, October 31, 2025 9:18:00 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons

<JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,

Following up on the potential joint submission, per our call yesterday, I'll plan to circulate an invite for 10:30 am PT this morning. If that doesn't work for you, let me know. I'm available at 12:30 pm today as well.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Wednesday, October 29, 2025 12:28 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Hi Matt, just wanted to follow up on conferring about the joint submission proposal. Can you let us know when you are available today or tomorrow to discuss?

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Tuesday, October 28, 2025 12:23 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Hi Matt,

Following up on xAI's proposal regarding a potential joint submission, can you let us know times you are available this week to discuss?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Monday, October 27, 2025 6:24 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica:

Please see attached. Note we moved the hearing date back one week because we are not available on January 6 in the event the hearing does need to go forward.

We'll get back to you with times to talk later this week.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, October 27, 2025 3:27 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Kathi,

Just following up on the below. Can you let us know when we can expect xAI's response?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, October 27, 2025 9:05 AM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone

<christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref[redacted]

Kathi,

Thanks for your email. It would be great to further discuss your proposal below on a joint submission, and potentially avoiding troubling the court with additional briefing and the PI hearing. I am out of office and have conflicts today and tomorrow, but please let us know times you are available on Wednesday and Thursday this week to discuss.

Given the deadline tomorrow, we would propose continuing with the current process of extending deadlines. We'd propose sticking with the dates in our last circulated proposed stipulation (which avoid the holidays for both parties), except removing the sur-reply date/language. Once the parties further discuss the potential joint submission, we can discuss stipulating to modifying those dates. Please let us know if you agree.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Sunday, October 26, 2025 3:20 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Angela Shaw <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Christian E. Picone <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** FW: FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica,
Thank you for your email. You raise good points. It is not xAI's intention to restrict your client's ability to work for or have AI discussions with OpenAI beyond what is needed to protect xAI's interests in its source code and proprietary information. Once "xAI has confirmed that all of xAI's Confidential Information in Li's possession, custody, or control has been deleted" (TRO paras. 3, 4), we can make a joint submission to the court on TRO paras. 3 and 4. We should also be able to make a joint submission on TRO para 1. As for TRO para. 2, I think we could agree to it (or some version of it) as more of an "obey the law" PI. With that, we may be able to avoid troubling the court – and expending party resources – on briefing and the PI hearing. Should we have a call early this week to discuss?
If you want to continue with the current process, we are happy to consider dates but cannot agree to a surreply. If Defendant would like to move more quickly with briefing and because of that choice Defendant does not have all the information for his brief, that must be on Defendant. We are happy to come up with dates that would avoid that scenario so that Defendant has all the information he needs for the briefing. My only concern with your original dates is that I didn't want to have either team having to work over the holidays. Your initial proposal would have had my team working on briefing over the holiday. I had no intention to drag out TRO paras. 1, 3, & 4. Indeed, it is in xAI's best interest to recover and delete its confidential information with all deliberate speed.
Thank you, Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, October 24, 2025 6:31 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Given the current language of the TRO that broadly impacts Dr. Li's ability to be employed or have communications relating to generative AI, we cannot agree to push out the hearing to February 3.

We instead propose having all briefing be complete by mid-December, and set a hearing for early January. To facilitate that, we can agree to file an opposition brief prior to the completion of forensic analysis of the other accounts, provided that we also build in time for us to move to submit a sur-reply, if needed.

Please let us know if xAI agrees. Our revised stipulation (with one question in a comment box) is attached.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 24, 2025 3:31 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica,

See attached edits to the stipulation.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, October 24, 2025 12:16 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt, I'm following up on the below. Can you please let us know when we can expect xAI's response and any edits?

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Thursday, October 23, 2025 8:00 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Thanks for sending this list. Please find attached a draft stipulation to extend the PI briefing and hearing schedule. We agree that we would like to come up with dates that stick, and to that end we proposed interim deadlines, including to address the list of accounts below.

