# EXHIBIT N

[redacted]

Nardello & Co.

Nardello & Co. LLC
1212 Avenue of the Americas
New York, NY 10036
T: +1 212 537 5300
www.nardelloandco.com

**MEMORANDUM**

**FROM:** Nardello & Co. LLC

**RE:** Analysis of Xuechen Li's [redacted] account [redacted] account [redacted] account [redacted], second [redacted] account [redacted] account [redacted], and [redacted] Account [redacted] for *X.AI Corp. et al. v. Li*, No. 3:25-cv-07292-RFL (N.D. Cal.)

**DATE:** November 17, 2025

---

*Nardello & Co. LLC has made its best effort to ensure the accuracy of the information contained herein, which is being furnished in connection with protocols agreed by the parties in X.AI Corp. et al. v. Li,* Case No. 3:25-cv-07292-RFL (N.D. Cal.). *The information contained herein: (i) may be orally modified with additional information; (ii) does not purport to render legal advice or counsel; and (iii) does not constitute a legal opinion on any of the matters discussed herein.*

## I. INTRODUCTION

*Background and Goals of the Investigation*

This memorandum presents the findings of analysis undertaken by Nardello & Co. LLC regarding Xuechen Li's [redacted] account [redacted] account [redacted] account [redacted], second [redacted] account, [redacted] account [redacted] and [redacted] Account [redacted]. Under the direction of Winston & Strawn LLP and Fenwick & West LLP, Nardello & Co. successfully regained access to these accounts, and subsequently updated their passwords, recovery emails and recovery phone numbers, as needed, to Nardello & Co. controlled credentials to establish sole possession of the account.

The purpose of the analysis was to determine the extent of theses accounts' involvement in the potential exfiltration of xAI intellectual property. Additionally, the analysis included the identification of any communication between Li and Open AI personnel. All work was conducted in accordance with the established protocols.

*Account Details*

[redacted]

- **Provider**: [redacted]
- **Alias**: [redacted]

[redacted]

- **Provider**: [redacted]
- **Alias**: [redacted]

[redacted]

Nardello & Co.

- **Provider**: [redacted]
- **Alias**:

[redacted]

- **Provider**: [redacted]
- **Alias**:

[redacted]

- **Provider**: [redacted]
- **Alias**:

[redacted]

- **Provider**: [redacted]
- **Alias**:

## II. Description of the Processes and Steps taken by Nardello & Co.

### A. Data Acquisition

Beginning on October 29, 2025, Nardello and Co. utilized industry-standard forensic tools, Metaspike Forensic Email Collector and AccessData FTK Imager, to collect the [redacted] data associated with Li's [redacted] account [redacted]. On October 31, 2025, Nardello & Co. utilized an industry forensic tool, Magnet Axiom Process, to collect the data associated with Li's [redacted] account, [redacted]

Beginning on November 5, 2025, Nardello and Co. utilized [redacted] feature to perform a collection of the data available within Xuechen Li's [redacted] account, [redacted]. Additionally, the security log was exported from the account. On November 10, 2025, Nardello & Co. restored a [redacted] repository that was marked for deletion by Xuechen Li. Nardello & Co. then performed a subsequent self-export of Li's [redacted] account to account for the restored [redacted] repository. [redacted] tool only exports [redacted] On November 12, 2025, Nardello & Co. performed supplemental downloads of the [redacted] repositories within Xuechen Li's account to preserve [redacted]. These were downloaded by [redacted].

On November 7, 2025, Nardello and Co. utilized [redacted] to collect all available data sources within the second [redacted] account [redacted]. [redacted] is a service provided by [redacted]. Nardello & Co. also utilized industry-standard forensic tools, Metaspike Forensic Email Collector, to collect mailbox data and Magnet Axiom Process, to collect [redacted] activity logs associated with [redacted] On November 13, 2025, Nardello & Co. utilized [redacted] feature to perform a collection of the data available within Xuechen Li's [redacted] account, [redacted]

Nardello & Co.

There was no data available for collection within Xuechen Li's [redacted] account, [redacted], other than what has been described above regarding Xuechen Li's [redacted] account.

### B. Data Analysis

All data collections were processed utilizing industry-standard forensic tools and examined within the scope of the requested analysis.

*Search Parameters*

Nardello & Co.'s analysis consisted of searching for general keywords related to the information provided by Winston & Strawn, including, but not limited to:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

In addition to the keywords, Nardello & Co. applied a date filter of February 1, 2024 - Present, to the files and mailbox data to identify relevant files and communication during Xuechen Li's period of employment at xAI. Once potentially relevant files were identified, new keyword searches were crafted and ran based on the file names of the relevant files and their contents, including, but not limited to:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

## III. Description of the Results of Analysis by Nardello & Co.

### A. Identification of Relevant Information in [redacted]

Nardello & Co.'s analysis identified incoming [redacted] to Xuechen Li's [redacted] account, [redacted], which were related to [redacted] The [redacted] were titled, [redacted] Additionally, Nardello & Co identified [redacted]

Nardello & Co.

[redacted]

There were no findings related to potential xAI intellectual property within Xuechen Li's [redacted] account mailbox or [redacted]

### B. Identification of Relevant Information in [redacted]

Nardello & Co. did not identify any data within Xuechen Li's [redacted] account which appeared to be potential xAI intellectual property.

### C. Identification of Relevant Information in [redacted]

Nardello & Co.'s analysis identified a repository, named [redacted]", was deleted from Xuechen Li's [redacted] account on [redacted]. The [redacted] repository was initially created on [redacted] and originally named [redacted]. On [redacted], the repository was renamed to [redacted]". On [redacted] the repository [redacted] Due to [redacted] of this repository, Nardello & Co. has determined that this repository could contain potential xAI intellectual property.

Nardello & Co. identified a repository named [redacted]", which contained code files that referenced [redacted] Due to the terms appearing within the code files, Nardello & Co. has determined that this repository could contain potential xAI intellectual property.

Nardello & Co. identified a repository named [redacted], which was created on [redacted] Due to the name of the repository, Nardello & Co. has determined that this repository could contain potential xAI intellectual property.

### D. Identification of Relevant Information in [redacted]

Nardello & Co. did not identify any data within Xuechen Li's second [redacted] account, [redacted] which appeared to be potential xAI intellectual property.

### E. Identification of Relevant Information in [redacted]

Nardello & Co. did not identify any data within Xuechen Li's [redacted] account which appeared to be potential xAI intellectual property.

## IV. Remediation of Data by Nardello & Co.

### A. Deletion of Confidential and Potentially Confidential Information in [redacted]

On November 14, 2025, under the direction of Winston & Strawn LLP, Nardello & Co. permanently deleted the following files from Xuechen Li's primary [redacted] Account, [redacted]

Nardello & Co.

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted] To reduce the risk of any data being restored, Nardello & Co. should maintain sole possession of the account until the data is no longer available for restoration.