# EXHIBIT O

[redacted]

Nardello&Co.

Nardello & Co. LLC
1212 Avenue of the Americas
New York, NY 10036
T: +1 212 537 5300
www.nardelloandco.com

**MEMORANDUM**

**FROM:** Nardello & Co. LLC
**RE:** Analysis of Xuechen Li's [redacted] account [redacted] for *X.AI Corp. et al. v. Li*, No. 3:25-cv-07292-RFL (N.D. Cal.)
**DATE:** November 20, 2025

---

*Nardello & Co. LLC has made its best effort to ensure the accuracy of the information contained herein, which is being furnished in connection with protocols agreed by the parties in X.AI Corp. et al. v. Li,* Case No. 3:25-cv-07292-RFL (N.D. Cal.). *The information contained herein: (i) may be orally modified with additional information; (ii) does not purport to render legal advice or counsel; and (iii) does not constitute a legal opinion on any of the matters discussed herein.*

## I. INTRODUCTION

*Background and Goals of the Investigation*

This memorandum presents the findings of analysis undertaken by Nardello & Co. LLC regarding Xuechen Li's [redacted] account, [redacted]. Under the direction of Winston & Strawn LLP and Fenwick & West LLP, Nardello & Co. successfully regained access to Xuechen Li's [redacted] account, and subsequently updated the account password and recovery phone number to Nardello & Co. controlled credentials to establish sole possession of the account.

The purpose of the analysis was to determine the extent of this account's involvement in the potential exfiltration of xAI intellectual property. Additionally, the analysis included the identification of any communication between Xuechen Li and Open AI personnel. All work was conducted in accordance with the established protocols.

*Account Details*

[redacted]

- **Provider**: [redacted]
- **Alias**: [redacted]

## II. DESCRIPTION OF THE PROCESSES AND STEPS TAKEN BY NARDELLO & CO.

### A. DATA ACQUISITION

On November 7, 2025, Nardello and Co. utilized an industry-standard forensic tool, Metaspike Forensic Email Collector, to collect the mailbox data associated with Xuechen Li's [redacted] account, [redacted] On November 11, 2025, Nardello & Co. also utilized industry-standard forensic tools, Elcomsoft Phone Breaker and Magnet Axiom Process, to collect additional data associated with the account from the following sources:

- [redacted]

To initialize the data collection, it was necessary for Nardello & Co. to approve two-factor authentication prompts sent to Xuechen Li's trusted devices. Trusted devices are devices associated with the [redacted] account. With prior authorization, Nardello & Co. powered on Xuechen Li's Mac Studio, which was already in Nardello & Co.'s custody, and used it to approve the required two-factor authentication prompts.

### B. Data Analysis

All data collections were processed utilizing industry-standard forensic tools and examined within the scope of the requested analysis.

*Search Parameters*

Nardello & Co.'s analysis consisted of searching for general keywords related to the information provided by Winston & Strawn, including, but not limited to:

- [redacted]

In addition to the keywords, Nardello & Co. applied a date filter, specifically, February 1, 2024, to the present, to the files and mailbox data to identify relevant files and communication during Xuechen Li's period of employment at xAI. Once potentially relevant files were identified, new keyword searches were crafted and ran based on the file names of the relevant files and their contents, including, but not limited to:

- [redacted]

## III. Description of the Results of Analysis by Nardello & Co.

Xuechen Li's [redacted] account contained [redacted]

- [redacted]

### A. Identification of Potential xAI Data in [redacted]

Nardello & Co. identified [redacted] which include potential information related to Xuechen Li's work at xAI and / or potential xAI intellectual property, including [redacted]

[redacted]

[redacted]

[redacted] No additional potential xAI intellectual property or communications with OpenAI personnel were identified within these snapshots.

Nardello & Co. did not identify any information that appeared to be potential xAI intellectual property within [redacted] associated with Xuechen Li's [redacted] account.

### B. Identification of Other Relevant Information I[redacted]

Within the first snapshot, Nardello & Co. identified [redacted] which appeared to relate to Xuechen Li's intent to leave xAI. One example is a [redacted] Additionally[redacted]I. Thes[redacted] can be identified by their title and creation date:

[redacted]

Nardello & Co. also identifie[redacted] The content of [redacted] shows [redacted]

Nardello & Co.

Nardello & Co. also identified [redacted]

Nardello & Co. identified [redacted]. Nardello & Co. has designated these [redacted] as potential xAI intellectual property [redacted]