# EXHIBIT Q

[redacted]

**From:** Jessica Kaempf
**Sent:** Tuesday, September 30, 2025 6:26 PM
**To:** McCullough, Matt; Vidal, Kathi; Benjamin Kingsley
**Cc:** Picone, Christian E.; Swope, Carson; Angela.Shaw@berliner.com; Jacob Simmons; Machala, Angela M.; Graves, Matt; xAI v Li
**Subject:** RE: FW: xAI v. Li - Follow-up - Protocols

Matt,

We are fine with xAI's proposed additional edits to the security protocol. Please provide the final version for our signature.

Regarding the post-August 27 devices protocol, please let us know xAI's position. If xAI is not amenable to using a neutral, third-party, jointly selected vendor, please let us know if xAI opposes a motion for clarification regarding the appropriate protocol for these devices pursuant to the TRO.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Monday, September 29, 2025 5:06 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up - Protocols

Matt,

Thanks for your email. Regarding the post-August 27 devices protocol, as mentioned below, given the language in the TRO, as well as the nature of these devices (i.e., that they contain very substantial privileged information and that they were obtained after Mr. Li lost access to the devices and accounts that xAI contends contain confidential information), we believe the proper approach is for us (outside counsel) to conduct a review of these devices for privilege before providing xAI's vendor with the devices.

While we are willing to agree to a compromise in which the parties use a neutral, third-party, jointly-selected vendor (see our proposal below), if xAI is not amenable to that approach, we intend to seek clarification from the Court regarding the appropriate protocol. Please let us know when you are available tomorrow to discuss.

We will also get back to you shortly regarding the security protocol.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, September 28, 2025 11:48 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up - Protocols

**** EXTERNAL EMAIL ****

Jessica,

Attached please find the security protocol and the post-August 27 devices protocol, with our redlines compared to the last draft you sent us.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** McCullough, Matt
**Sent:** Thursday, September 25, 2025 9:43 PM
**To:** 'Jessica Kaempf' <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up - Protocols

Jessica,

1. Nardello has not started imaging/download of the [redacted] account
2. No developments re [redacted] other than the call being set for Monday

We are working through the remaining protocols and hope to get back to you shortly on those.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, September 25, 2025 5:22 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up - Protocols

Hi Matt,

I'm following up again on the email below, regarding the outstanding protocols.

Additionally, can you please 1) confirm that xAI/Nardello has not started any imaging or analysis on, or otherwise accessed, the [redacted] accounts, and 2) let us know whether there have been any developments on access or recovery of the [redacted] account (other than planning a call with the [redacted] team)?

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Wednesday, September 24, 2025 11:44 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

I'm following up on our email below regarding the security protocol for imaging and analysis, re-attached here. Please let us know if xAI is amenable to this protocol, or if you have any edits or other feedback.

Additionally, we have not heard back from you regarding the protocol for devices obtained on or after August 27. We have also further discussed this on our end. Given the very substantial privileged information that we understand is on these devices, and further given that these devices were obtained after Mr. Li lost access to the devices and accounts that xAI contends contain confidential information, the priority should be to address, and minimize risk of inadvertent disclosure of, the privileged information while giving xAI assurance that there is no confidential information on the devices. Given the language in the TRO that requires us to "provide a privilege log," we believe the TRO already contemplates us (outside counsel) conducting a review of these devices for privilege before providing xAI's vendor with

the devices. Nonetheless, we hear your concerns and in an effort to reach a compromise, we would be willing to agree to a neutral, third party, jointly selected vendor, engaged by Fenwick pursuant to the TRO and under court order, to image and review these devices for xAI confidential information (i.e., not Nardello, which has already been engaged by xAI). Under this protocol, only the independent vendor would be permitted to see the information, and we would require that xAI agrees not to view the information (consistent with our prior protocols).

Please let us know xAI's position on this proposal, and if it would be helpful to discuss live or work through some of the details on how it would work. If we are not able to reach an agreement on this protocol, we intend to seek clarification from the Court, and confirm that we are able to do a (limited) privilege review of these devices, on an outside counsel eyes only basis.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Thursday, September 18, 2025 10:01 AM
**To:** 'McCullough, Matt' <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

Following up on our call yesterday, please find attached a proposed revised protocol addendum for imaging and analysis. Please let us know if it would be helpful to discuss.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, September 17, 2025 1:53 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Jessica and Ben:

For discussion on our call today, please see attached a proposed security protocol.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, September 17, 2025 9:50 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

I am not able to do 2 pm PT today, but can do 3 pm PT. Would that work on your end?

