# EXHIBIT R

[redacted]

**From:** Jessica Kaempf
**Sent:** Monday, October 13, 2025 8:06 AM
**To:** McCullough, Matt; Shaw, Angela; Benjamin Kingsley; Jacob Simmons; Picone, Christian E.
**Cc:** Vidal, Kathi; Swope, Carson; Machala, Angela M.; xAI v Li
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)
**Attachments:** 2025 10 08 xAI v. Li - Post-August 27 Search Protocol(21904774.5).docx; X.AI v. Li - Joint Stip and PO re Device Search Protocol(21978105.3).docx

Hi Matt,

I'm following up on the protocol for post-August 27 devices/accounts, and the accompanying stipulation (re-attached here). Please let us know if xAI has any edits to these drafts. We are available to discuss if helpful.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Friday, October 10, 2025 3:31 PM
**To:** 'McCullough, Matt' <MRMcCullough@winston.com>; 'Shaw, Angela' <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; 'Picone, Christian E.' <christian.picone@berliner.com>
**Cc:** 'Vidal, Kathi' <KVidal@winston.com>; 'Swope, Carson' <CSwope@winston.com>; 'Machala, Angela M.' <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Following up on the below, please let us know your feedback on the draft stipulation. I am also attaching a revised version of the protocol for post-August 27 devices/accounts, which would be attached as Exhibit A to the stipulation.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Thursday, October 9, 2025 6:23 PM
**To:** 'McCullough, Matt' <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Thanks, Matt. Additionally, following up on the protocol for post-August 27 devices, we discussed on our call that the parties could enter into a stipulation that would prevent waiver of privilege (if the parties agree to move forward with a jointly-engaged third party independent vendor). Please find attached a proposed stipulation, and please let us know if you have edits or would like to discuss.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 9, 2025 12:42 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Apologies we have several people traveling this week.

We’re ok stipping to move the 26(f) and initial disclosures out as you suggested

We will provide discovery responses Oct 17

I expect to get the PO back to you later today

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 9, 2025 3:38:13 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Following up on our call on Monday: I believe you were going to get back to us regarding the protective order, the specific timing for discovery responses/production to be provided next week, and the stipulation regarding the 26(f) report. I had understood you were going to get back to us by Tuesday or yesterday, but we haven't heard back. Please provide an update on these items.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Sunday, October 5, 2025 4:20 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Thanks, Matt. Appreciate the confirmation. For the call to discuss outstanding issues, we are available tomorrow at 10-11 am PT and 4-5 pm PT. I'll plan to send an invite for 10 am, but let us know if the 4 pm slot works better for your team.

I am also attaching the protective order with our responsive edits/comments for discussion on our call tomorrow.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, October 5, 2025 7:39 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** Re: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Jessica,

Nardello confirmed the [redacted] account was accessed from a separate forensics laptop Nardello brought

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, October 5, 2025 10:28:08 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Jessica:

I am confirming with Nardello and will get back to you.

Attached are our edits to the protective order.

Regarding the post-August 27 device protocol, we are conceptually ok with engaging a new vendor, but would prefer the vendor be engaged jointly by both parties, with the vendor's fees split equally between the parties. Please let us know if you are willing to proceed accordingly.

Regarding meet and confer, I am generally available tomorrow morning before 1pm PT, or after 4pm PT). Tuesday does not work. I'm fairly flexible on Wednesday if we can't make Monday work.

Working on getting back to you on the rest.

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Saturday, October 4, 2025 11:35 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley

<BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc**: Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Following up on our account recovery calls yesterday, can you please confirm whether Nardello's removal of accounts/devices on the [redacted] email webpage was done on Dr. Li's xAI work laptop, or another device? If it was another device, please identify what device that was.

Additionally, we discussed having a call on Monday to discuss the various outstanding items for which we are still awaiting xAI's response (including the 26(f) report, protective order, timing for discovery responses/production, and the post-August 27 device protocol). You were going to provide times that work on your end yesterday but we have not heard back. Please provide times when you are available on Monday, as well as on Tuesday.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 3, 2025 3:42 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc**: Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

To further clarify: the offices where Nardello will be accessing the device are used by the Corporate Security team protecting the Palo Alto office, which is shared by both X and xAI.

Best,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** McCullough, Matt
**Sent:** Friday, October 3, 2025 3:26 PM
**To:** 'Jessica Kaempf' <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E.

<christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

xAI offices in Palo Alto

Nardello will be doing the attempted recovery

Don't know re [redacted] – we can ask Nardello to read them off once we are on the call.

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Friday, October 3, 2025 2:56 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Thanks for the update. Can you confirm where the xAI work laptop will be, and confirm that it is Nardlello who will be attempting access?

