# EXHIBIT T

[redacted]

From: Jessica Kaempf
Sent: Monday, October 20, 2025 1:46 PM
To: McCullough, Matt; Shaw, Angela; Benjamin Kingsley; Jacob Simmons; Picone, Christian E.
Cc: Vidal, Kathi; Swope, Carson; Slifer, LeElle B.; xAI v Li
Subject: RE: xAI v. Li - scheduling Li's deposition

Matt,

Thank you for reaching out. Per my other email, please let us know when xAI will make available the [redacted] account image. We can then evaluate xAI's proposal for a deposition on November 6 and get back to you.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, October 15, 2025 1:43 PM
**To:** Shaw, Angela <angela.shaw@berliner.com>; Benjamin Kingsley <BKingsley@fenwick.com>; Jacob Simmons <JSimmons@fenwick.com>; Picone, Christian E. <christian.picone@berliner.com>; Jessica Kaempf <jkaempf@fenwick.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Swope, Carson <CSwope@winston.com>; Slifer, LeElle B. <LSlifer@winston.com>
**Subject:** xAI v. Li - scheduling Li's deposition

**** EXTERNAL EMAIL ****

Counsel,

I write regarding scheduling Li's deposition, which is required to occur by today "unless a later date is agreed to by Plaintiff" (Dkt. 44).

We request that Li appear for his deposition, in person, on November 6 in Winston's Silicon Valley office. Please confirm he will do so.

Thank you,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

255 Shoreline Drive, Suite 520, Redwood City, CA 94065

*Admitted to practice in California*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.