# EXHIBIT Y

[redacted]

Nardello & Co.

Nardello & Co. LLC
1212 Avenue of the Americas
New York, NY 10036
T: +1 212 537 5300
www.nardelloandco.com

**MEMORANDUM**

**FROM:** Nardello & Co. LLC
**RE:** Analysis of Xuechen Li's [redacted] for *X.AI Corp. et al. v. Li*, No. 3:25-cv-07292-RFL (N.D. Cal.)
**DATE:** November 24, 2025

*Nardello & Co. LLC has made its best effort to ensure the accuracy of the information contained herein, which is being furnished in connection with protocols agreed by the parties in X.AI Corp. et al. v. Li,* Case No. 3:25-cv-07292-RFL (N.D. Cal.). *The information contained herein: (i) may be orally modified with additional information; (ii) does not purport to render legal advice or counsel; and (iii) does not constitute a legal opinion on any of the matters discussed herein.*

## I. INTRODUCTION

*Background and Goals of the Investigation*

This memorandum presents the findings of analysis undertaken by Nardello & Co. LLC regarding Xuechen Li's [redacted], [redacted]. Under the direction of Winston & Strawn LLP and Fenwick & West LLP, Nardello & Co. leveraged Xuechen Li's primary [redacted] account, [redacted] which was associated with the [redacted], as the mechanism to gain access to Xuechen Li's [redacted] Nardello & Co. changed the account password to Nardello & Co. controlled credentials to establish sole possession of the account.

The purpose of the analysis was to determine the extent of this accounts' involvement in the potential exfiltration of xAI intellectual property. Additionally, the analysis included the identification of any communication between Xuechen Li and Open AI personnel. All work was conducted in accordance with the established protocols.

- *Account Details* [redacted]

[redacted]

- **Provider**: [redacted]
- **Alias**: [redacted]

## II. DESCRIPTION OF THE PROCESSES AND STEPS TAKEN BY NARDELLO & CO.

### A. DATA ACQUISITION

On November 17, 2025, Nardello & Co. utilized [redacted] feature to perform a collection of data available within Xuechen Li's [redacted]. The [redacted] feature is a service provided by [redacted] The data export was made available to Nardello & Co. on November 19, 2025.

Nardello & Co. utilized an industry-standard social media capture tool, WebPreserver, to preserve [redacted] within Xuechen Li's [redacted]. [redacted]

### B. Data Analysis

All data collections were processed utilizing industry-standard forensic tools and examined within the scope of the requested analysis.

*Search Parameters*

Nardello & Co.'s analysis consisted of searching for general keywords related to the information provided by Winston & Strawn, including, but not limited to:

[redacted]

In addition to the keywords, Nardello & Co. applied a date filter, specifically, February 1, 2024, to the present, to the files and mailbox data to identify relevant files and communication during Xuechen Li's period of employment at xAI. Once potentially relevant files were identified, new keyword searches were crafted and ran based on the file names of the relevant files and their contents, including, but not limited to:

[redacted]

## III. Description of the Results of Analysis by Nardello & Co.

### A. Identification of Potential xAI Data in [redacted]

Nardello & Co. reviewed the data contained in the self-export and did not identify any potential xAI intellectual property. Nardello & Co. also conducted a manual review of the [redacted] within the live account and identified [redacted] that may contain potential xAI intellectual property. Both [redacted] involved [redacted] Nardello & Co. identified these [redacted] as potential xAI intellectual property.

No additional potential xAI intellectual property was identified within [redacted]

## IV. Remediation of Data by Nardello & Co.

### A. Deletion Potentially Confidential Information in [redacted]

On November 20, 2025, under the direction of Winston & Strawn LLP, Nardello & Co. permanently deleted the following repositories from Xuechen Li's [redacted] Account, [redacted]

[redacted]

Nardello & Co.

[redacted]

[redacted]
To reduce the risk of any data being restored, Nardello & Co. should maintain sole possession of the account until the data is no longer available for restoration.