BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (WA Bar No. 51666)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CHRISTIAN E. PICONE (CSB 218275)
ANGELA SHAW (CSB 321726)
christian.picone@berliner.com
angela.shaw@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard,
San Jose, California 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388

Attorneys for Defendant
XUECHEN LI

FENWICK & WEST LLP
ATTORNEYS AT LAW

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,

Plaintiffs,

v.

XUECHEN LI,

Defendant.

Case No.: 3:25-cv-07292-RFL

**DECLARATION OF JOHN F. HYLAND IN SUPPORT OF DEFENDANT XUECHEN LI'S OPPOSITION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION**

Case Filed: August 28, 2025

I, John F. Hyland, declare as follows:

1. I am an attorney admitted to practice in the United States District Court for the Northern District of California, a partner at Rukin Hyland & Riggin LLP, and prior counsel for defendant Xuechen Li ("Defendant" or "Dr. Li"). I submit this declaration in support of Defendant's Opposition to Plaintiffs' Order to Show Cause. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for xAI, Adam Mehes, and counsel for Dr. Li, Sam Polverino and myself, between August 15 and August 19, 2025.

3. On August 19, I received an email from Mr. Mehes stating that a password provided to access Dr. Li's [redacted] account did not "work to access the [redacted] account."

4. In response, I informed Mr. Mehes that Dr. Li "has the [redacted] app on his phone" and that Mr. Mehes "should be able to access the [redacted] account without entering the password as the app stores that info." I also noted that "if that does not work," then xAI "may need to do a password reset." I further explained that the "reset code should go to text (to which [xAI/Mr. Mehes] should have access) or the [redacted] email account" via Dr. Li's phone, which was in xAI's possession at the time.

5. I followed up later that day to confirm whether xAI was able to access Dr. Li's [redacted] account using Dr. Li's phone, either via the [redacted] app or a password reset sent to the phone. Mr. Mehes responded that xAI was "facing difficulties accessing the account, because [xAI] must do so in a forensically sound way that doesn't impact any of the data or metadata on the devices."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2025, at Petaluma, California.

Dated: November 23, 2025

John F. Hyland