# EXHIBIT B

[redacted]

# Interpretability

| | |
|---|---|
| Created | @December 2, 2021 12:41 PM |
| Tags | tech |

**Open Questions / General Comments**

- how do you evaluate interpretability?
  - it doesn't make sense to evaluate interpretability w/o additional context
  - the most convincing arguments are about what is accomplished w.r.t. a set of downstream tasks and whether what is gained can be helpfulness for decision makers
- methods for interpretability can be fragile, e.g., saliency maps
- comparing different interpretability methods is hard; comparisons may not be meaningful
  - it doesn't quite make sense to say one interpretability method is better than another
  - and there's really no point is performing this comparison if none is useful for a downstream problem
    - one example is the numerous saliency map papers — it's hard to say one saliency map is better than another. most saliency maps are brittle.

---

**Interpretability papers**

| Name | Comments |
|---|---|
| Interpretability Beyond Feature Attribution: Quantitative Testing with Concept Activation Vectors (TCAV) | |

| Aa Name | Comments |
| --- | --- |
| Towards Automatic Concept-based Explanations | |
| Post hoc Explanations may be Ineffective for Detecting Unknown Spurious Correlation | - “Inception-V3 model trained to detect hip fracture relied on the scanner type”<br>- 200 subjects seem like a lot<br>- “Consequently, if an explanation method is effective, then it should be the case that users should be less likely to recommend a model that relies on a spurious signal.” |
| Debiasing Concept-based Explanations with Causal Analysis | |
| SmoothGrad: removing noise by adding noise | |