# EXHIBIT D

[redacted]

# clothing & bedding

- tops S
- trousers/jeans/chinos 29 or 30 length (30 might be long) 31 waist
- https://www.dealmoon.com/cn/bedding-101-how-to-choose-the-right-bedding-sets/552564.html