# EXHIBIT P

[redacted]

**From:** Jessica Kaempf
**Sent:** Monday, December 8, 2025 3:05 PM
**To:** McCullough, Matt; Vidal, Kathi; Winston-x.AI-XuechenLi
**Cc:** xAI v Li
**Subject:** RE: xAI v. Li - Protocol and Stipulation for Privileged Devices/Accounts

Hi Matt,

I'm following up on the protocol and stipulation for devices/accounts likely to have privileged information, as well as our proposal on joint vendors. If xAI still intends to recover these devices/accounts, please provide xAI's position, and let us know if it would be helpful to discuss.

Additionally, given that we are both trying to wrap this phase up with the stipulated PI and so we can set our client's expectations appropriately for what might follow the stipulation, we wanted to confirm that xAI does not intend to seek recovery of additional accounts at this time. We can see from our recent forensic examination of Dr. Li's devices that there are other kinds of apps installed on devices (for example, Steam, messenger/chat apps, etc.) that we know you have seen as well and have not sought to recover the associated accounts, and so we assume that xAI does not intend to seek to recover them at this time. We also do not believe recovery of these accounts is necessary. But, we are amenable to facilitating recovery of these accounts if it is something that xAI requests. Please let us know.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Thursday, December 4, 2025 10:19 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Protocol and Stipulation for Privileged Devices/Accounts

Hi Matt,

We are following up on the protocol and stipulation for devices/accounts likely to have privileged information. Please let us know if xAI has any edits or if it would be helpful to discuss anything.

Regarding the joint vendor, another option is Michael Sugrue's team at Alvarez and Marshall. We'd be happy to set up an initial joint call with them. Please let us know if you are amenable to using A&M, and if so, if you are available tomorrow afternoon or on Monday for an initial call.

Alternatively, if you have other suggestions for a joint forensic vendor, please let us know.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jessica Kaempf
**Sent:** Monday, December 1, 2025 1:54 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

Matt,

Thanks again for sending over your edits to the protocol and accompanying stipulation for devices/accounts likely to have privileged information (including the post-August 27 devices). I am attaching further revised versions with our additional edits. We can plan to discuss this, as well as our proposal regarding the joint vendor (Carden Rose), on our upcoming call.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Wednesday, November 26, 2025 2:21 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

**** EXTERNAL EMAIL ****

Thanks, Jessica. 2-3 works for our team. I will send an invite shortly.

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL
**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Tuesday, November 25, 2025 5:00 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

Matt, thanks for sending the proposed stipulation. We of course agree a conversation would be productive. Given the holiday, we have various travel conflicts and are not available tomorrow. Could we calendar time to discuss on Monday 12/1 – perhaps in the 2-5 pm PT window? Please let us know if that works for your team.

Thanks,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Tuesday, November 25, 2025 9:41 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

**** EXTERNAL EMAIL ****

Jessica,

I'm following up on the attached proposed stipulation. We've reviewed your opposition and think it would be productive to discuss the stipulation. Are you available to talk tomorrow sometime between 9am-1pm PT?

Thanks,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Monday, November 24, 2025 8:06 AM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

Jessica,

It's a bit hard to answer in the abstract. If you're saying something like "the source code was stored in Google Drive," we have been requesting and the Court has been sealing that information that reveals a location where the trade secrets were stored that someone could potentially target (which is still a concern given the Google Drive ability to recover files). If you're just making some passing reference to the existence of these platforms or that Li generally had accounts with these platforms without tying it to any of xAI's trade secrets, then we are not seeking to have you seal that level of information.

On a separate note, attached please find a draft stipulated preliminary injunction. Apologies for the time it has taken to get this to you. If it would be helpful to discuss today, please let us know. We are also happy to continue discussing after you file your brief today.

Thank you,
Matt

WINSTON & STRAWN LLP

**MATTHEW MCCULLOUGH**
OF COUNSEL

**T** +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Monday, November 24, 2025 7:46 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** RE: xAI v. Li - Administrative Motion to Seal

Thanks Matt. Can you please advise as to whether xAI seeks sealing of high level references to "Google," "Microsoft," "Dropbox," etc.? We do not view these as specific repositories, but if you disagree, let us know.

We will prepare a stipulation per LR 7-11 and send over shortly.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Sunday, November 23, 2025 7:06 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Vidal, Kathi <KVidal@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** Re: xAI v. Li - Administrative Motion to Seal

**** EXTERNAL EMAIL ****

No objection to your request to seal. We do intend to keep requesting to seal any info that would identify the locations or metadata of xAI confidential info that could enable targeting by hackers for example, so please seal any references to the specific repositories, file names, file metadata (size, author, dates, etc) and similar.

Thanks,
Matt

WINSTON & STRAWN LLP

MATTHEW MCCULLOUGH
OF COUNSEL

T +1 (650) 858-6453
mrmccullough@winston.com

*Admitted to practice in California*

---

**From:** Jessica Kaempf <jkaempf@fenwick.com>
**Sent:** Sunday, November 23, 2025 4:59:14 PM
**To:** Vidal, Kathi <KVidal@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Winston-x.AI-XuechenLi <Winston-x.AI-XuechenLi@winston.com>
**Cc:** xAI v Li <xAIvLi@fenwick.com>
**Subject:** xAI v. Li - Administrative Motion to Seal

Counsel,

We intend to file an administrative motion to seal our opposition brief and accompanying materials tomorrow. In particular, we intend to file under seal references to the email aliases or other identifier information used with each of Dr. Li's various digital accounts. Given our 5 pm filing deadline, please let us know by 9 am PT tomorrow if xAI will stipulate to the sealing of such information under LR 7-11.

With respect to information that xAI may seek to keep under seal, it is unclear whether xAI still intends to keep sealed the type of information that xAI sealed in its opening motion (e.g., references to "Google," "Dropbox" and "Microsoft," and references to "proprietary Grok source code" or "70 GB"). Given the uncertainty around the scope of such information that xAI may want to seal, however, we intend to file a motion under LR-79-5(f), along with a declaration noting that the same under LR 7-11. Please let us know if xAI has any objection to this approach.

Best,
Jessica

Jessica Kaempf
Fenwick | Partner | +1 206-389-4550 | jkaempf@fenwick.com

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.