LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmcculough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

X.AI CORP. and X.AI LLC,

Plaintiffs,

vs.

XUECHEN LI,

Defendant.

**Case No. 3:25-cv-07292-RFL**

**PLAINTIFFS' NOTICE REGARDING THE OMNIBUS ORDER REGARDING THE MOTIONS TO SEAL**

Pursuant to the Court's Order regarding the Motions to Seal (Dkt. 103), Plaintiffs X.AI Corp. and X.AI LLC are publicly filing the following documents.

| **Document title/description** | **Location of Redacted Filing** |
|---|---|
| xAI's Reply to the Order to Show Cause Why Preliminary Injunction Should Not Issue | 76 |
| Exhibit 2 to McCullough Declaration | 76-3 |
| Exhibit 3 to McCullough Declaration | 76-4 |
| Exhibit 4 to McCullough Declaration | 76-5 |
| Exhibit 7 to McCullough Declaration | 76-8 |

Dated: March 19, 2026

**KING & SPALDING LLP**

By: */s/ LeElle B. Slifer*
LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC