LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

*Attorneys for Plaintiffs X.AI CORP. and X.AI LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI CORP. and X.AI LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> XUECHEN LI, <br><br> Defendant. | **Case No. 3:25-cv-07292-RFL** <br><br> **PLAINTIFFS' NOTICE REGARDING THE COURT'S ORDER RE SEALING REQUESTS** |

Pursuant to the Court's Order (Dkt. 127) regarding Plaintiffs' Civil L.R. 7-11 Administrative Motion to File Under Seal Various Documents (Dkt. 122), Plaintiffs X.AI Corp. and X.AI LLC are publicly filing the following documents.

| Document | Location of Redacted Filing |
| --- | --- |
| Exhibit 1 to xAI's Reply to the Show-Cause Order | 76-2 |
| Exhibit 5 to xAI's Reply to the Show-Cause Order | 76-6 |
| Exhibit 10 to xAI's Reply to the Show-Cause Order | 76-11 |
| Exhibit 11 to xAI's Reply to the Show-Cause Order | 76-12 |
| Exhibit 12 to xAI's Reply to the Show-Cause Order | 76-13 |
| Exhibit A of the Stipulated Preliminary Injunction | 89-1 |

1

Dated: April 9, 2026

**KING & SPALDING LLP**

By: */s/ LeElle B. Slifer*
LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com
JONATHAN HUNG (*pro hac vice*)
jhung@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601

MATTHEW R. MCCULLOUGH (State Bar No. 301330)
mrmccullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

2