BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

JESSICA M. KAEMPF (admitted *pro hac vice*)
jkaempf@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

CHRISTIAN E. PICONE (CSB No. 218275)
ANGELA SHAW (CSB No. 321726)
BERLINER COHEN, LLP
Ten Almaden Boulevard, 11th Floor
San Jose, California 95113-2233
Telephone: 408.286.5800
Facsimile: 408.998.5388
christian.picone@berliner.com
angela.shaw@berliner.com

Attorneys for Defendant
Xuechen Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X.AI Corp., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>XUECHEN LI,<br><br>Defendant. | CASE NO. 3:25-cv-07292-RFL<br><br>**DEFENDANT XUECHEN LI'S NOTICE OF FILING OF UNSEALED DOCUMENTS**<br><br>Case Filed: August 28, 2025 |

Pursuant to the Court's March 27, 2026 Order (Dkt. 127), Defendant files public versions of the following documents:

1. The redacted Declaration of Jessica M. Kaempf in Support of Defendant's Opposition to Plaintiff's Request for a Preliminary Injunction and Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue. (Dkt. 69-1.) The redactions have been applied consistent with the Court's Order. (Dkt. 103.) This was originally filed under seal at Dkt. 67-4.
2. The unredacted Exhibit V to the Declaration of Jessica M. Kaempf in Support of Defendant's Opposition to Plaintiff's Request for a Preliminary Injunction and Response to Order to Show Cause Why a Preliminary Injunction Should Not Issue. (Dkt. 69-23.) The request to maintain this document under seal has been withdrawn. (*See* Dkt. 127.) This was originally filed under seal at Dkt. 67-20.
3. The unredacted Exhibit E to the Declaration of Jessica M. Kaempf in Support of Defendant's Administrative Motion for Leave to File a Sur-Reply. (Dkt. 81-6.) The request to maintain this document under seal has been withdrawn. (*See* Dkt. 127.) This was originally filed under seal at Dkt. 79-7.
4. The unredacted Exhibit K to the Declaration of Jessica M. Kaempf in Support of Defendant's Administrative Motion for Leave to File a Sur-Reply. (Dkt. 81-12.) The request to maintain this document under seal has been withdrawn. (*See* Dkt. 127.) This was originally filed under seal at Dkt. 79-9.
5. The unredacted Exhibit M to the Declaration of Jessica M. Kaempf in Support of Defendant's Administrative Motion for Leave to File a Sur-Reply. (Dkt. 81-14.) The request to maintain this document under seal has been withdrawn. (*See* Dkt. 127.) This was originally filed under seal at Dkt. 79-10.
6. The unredacted Exhibit N to the Declaration of Jessica M. Kaempf in Support of Defendant's Administrative Motion for Leave to File a Sur-Reply. (Dkt. 81-15.) The request to maintain this document under seal has been withdrawn. (*See* Dkt. 127.) This was originally filed under seal at Dkt. 79-11.

Dated: April 10, 2026

FENWICK & WEST LLP

By: */s/ Jessica M. Kaempf*
Jessica M. Kaempf

Attorneys for Defendant
XUECHEN LI