# EXHIBIT E

[redacted]


Hand Drawn Arrows Doodle Set
v.1.1