# EXHIBIT K

[redacted]



# Hao Zhou
zhouhao138

Focusing

Member of Technical Staff at xAI.

https://scholar.google.pl/citations?user=APLOaZwAAAAJ

https://orcid.org/0000-0002-6011-6422

13 followers · 3 following

Follow

## Achievements



Block or Report

Overview | Repositories 1 | Projects | Packages | Stars 1

## Popular repositories

**AL** Public

Augmented Lagrangian for LCE

## 38 contributions in 2025



Learn how we count contributions Less More

Activity overview




## Contribution activity

**October** 2025

Joined the xai-org organization on Oct 24

**xai-org**

Understand the Universe

2 contributions in private repositories Oct 25 – Oct 30

Show more activity