# EXHIBIT M

[redacted]



# Omar

Omar-V2

🔥

Software eats world.

77 followers · 51 following

Follow

xai-org/xai-cookbook

## Achievements




Block or Report

Overview | Repositories 21 | Projects | Packages | Stars 246

## Pinned

**mcp-ical** Public

A Model Context Protocol Server that allows you to interact with your MacOS Calendar through natural language.

Python ☆ 215 Forks 51

**intelligent-collision-avoidance** Public

Neuro-Evolution (genetic algorithm + NN) for collision avoidance

Python ☆ 9 Forks 3

**xai-org/xai-sdk-python** Public

The official Python SDK for the xAI API

Python ☆ 271 Forks 37

**xai-org/xai-cookbook** Public

A collection of pragmatic, real-world examples guiding you from basic to advanced use of xAI's Grok APIs.

TypeScript ☆ 239 Forks 88

**temporal-coffeeshop** Public

A demo application showcasing the notion of durable execution provided by Temporal.

Go ☆ 6

**ask-florence** Public

A GenAI chatbot to connect family members with patients, leveraging EHR data.

Python ☆ 1

## 899 contributions in the last year




Learn how we count contributions

Less More

@xai-org @modelcontextprotocol

Activity overview

Contributed to xai-org/xai-sdk-python, xai-org/xai-cookbook, xai-org/xai-proto and 3 other repositories




## Contribution activity

**December** 2025

Created 1 commit in 1 repository

xai-org/xai-sdk-python

1 commit

Opened 1 pull request in 1 repository

xai-org/xai-sdk-python

1 merged

Add inline citations support to Chunk and Response classes

Dec 4

Reviewed 6 pull requests in 2 repositories

xai-org/xai-sdk-python 3 pull requests

xai-org/xai-proto 3 pull requests

22 contributions in private repositories Dec 1 – Dec 8

Show more activity