# EXHIBIT N

[redacted]



# Zhaohan Dong
zhaohan-dong

@zhaohan_dong

https://www.aiventurepulse.com

20 followers · 5 following

Follow

Block or Report

Overview Repositories 11 Projects Packages Stars 7

zhaohan-dong / README.md

# About Me

👋 Hi, I'm Zhaohan.

- 📍 London, UK
- https://zhaohandong.com
- 👨‍✈️ ✈️ FAA Commercial Pilot & Flight Instructor

Book Recs:

- Advanced Programming in the UNIX Environment
- Basic Photographic Materials and Processes

Found these books philosophically inspiring:

- Option Volatility and Pricing
- The Most Important Thing by Howard Marks
- The Dao of Capital by Mark Spitznagel

X: @zhaohan_dong

Pinned

zhaohan-dong (Zhaohan Dong) · GitHub

**stanfordnlp/dspy** Public

DSPy: The framework for programming—not prompting—language models

Python · 31k · 2.5k

**american-options-pricing** Public

Pricing American Options (Binomial w/ C++ and WS server)

C++ · 2

**green-stock-return-twitter-sentiment** Public archive

Trying to find correlations between Twitter sentiment on climate change and stock returns. Accompanying code for my LSE dissertation.

HTML · 1 · 1

## 48 contributions in the last year




Learn how we count contributions

Less More

## Contribution activity

**December** 2025

Created 2 commits in 1 repository

zhaohan-dong/yfinance-extended

2 commits

Created 1 repository

zhaohan-dong/yfinance-extended · Python · Dec 18

Show more activity