**EXHIBIT B**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X.AI CORP. and X.AI LLC, | **Case No. 3:25-CV-07292-RFL** |
| Plaintiffs, | **STIPULATED [PROPOSED] FEDERAL RULE OF EVIDENCE 502(D) ORDER AS MODIFIED** |
| vs. | |
| XUECHEN LI, | |
| Defendant. | |

**STIPULATED [PROPOSED] ORDER UNDER FED. R. EVID. 502(d)**

Pursuant to Federal Rule of Evidence 502(d), inadvertent production of materials covered by the attorney-client privilege or work product protection is not a waiver in this or any other federal or state proceeding. In case of inadvertent production, at the producing party's request, the receiving party shall immediately return or destroy the inadvertently produced materials. The producing party will provide a privilege log in accordance with Paragraph 6 for any inadvertently produced materials.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

*/s/ LeElle Slifer*

LEELLE B. SLIFER (*pro hac vice*)
lslifer@kslaw.com

Attorneys for Plaintiffs X.AI CORP. and X.AI LLC

*/s/Jessica M. Kaempf*

JESSICA M. KAEMPF (*pro hac vice*)
jkaempf@fenwick.com

Attorneys for Defendant XUECHEN LI

**FILER'S ATTESTATION**

I, Jessica M. Kaempf, am the ECF user whose identification and password are being used to file the parties' Joint Case Management Statement. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ *Jessica M. Kaempf*
Jessica M. Kaempf

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: May 18, 2026

The Honorable Rita F. Lin
United State District Judge