Please let us know your feedback and if you have any edits. We would like to get this on file tomorrow if possible.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 23, 2025 1:00 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Jessica,

We are aware of the following accounts. We have not attempted any account recovery for these (only account recovery has been in joint sessions with you)

[redacted]

Additionally, there is the [redacted] which we may need to access at some point if we need it for 2FA for any of the above.

We also see some indications that Li has a [redacted] account under his [redacted] address – Nardello identified some notifications relating to this on Li's iPhone, but we have not yet determined exactly what account this is (e.g. [redacted]). If you can shed any light on what exactly that account is, we'd appreciate it.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 23, 2025 8:53 AM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Hi Kathi, and Matt – just wanted to follow up on the below. Can you please identify the other accounts and let us know whether xAI has already attempted access?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, October 22, 2025 6:01 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref[redacted])

**** EXTERNAL EMAIL ****

Of course. I'll defer to Matt on that. Thanks, Jessica.

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 22, 2025 6:00 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Thanks, Kathi. We will prepare a stipulation for your review. You mentioned below you believe there are other accounts that need to be recovered – can you identify those accounts, and let us know whether xAI has already attempted access to them?

We'd like to get a better idea of what additional timing if any will be needed for other accounts.

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, October 22, 2025 3:39 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

Hi Jessica. Just an update that our client is conceptually on board. Please send the filing for our/their review. Appreciate it, Kathi

**From:** Vidal, Kathi
**Sent:** Wednesday, October 22, 2025 2:46 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela

<angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Hi Jessica. That's on me. I don't think this will be an issue. There are other accounts that need to be recovered as well so just hoping we can come up with dates that will stick (though I don't mind being flexible). Do you want to send me your proposed filing (inserting the dates) and I'll run it by the client. Happy to do that quickly. Thank you, Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 22, 2025 2:19 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref[redacted]

Matt,

Thanks for the response and confirming timing with Nardello. In the meantime, can you confirm xAI does not intend to oppose any request for extension pending our receipt and analysis of the [redacted]?

We just want to know if we need to file an opposed extension request asap.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, October 22, 2025 1:21 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica,

We are working to confirm the exact timing of Nardello's analysis re the [redacted] account and will get back to you as soon as we can.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, October 21, 2025 7:49 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Kathi and Matt,

I'm following up on the below. Given the impending deadline on our opposition brief, we would appreciate a response regarding our extension request by noon PT tomorrow. We're also available to discuss if helpful.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Monday, October 20, 2025 1:40 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Counsel,

We are following up on the status of the [redacted] account analysis, as well as Dr. Li's opposition brief to the preliminary injunction motion, which is currently due next Tuesday, October 28.

As xAI has not yet produced the [redacted] account image, we propose extending the opposition deadline, to allow us time to review the image once produced, as well as potentially for the deposition of Dr. Li. Please let us know if you agree, and if so, please provide a date certain by when xAI will make available the [redacted] account image.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, October 15, 2025 6:22 PM
**To:** Vidal, Kathi <KVidal@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica,

On the status of the [redacted] account analysis, the safe required by the protocol was delayed so Nardello has not yet begun. The safe has now arrived and Nardello is making arrangements to begin analysis in the next day or two.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, October 15, 2025 6:16:09 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Hi Jessica. With one tweak we can agree on the PO issues. Would you be agreeable to xAI hosting the source code inspection at xAI (for all the reasons we've been not allowing the xAI source code to be hosted at Winston or elsewhere)? If so, we can put that in the PO and can finalize and get that entered.

Re: "Also, can you please provide a response regarding the scope of forensic images and other materials derived from Dr. Chen's devices and accounts, and provide an update on status of the [redacted] account? Our understanding, assuming that forensic examination started on 10/7, is that the 14-day clock would run to 10/21. Please confirm." → I'll discuss with Matt and Carson and one of us will get back to you shortly.

Also, if you are at ChIPs, let me know. It would be great to meet in person.