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, September 17, 2025 9:39 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Jessica:

Are you available to talk with Nardello at 2pm PT today regarding location of the storage and analysis?

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, September 16, 2025 7:52 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Great, thanks Matt. On location of the storage and analysis, it would be great to get on a call with Nardello to discuss. Please let us know what days/times work for Nardello and your team.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Tuesday, September 16, 2025 5:56 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Jessica - Attached is a fully executed copy.

As for Nardello accessing the [redacted] account, Ben-Have you put thought into whether you are comfortable with Nardello performing their work at xAI in a locked room and using encryption so that xAI will not have access? Do you want to get on a call with Nardello so you can satisfy your client that his information will be protected? xAI would prefer the level of protection for their source code that they would afford it themselves and would very much appreciate it if you can reach a level of comfort.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, September 16, 2025 3:13 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Kathi, please see the attached protocol with our signature. Please sign, and have Nardello sign, and send us the final executed version.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Tuesday, September 16, 2025 2:53 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****
Jessica- If you are good with the last draft, I can send via Box for signature. Thank you, Kathi

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Tuesday, September 16, 2025 5:50 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Jessica – checking in on the protocol.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Monday, September 15, 2025 9:37 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Jessica:

Very minor edits attached. If you are ok with these, please accept and sign, and then I will coordinate signatures on our end.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, September 15, 2025 4:29 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

Thank you for sending your revisions. We have provided a few additional edits in the attached, which we expect will be straightforward. Please let us know if you would like to discuss.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Monday, September 15, 2025 1:12 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Jessica:

Attached, I accepted all prior redlines to clean up the document and then put our further edits in redline, along with a few responses to your comments. Please let us know if you would like to have a call to discuss.

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, September 15, 2025 10:09 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

I am following up on the below. Given the parties' goal to finalize the forensic imaging/analysis protocol today, please let us know as soon as possible whether xAI has further edits or comments on the protocol. If you would like to discuss, please let us know.

Additionally, following up on our productive access and recovery session on Saturday, let us know if you would like to schedule additional time for further account recovery attempts on other accounts.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jessica Kaempf
**Sent:** Sunday, September 14, 2025 11:22 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Matt,

Please find attached a revised protocol with our edits and comments. We seem to be close. Please let us know if xAI agrees, and let us know if you have further comments or edits to the attached.

Per Ben's email earlier tonight, we think we can use this as a baseline for a protocol for obtaining and appropriately reviewing [redacted] account data obtained via subpoena. We are prepared to discuss that process as soon as this is finalized.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, September 14, 2025 6:55 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Jessica and Ben,

Attached are our edits to the TRO protocol for imaging and review, which is redlined vs. the below draft from Jessica.

Please let us know if you would like to discuss.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, September 11, 2025 11:52 PM
**To:** Benjamin Kingsley <BKingsley@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Kathi and Matt,

Please find attached the draft protocol, with a few additional edits. For ease of reference, the new edits are highlighted yellow. Note also that there is one portion with bracketed text that we propose for xAI to fill in, which is the definition of Confidential Information for defining the scope of information that will be deleted.

Per Ben's email below, please let us know if tomorrow afternoon PT works for the recovery process. If so, it would be great to have the attached protocol finalized as soon as possible in the morning.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Benjamin Kingsley <BKingsley@fenwick.com>
**Sent:** Thursday, September 11, 2025 6:24 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** Re: FW: xAI v. Li - Follow-up

Hi Kathi and Matt, if you are available, and contingent on finalizing agreement on the protocol, we would like to schedule tomorrow afternoon PT for the recovery process. Please let us know if that works for you, and what time is best.

- Ben

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, September 11, 2025 1:13:42 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M.

<AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Kathi and Matt,

Thank you for these edits. Please see our proposed further edits in the attached. This is still pending final client approval, but wanted to send this over to you in the meantime. Please let us know if xAI has further feedback or edits, and we will circle back with final approval shortly.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Thursday, September 11, 2025 9:49 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Thursday, September 11, 2025 12:28 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Thank you, Jessica. For our discussion today, attached is a draft Protective Order which is based almost entirely on the Northern District's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. The primary provision to direct your attention to is 8(f), preserving xAI's rights to their own source code and Confidential Information.