Regarding the [redacted] account, can you please provide us the list of devices/sessions that are shown on the [redacted] email webpage.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, October 3, 2025 2:49 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Jessica,

We have realized that Li's work laptop is available and presents another path to try to regain access to the [redacted] account that we think is most likely to be successful. Accordingly, we would like to try that path today. While the work laptop is not subject to any of the parties' forensic protocols and we reserve all rights with respect to that device, we would like to invite you to attend the account recovery session as you have attended our prior recovery attempts. We intend to record the screen during the relevant portions of the account recovery process.

We anticipate being ready to attempt recover around 3:45 pm PT and will circulate an invite.

Additionally, we were just informed by Nardello that the [redacted] email webpage shows that multiple sessions/devices other than the computer Nardello is using are logged into the [redacted] account (including multiple instances of [redacted]). We do not know what these devices are or whether the [redacted] email account is presently active or accessible by any third party despite Nardello changing the password, which is a significant concern. Nardello has informed us there is an option to remove each of these accounts from the [redacted] email webpage, so we would like to have Nardello remove all other computers during the next attempt, to ensure that any account recovery email from [redacted] is not hijacked by a third party to gain control of the account and access to xAI source code. Please confirm you do not object to Nardello removing those accounts, which we will ask them to do on the call at 3:45pm

Best,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Thursday, October 2, 2025 7:26 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Your proposed email is fine. We do have a number of outstanding issues that we have emailed you a few times about, including regarding the protective order, the timing for discovery responses/production, the deadlines for the 26(f) report and initial disclosures, and post-August 27 devices protocol. We would appreciate responses on those issues. Can you please let us know when we can expect responses?

Best,

Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Thursday, October 2, 2025 5:28 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Jessica,

We propose providing the recovery email to Aamir in advance, and let him know when we will be trying, in case he is able to give that to the recovery team in advance to pre-clear things. Please let us know if you agree to us sending the below:

> Aamir,
>
> The parties will be attempting account recover at or around 1:30 pm PT tomorrow (Fri, Oct 3). The trusted email the parties will use (if we get to the stage that asks for a trusted email) is [redacted]. We would appreciate if you could share this with the account recovery team in advance of our attempt, and if they can do anything to pre-clear that email.
>
> Thank you,

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Wednesday, October 1, 2025 5:16 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

We have various conflicts at the proposed times tomorrow and Friday morning, but we are available after 1:30 pm PT on Friday. Please let us know what works on your end.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, October 1, 2025 2:27 PM
**To:** Shaw, Angela <angela.shaw@berliner.com>; Jessica Kaempf <jkaempf@fenwick.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>
**Subject:** FW: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

**** EXTERNAL EMAIL ****

Counsel,

We'd like to set up an account recovery session to try the URL [redacted] provided below.

We are available at the following times. Please let us know what works for you:

Thursday, 10/2:
9:30-10:30am PT
12-1pm
2-3pm

Friday, 10/3:
9-10am
After 1:30pm

Thanks,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** [redacted]
**Sent:** Wednesday, October 1, 2025 11:36 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Machala, Angela M. <AMachala@winston.com>; Graves, Matt <MGraves@winston.com>; angela.shaw@berliner.com;

jkaempf@fenwick.com; bkingsley@fenwick.com; jsimmons@fenwick.com; christian.picone@berliner.com
**Subject:** RE: X.AI Corp, et al. v. Xuechen Li, Case No. 3:25-cv-07292-RFL (Internal Ref. 108180465)

Matt,

Thanks for your patience as we escalate this internally. I've connected with our account recovery team, who requested that you attempt recovery through the following link in order to facilitate their review: [redacted]

This may take you through a different recovery flow than you have previously tried. If you reach a stage in which you are asked to input a trusted contact email address, you may use either the recovery email address you previously used to attempt account recovery, or an email address for yourself or the user's counsel. When you reach this stage, **please provide me with the trusted contact email address** so I can provide this to our recovery team for verification.

We're hopeful this separate escalation flow will moot the other questions, but I have also connected with my in-house counsel, who provided the following information:

- [redacted] is unable to waive user notice, but is willing to reduce the notice period to 7 days in this matter to facilitate your efforts to recover the account.
- There does not appear to be a separate way to recover the [redacted] without access to the associated email address.
- [redacted] cannot confirm receipt of any prior law enforcement requests, which may be gagged, and would produce information stored within the account pursuant to a civil request pursuant to state and federal law. Requests for information that may have been received by law enforcement should be directed towards the requesting law enforcement agencies.

Unfortunately my in-house counsel is out of office for the next few days, but I'm hopeful we can resolve this with our account recovery team by the time they are back, at which time we can assess whether another call is needed and schedule that at that time. If you have any further questions, please let me know. I'll await for confirmation of the trusted email contact used for the recovery flow and update our account recovery team as soon as possible.

Regards,

[redacted]

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.