Thank you, Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 15, 2025 1:47 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Kathi,

We are amenable to allowing for 3 designated in-house counsel, and can agree to include language allowing for designating counsel of X, if xAI can agree to accept our disclosure of Sam Plainfield so that we can start reviewing the forensic images as soon as possible.

As mentioned in my colleague Andrew's email from last Friday, Mr. Plainfield has extensive criminal trial experience, and the breadth of his work over the last five years is significant. The requirement of "identif[ying] each person or entity from whom [Mr. Plainfield] has received compensation or funding for work in his or her areas of expertise or to whom the expert has provided professional services . . . at any time during the preceding five years" would be very burdensome and time-consuming for Mr. Plainfield. We can agree to provide this list from 2023 to present asap if xAI can agree to still expedite approval and provide any objections from one week from our last Friday's disclosure (i.e., by October 17). Additionally, if needed, we are amenable to providing information for the remaining part of the 5-year period if Mr. Plainfield can start work pending that follow-up disclosure. Please let us know if you agree.

Also, can you please provide a response regarding the scope of forensic images and other materials derived from Dr. Chen's devices and accounts, and provide an update on status of the [redacted] account? Our understanding, assuming that forensic examination started on 10/7, is that the 14-day clock would run to 10/21. Please confirm.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, October 15, 2025 9:13 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

Hi Jessica. Just responding on the PO. Sorry for the delay. xAI would like to designate Lily Lim, Karen Anderson and Adam Mehes.

As for 3 (versus 2) we would appreciate your accommodation as Karen Anderson just joined xAI on Monday and will be involved in this litigation.

On the affiliate language, we asked for that because two of our team members (Our Ben & Adam) work for X. We are asking for it so we can designate Adam.
As for the affiliate information: X.AI Holdings Corp. is the parent of both X Holdings Corp. and X.AI Corp. X Corp. is a subsidiary of X Holdings Corp. X.AI LLC is a subsidiary of X.AI Corp.
Please let us know if we can add the language for 3 house counsel and if we can include the affiliate language.
Appreciate it, Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, October 14, 2025 12:45 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

I'm following up on the protective order, as well as our questions below on the scope of materials xAI has that are derived from Dr. Li's devices and accounts. Please provide a response.

Additionally, can you please update us regarding status of the forensic examination of the [redacted] account? We understand that process should have started about a week ago, but please advise if that is not correct. Please also let us know when xAI will make available the forensic image of the [redacted]

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Friday, October 10, 2025 3:07 PM
**To:** 'McCullough, Matt' <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Thank you for sending the revised protective order. Your edit indicates that xAI intends to disclose Confidential Material to in-house counsel of corporate affiliates of xAI. Can you please provide the full list of corporate affiliates of xAI, as well as the list of counsel of each corporate affiliate who xAI seeks to have access to confidential information in this litigation?

Additionally, you had asked on our last call whether we are designating any of the forensic images (and downloads and takeouts), and forensic reports, derived from Dr. Li's devices and accounts under the protective order. We confirm that we would like to do so. Please identify all materials derived from those devices and accounts, including specifically whether any forensic images or forensic reports have been created for:

- Dr. Li's iphone provided to xAI during the August 14/15 meetings
- Dr. Li's Macbook Air provided to xAI during the August 14/15 meetings
- Dr. Li's Macbook Pro provided to xAI during the August 14/15 meetings
- Dr. Li's Macbook Studio provided to xAI on or around September 5
- Dr. Li's xAI work laptop that Nardello accessed during the account recovery process on October 3

Please also advise as to whether any images (or downloads or takeouts), and forensic reports, have been created for Dr. Li's email accounts (and if so, which ones).

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 9, 2025 6:56 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Thanks, Jessica. We will review and get back to you.

Attached is the PO with just one further edit. Please let us know if this is now agreed and we can prepare a stipulation for submitting it to the Court.

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL
T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 9, 2025 6:23 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Thanks, Matt. Additionally, following up on the protocol for post-August 27 devices, we discussed on our call that the parties could enter into a stipulation that would prevent waiver of privilege (if the parties agree to move forward with a jointly-engaged third party independent vendor). Please find attached a proposed stipulation, and please let us know if you have edits or would like to discuss.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 9, 2025 12:42 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Apologies we have several people traveling this week.