As you are likely aware, Judge Lin's standing order provides:

> Parties requesting a protective order are encouraged to base any proposed order on the model protective orders on the Northern District's website (http://www.cand.uscourts.gov/model-protective-orders). When filing a proposed protective order, at the very beginning of their stipulation or motion, parties must indicate whether they have based their proposed order on or of the Northern District's model protective orders. If they have, they must identify any deviations from the model order by submitting as an exhibit a redline comparison of their proposed order and the model order.

We look forward to discussing.
Kathi

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, September 11, 2025 12:00 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Hi Kathi,

Please find attached a slightly revised version of the draft protocol. The only additional edit made is in Section 3(a)(i) (changing "xAI" to "The Vendor").

We would appreciate you sending any feedback or edits before our call, so we can consider them in advance and have a more productive discussion. Look forward to talking soon.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Wednesday, September 10, 2025 8:53 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: FW: xAI v. Li - Follow-up

Thank you, Kathi. 9:30 am PT works on our end. Please also find attached our revisions to the access protocol. We look forward to discussing tomorrow.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, September 10, 2025 8:20 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Angela.Shaw@berliner.com; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** FW: FW: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Thank you, Jessica. Let's plan on 9:30am. I'll send an invite. I hope this meeting will obviate the need to bother the Court and that we can also find a time to meet with Li tomorrow to recover his key [redacted] account. Thank you and have a nice evening, Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, September 10, 2025 10:17 PM
**To:** Picone, Christian E. <christian.picone@berliner.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: xAI v. Li - Follow-up

Kathi,

Thank you for sending the draft protocol. We are available to discuss tomorrow between 9:30-10:30 am PT or 2-3 pm PT. Please let us know what works on your end. We are reviewing the draft protocol and will provide our revisions before then.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Picone, Christian E. <christian.picone@berliner.com>
**Sent:** Wednesday, September 10, 2025 5:39 PM
**To:** Vidal, Kathi <KVidal@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Kathi,

The Law of 2017 was a theory raised by xAI. Its reference in the brief was not an admission. During the second day of interviews at your office, August 15, Mr. Applin raised the Law of 2017 as a reason for the

alleged events. Mr. Polverino, and more importantly, Mr. Li were not aware of the law. Mr. Applin stated as a Chinese citizen, Mr. Li must cooperate with the Chinese government.

I hope my explanation helps.

Best regards,
**Christian E. Picone** | Partner
Christian.Picone@berliner.com

BERLINER COHEN LLP

San Jose | Modesto | Merced

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, September 10, 2025 4:07 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: xAI v. Li - Follow-up

**ALERT: This email is from an external source.**

Thank you, Jessica. I'm available to speak today or tomorrow, but we urgently need a **date and time certain, today or tomorrow** for Li to comply with the TRO and to work with xAI to give xAI access to the key [redacted] account to which Li admitted uploading xAI's entire code base.

If Li continues to claim he cannot recall the password—particularly after taking deliberate steps to prevent xAI from recovering it from his devices—he must immediately grant access to the account. Any delay risks severe, irreparable harm to xAI.

This urgency is compounded by Li's recent admission:

"Li (a Chinese national) could be compelled pursuant to China's national security laws to cooperate with the China's intelligence services, which may include corporate theft."
*(Doc. No. 20 at 5)*

We presume this refers to China's **National Intelligence Law (NIL), Article 7**, which mandates that:

"all organizations and citizens shall support, assist, and cooperate with national intelligence efforts in accordance with law."
https://www.chinalawtranslate.com/en/national-intelligence-law-of-the-p-r-c-2017/ (last visited 9.10.2025)

The NIL also authorizes intelligence agencies to compel cooperation from any organization or citizen. As widely reported, the Chinese Communist Party (CCP) has openly declared its intent to achieve global economic and military dominance by any means necessary. The NIL is a key

tool in that strategy, effectively deputizing Chinese nationals and entities abroad to collect sensitive data from foreign governments and companies.

In short, the law empowers Beijing to activate Chinese individuals and businesses overseas to conduct espionage. The definition of "national intelligence" is vague, but is broadly interpreted to include any conduct that could affect China's national security or interests—terms the CCP defines expansively.

Given this context, Li's refusal to provide access to the account is deeply concerning. Even more troubling is his response in discovery, where he indicated that answering questions about communications with the Chinese government could incriminate him.

**Please confirm today** whether Li's statement reflects:

1. An admission that Li has already disclosed xAI's confidential information to the CCP, or
2. A prospective concern about future disclosure.