We're ok stipping to move the 26(f) and initial disclosures out as you suggested

We will provide discovery responses Oct 17

I expect to get the PO back to you later today

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 9, 2025 3:38:13 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref [redacted])

Matt,

Following up on our call on Monday: I believe you were going to get back to us regarding the protective order, the specific timing for discovery responses/production to be provided next week, and the stipulation regarding the 26(f) report. I had understood you were going to get back to us by Tuesday or yesterday, but we haven't heard back. Please provide an update on these items.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Sunday, October 5, 2025 4:20 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Thanks, Matt. Appreciate the confirmation. For the call to discuss outstanding issues, we are available tomorrow at 10-11 am PT and 4-5 pm PT. I'll plan to send an invite for 10 am, but let us know if the 4 pm slot works better for your team.

I am also attaching the protective order with our responsive edits/comments for discussion on our call tomorrow.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, October 5, 2025 7:39 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

**** EXTERNAL EMAIL ****

Jessica,

Nardello confirmed the [redacted] account was accessed from a separate forensics laptop Nardello brought

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, October 5, 2025 10:28:08 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Jessica:

I am confirming with Nardello and will get back to you.

Attached are our edits to the protective order.

Regarding the post-August 27 device protocol, we are conceptually ok with engaging a new vendor, but would prefer the vendor be engaged jointly by both parties, with the vendor's fees split equally between the parties. Please let us know if you are willing to proceed accordingly.

Regarding meet and confer, I am generally available tomorrow morning before 1pm PT, or after 4pm PT). Tuesday does not work. I'm fairly flexible on Wednesday if we can't make Monday work.

Working on getting back to you on the rest.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Saturday, October 4, 2025 11:35 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

Following up on our account recovery calls yesterday, can you please confirm whether Nardello's removal of accounts/devices on the [redacted] email webpage was done on Dr. Li's xAI work laptop, or another device? If it was another device, please identify what device that was.

Additionally, we discussed having a call on Monday to discuss the various outstanding items for which we are still awaiting xAI's response (including the 26(f) report, protective order, timing for discovery responses/production, and the post-August 27 device protocol). You were going to provide times that work on your end yesterday but we have not heard back. Please provide times when you are available on Monday, as well as on Tuesday.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 3, 2025 3:42 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

To further clarify: the offices where Nardello will be accessing the device are used by the Corporate Security team protecting the Palo Alto office, which is shared by both X and xAI.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** McCullough, Matt
**Sent:** Friday, October 3, 2025 3:26 PM
**To:** 'Jessica Kaempf' <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

xAI offices in Palo Alto

Nardello will be doing the attempted recovery

Don't know re [redacted] – we can ask Nardello to read them off once we are on the call.

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, October 3, 2025 2:56 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,

Thanks for the update. Can you confirm where the xAI work laptop will be, and confirm that it is Nardlello who will be attempting access?

Regarding the [redacted] account, can you please provide us the list of devices/sessions that are shown on the [redacted] email webpage.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 3, 2025 2:49 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

**** EXTERNAL EMAIL ****

Jessica,

We have realized that Li's work laptop is available and presents another path to try to regain access to the [redacted] account that we think is most likely to be successful. Accordingly, we would like to try that path today. While the work laptop is not subject to any of the parties' forensic protocols and we reserve all rights with respect to that device, we would like to invite you to attend the account recovery session as you have attended our prior recovery attempts. We intend to record the screen during the relevant portions of the account recovery process.

We anticipate being ready to attempt recover around 3:45 pm PT and will circulate an invite.