Regarding the protocol we sent three days ago on September 7th, I trust Christian has shared it with you. I'm reattaching it here in Word format. It outlines a straightforward account recovery process. We welcome edits, but cannot accept further delay.

For matters not of immediate importance, we remain flexible and fully understand the position you're in.

Respectfully,
Kathi

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, September 10, 2025 3:42 PM
**To:** Picone, Christian E. <christian.picone@berliner.com>; Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: xAI v. Li - Follow-up

Kathi,

Good to meet you. Per Christian's email below, we look forward to receiving your draft protocol. Please also provide your availability to confer tomorrow.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Picone, Christian E. <christian.picone@berliner.com>
**Sent:** Wednesday, September 10, 2025 12:38 PM
**To:** Vidal, Kathi <KVidal@winston.com>; Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela

<Angela.Shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>
**Subject:** RE: xAI v. Li - Follow-up

**** EXTERNAL EMAIL ****

Kathi,

As you are aware Mr. Li has been diligently trying to obtain counsel with the requisite expertise to represent him in this matter. Conflicts have delayed Mr. Li obtaining counsel. Mr. Li is in the process of finalizing representation by Ben Kingsley and Jessica Kaempf (both cc'd) from Fenwick. It's appropriate for them to have time to get up to spend on the case and look at your draft protocol. That protocol needs to be ironed out so everyone agrees to it and knows the process in a step-by-step manner. To that end, we should meet and confer before we take the next step.

Best regards,

**Christian E. Picone** | Partner
Christian.Picone@berliner.com

BERLINER COHEN LLP

San Jose | Modesto | Merced

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Tuesday, September 9, 2025 7:35 PM
**To:** Picone, Christian E. <christian.picone@berliner.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>
**Subject:** Re: xAI v. Li - Follow-up

**ALERT: This email is from an external source.**

Thank you, Christian.

We are willing to be flexible on certain matters, such as the timing of Mr. Li's deposition. However, it is imperative that we move forward immediately with accessing Mr. Li's primary [redacted] account.

Mr. Li is already in violation of the TRO due to his failure to comply with the requirement to provide access to his account. By noon PST tomorrow, please confirm a time in the next two days when we can meet with Mr. Li to access his main [redacted] account and any other relevant accounts.

If we do not receive a confirmed time by noon tomorrow, we will have no choice but to seek relief from the Court, including a finding of contempt and full sanctions in favor of xAI.

Best regards,
Kathi

**From:** Picone, Christian E. <christian.picone@berliner.com>
**Sent:** Tuesday, September 9, 2025 2:53 PM
**To:** Vidal, Kathi <KVidal@winston.com>
**Cc:** McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>; Shaw, Angela <Angela.Shaw@berliner.com>
**Subject:** RE: xAI v. Li - Follow-up

Kathi, Carson, and Matt,

Jay's firm cannot represent Mr. Li. We are speaking with counsel today and hope to have representation shortly. We would appreciate it if you could give us some time to secure counsel.

It is not our intention to slow down this case; to that end, we will serve our responses to expedite discovery today. I am as surprised as you probably are that Jay could not represent Mr. Li. Retaining counsel is our priority.

Please let me know if you have any questions.

**Christian E. Picone** | Partner
Christian.Picone@berliner.com

BERLINER COHEN LLP

San Jose | Modesto | Merced

**From:** Neukom, John <jneukom@debevoise.com>
**Sent:** Monday, September 8, 2025 2:57 PM
**To:** 'Vidal, Kathi' <KVidal@winston.com>; Silverman, Daniel A. <dasilverman@debevoise.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>
**Subject:** RE: xAI v. Li - Follow-up

**ALERT: This email is from an external source.**

Hi Kathi,

Nice to see your and Matt's names again.

For the call at 3 pm, we cannot attend yet on the Debevoise side due to some internal admin stuff that we thought was handled but isn't yet. I'm sure that's frustrating on your side since you were planning to discuss e-discovery topics in a few minutes.

For what it's worth, I assure you we're not trying to slow-roll this.

As soon as I'm able to reschedule the call, I'll reach out (and will make myself available on short notice). Or if I'm not able to do so, I'll let you all know that ASAP as well.