Additionally, we were just informed by Nardello that the [redacted] email webpage shows that multiple sessions/devices other than the computer Nardello is using are logged into the [redacted] account (including multiple instances of Outlook). We do not know what these devices are or whether the [redacted] email account is presently active or accessible by any third party despite Nardello changing the password, which is a significant concern. Nardello has informed us there is an option to remove each of these accounts from the [redacted] email webpage, so we would like to have Nardello remove all other computers during the next attempt, to ensure that any account recovery email from [redacted] s not hijacked by a third party to gain control of the account and access to xAI source code. Please confirm you do not object to Nardello removing those accounts, which we will ask them to do on the call at 3:45pm

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 2, 2025 7:26 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,

Your proposed email is fine. We do have a number of outstanding issues that we have emailed you a few times about, including regarding the protective order, the timing for discovery responses/production, the deadlines for the 26(f) report and initial disclosures, and post-August 27 devices protocol. We would appreciate responses on those issues. Can you please let us know when we can expect responses?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 2, 2025 5:28 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M.

<AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

** EXTERNAL EMAIL **

Jessica,

We propose providing the recovery email to Aamir in advance, and let him know when we will be trying, in case he is able to give that to the recovery team in advance to pre-clear things. Please let us know if you agree to us sending the below:

> Aamir,
>
> The parties will be attempting account recover at or around 1:30 pm PT tomorrow (Fri, Oct 3). The trusted email the parties will use (if we get to the stage that asks for a trusted email) is [redacted] We would appreciate if you could share this with the account recovery team in advance of our attempt, and if they can do anything to pre-clear that email.
>
> Thank you,


WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*


**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 1, 2025 5:16 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

Matt,

We have various conflicts at the proposed times tomorrow and Friday morning, but we are available after 1:30 pm PT on Friday. Please let us know what works on your end.

Best,
Jessica


Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com


**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, October 1, 2025 2:27 PM
**To:** Shaw, Angela <angela.shaw@berliner.com>; Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley

<BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted])

** EXTERNAL EMAIL **

Counsel,

We'd like to set up an account recovery session to try the URL [redacted] provided below.

We are available at the following times. Please let us know what works for you:

Thursday, 10/2:
9:30-10:30am PT
12-1pm
2-3pm

Friday, 10/3:
9-10am
After 1:30pm

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From** [redacted]
**Sent:** Wednesday, October 1, 2025 11:36 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; angela.shaw@berliner.com; jkaempf@fenwick.com; bkingsley@fenwick.com; jsimmons@fenwick.com; christian.picone@berliner.com
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. [redacted]

Matt,
Thanks for your patience as we escalate this internally. I've connected with our account recovery team, who requested that you attempt recovery through the following link in order to facilitate their review: [redacted]
This may take you through a different recovery flow than you have previously tried. If you reach a stage in which you are asked to input a trusted contact email address, you may use either the recovery email address you previously used to attempt account recovery, or an email address for yourself or the user's counsel. When you reach this stage, **please provide me with the trusted contact email address** so I can provide this to our recovery team for verification.
We're hopeful this separate escalation flow will moot the other questions, but I have also connected with my in-house counsel, who provided the following information:

- [redacted] is unable to waive user notice, but is willing to reduce the notice period to 7 days in this matter to facilitate your efforts to recover the account.
- There does not appear to be a separate way to recover the [redacted] without access to the associated email address.
- [redacted] cannot confirm receipt of any prior law enforcement requests, which may be gagged, and would produce information stored within the account pursuant to a civil request pursuant to state and federal law. Requests for information that may have been received by law enforcement should be directed towards the requesting law enforcement agencies.

Unfortunately my in-house counsel is out of office for the next few days, but I'm hopeful we can resolve this with our account recovery team by the time they are back, at which time we can assess whether another call is needed and schedule that at that time. If you have any further questions, please let me know. I'll await for confirmation of the trusted email contact used for the recovery flow and update our account recovery team as soon as possible.

Regards,

[redacted]

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or

WINSTON & STRAWN LLP

Bio vCard

**KATHI VIDAL**
PARTNER

**T** +1 (202) 282-5099
kvidal@winston.com

1901 L Street, N.W., Washington, D.C. 20036-3506
255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in Arizona, California, District of Columbia, Patent and Trademark Office*

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.