Best,
Jay

**John (Jay) Neukom** | Partner | Debevoise & Plimpton LLP | jneukom@debevoise.com | +1 415 738 5719| www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in San Francisco at 1-415-738-5700) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Monday, September 8, 2025 9:22 AM
**To:** Neukom, John <jneukom@debevoise.com>; Silverman, Daniel A. <dasilverman@debevoise.com>
**Cc:** Picone, Christian E. <christian.picone@berliner.com>; McCullough, Matt <MRMcCullough@winston.com>; Swope, Carson <CSwope@winston.com>
**Subject:** FW: xAI v. Li - Follow-up

***EXTERNAL***

Jay and Daniel – I assume Christian shared the communication below. We are also happy to go back and forth on email before our 3:00 if productive. Meanwhile, I'm attaching the word versions of the attached two documents in case you want to make proposed edits. Thank you and welcome to the case, Kathi

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Sunday, September 7, 2025 7:03 PM
**To:** Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Swope, Carson <CSwope@winston.com>; McCullough, Matt <MRMcCullough@winston.com>
**Subject:** xAI v. Li - Follow-up

Christian,

We acknowledge receipt of Defendant Li's Response and Notice of Compliance with Section 1 of the Temporary Restraining Order ("TRO"). While we appreciate the limited additional information and the device that has been provided, we remain concerned about Defendant's compliance with several provisions of Section 1. Accordingly, we write to request further clarification and information to facilitate Defendant Li's compliance with all aspects of Section 1 of the TRO to which he has not asserted objections based on the Fifth Amendment.

Regarding paragraph 1(a), we understand that Defendant is in possession of at least one other device, a cellular phone, as well as one other email account, that were not surrendered. Defendant admitted to possessing such a device and email account in Paragraph 8, subsection a of Defendant's Opposition to Plaintiff's Motion for TRO (Docket No. 17) ("Opposition"), as well as in the transcript of the Court's September 2 hearing regarding the Temporary Restraining Order at 16:12-15. The Court's order requires this device and email account to be surrendered: "[S]urrender ... any personal electronic devices (e.g., cellular devices, computers), online storage repositories (e.g., Gmail ...) ..., that are currently accessible by Li or in Li's possession, custody, or control..."

We understand that Defendant contends that such device and email account contain communications with counsel. To safeguard any potential privileged information while enabling xAI's forensics team to verify that the device and account do not contain xAI Confidential Information, xAI proposes the following procedure: xAI's forensics team will inspect the device and account to identify any content that may constitute xAI Confidential Information. If no such information is found, the devices will be returned promptly. If the forensics team identifies any data that it reasonably believes may contain xAI Confidential Information, it will document those items in a manner consistent with a privilege log. Before any such data is shared with xAI, the files will be submitted to you, as counsel for Li, for review. You will have the opportunity to raise objections to the disclosure of any specific item at that time.

Please confirm you are not withholding any other account, device, Document or Communication (as defined in xAI's discovery requests) based on an assertion of the attorney-client privilege.

Regarding paragraph 1(e), attached is a proposed Forensic Protocol for Access to Electronic Devices and Accounts Pursuant to Temporary Restraining Order that sets forth the processes and procedures to be followed pursuant to Paragraph 1.e of the TRO. Please confirm you agree to this protocol and provide a time on **Tuesday, September 9** when Defendant will meet with xAI and its Vendor to perform the account recovery steps, or otherwise provide a date and time as immediately as possible which Defendant will comply with Paragraph 1.e of the TRO Order. We expect that Defendant will not delay, given that he has already stated he will "cooperate and work with Plaintiffs to reset or recover access to the accounts." *See* Defendant Li's Response and Notice of Compliance with Section 1 of the Temporary Restraining Order at 4.

Further regarding paragraph 1(e), please have Li sign the attached consent form permitting companies at which he has accounts (including [redacted] and any others) to produce data relating to Li's accounts to xAI and/or its Vendor, including without limitation any information that may qualify as a communication and/or customer record as referenced in 18 U.S.C. § 2702. This consent form will only be used in conjunction with third party subpoenas xAI will serve. Li will have an opportunity to object to those subpoenas.

Regarding paragraph 5(c), please provide days this week when Li is available to sit for a deposition and please confirm that the deposition will take place in Winston & Strawn's Redwood City Office.

Finally, we note that Defendant has listed [redacted] as an email address in his Response. Please confirm whether [redacted] is a typographical error and that the correct domain is [redacted] such that the intended email address is [redacted]

Thank you for your continued time and consideration in this matter.

Regards,

Kathi

Bio vCard

KATHI VIDAL
PARTNER

**T** +1 (202) 282-5099
kvidal@winston.com

1901 L Street, N.W., Washington, D.C. 20036-3506
255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in Arizona, California, District of Columbia, Patent and Trademark Office*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.